**IN THE CIRCUIT COURT OF DALLAS COUNTY**
**STATE OF ALABAMA**

| | |
|---|---|
| PATRICK BRAXTON, JAMES BALLARD, BARBARA PATRICK, JANICE QUARLES, and WANDA SCOTT,<br><br>    Plaintiffs,<br><br>v.<br><br>HAYWOOD STOKES, III, GARY BROUSSARD, JESSE DONALD LEVERETT, VONCILLE BROWN THOMAS, LYNN THIEBE, WILLIE RICHARD TUCKER, and PEOPLE'S BANK OF GREENSBORO,<br><br>    Defendants. | Case No. 27-CV-2022-900217.00 |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

TO:   Lynnethia Bennett, Circuit Court Clerk
      Dallas County, Alabama

Please take notice that on April 14, 2023, the United States Attorney's Office, on behalf of United States Postal Service employee, Lyn Thiebe, filed in the Office of the Clerk of the United States District Court for the Southern District of Alabama at Mobile, Alabama, a Notice of Removal of the above-styled action to the United States District Court.

A copy of the Notice is attached hereto and is being filed with the Clerk of the Circuit Court of Dallas County, Alabama, pursuant to 28 U.S.C. §§ 1446(a), (b) and (d).

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: *s/Victoria O. Todd*
Victoria O. Todd
Keith A. Jones
Assistant United States Attorneys
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: 251-415-7128
victoria.todd@usdoj.gov
keith.jones2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2023, the foregoing was filed with the Clerk of the Circuit Court of Dallas County, Alabama, using the Alafile system, which will send notification of such filing to the following:

Richard P. Rouco
George N. Davies
Quinn, Connor, Weaver, Davies & Rouco, LLP
2 – 20th Street North
Suite 930
Birmingham, AL 35203

*s/Victoria O. Todd*
Victoria O Todd
Assistant United States Attorney