AVSO500

ALABAMA JUDICIAL DATA CENTER
IN THE CIRCUIT COURT OF   DALLAS       COUNTY


PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL


HAYWOOD STOKES III                    CASE NUMBER: CV 2022 900217 00
8261 HIGHWAY 61                        PARTY NUMBER:D001

NEWBERN          ,AL  36765-0000


I, LYNNETHIA R. BENNETT, CLERK OF THE CIRCUIT COURT OF DALLAS CO.,
AL., DO HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND
CORRECT ORIGINAL OF THE COURT ORDER IN THE ABOVE STYLED CAUSE, AND I
FURTHER CERTIFY THAT THE FOLLOWING ARE COMPLETE PAPERS FILED HEREIN.


*Lynnethia Bennett DBF*

ISSUED ON: 04/13/2023   CLERK: LYNNETHIA R. BENNETT
                               P.O. BOX 1148
                               SELMA  AL  36702-1148
                               (334)874-2528

(04/13/2023)   DBF

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

ELECTRONICALLY FILED
11/21/2022 4:75 PM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Patrick Braxton

**DEFENDANTS**
Haywood "Woody" Stokes III; Jesse Leveret; Voncille Thomas; Willie Tucker; Peoples Bank of Greensboro; John Swanson; Does 1 to 10.

**(b)** County of Residence of First Listed Plaintiff   Hale County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Hale County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Plaintiff In Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

*PERSONAL INJURY*
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☑ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

*Habeas Corpus:*
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

*Other:*
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983 and 42 U.S.C. 1985
Brief description of cause:
Defendants conspired to deny incoming Mayor civil rights and City position due to race.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:
JUDGE
FILED IN OFFICE
DALLAS COUNTY COURTS

DATE

SIGNATURE OF ATTORNEY OF RECORD

NOV 21 2022

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP

Lynnethia R. Bennett
Circuit Clerk

JUDGE   MAG. JUDGE

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

Civil Division

PATRICK BRAXTON;

)
)
)
)
)
_Plaintiff(s)_
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Haywood "Woody" Stokes III, individually and as an
employee of the City of Newbern; Jesse Leveret;
Voncille Thomas; Willie Tucker; Peoples Bank of
Greensboro; John Swanson; and Does 1 to 10.

_Defendant(s)_
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

FILED IN OFFICE
DALLAS COUNTY COURTS

NOV 2 1 2022

*Lynnethia R. Bennett*
Circuit Clerk

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | | | |
|---|---|---|---|---|
| Name | Patrick Braxton | | | |
| Address | 134 Bryant St. | | | |
| | Newbern | | AL | 36765 |
| | *City* | | *State* | *Zip Code* |
| County | Hale County | | | |
| Telephone Number | 334-507-0515 | | | |
| E-Mail Address | patrickbraxton36765@gmail.com | | | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | | | | |
|---|---|---|---|---|
| Name | Haywood "Woody" Stokes III | | | |
| Job or Title *(if known)* | Mayor of City of Newbern | | | |
| Address | 1001 Main St. #13 | | | |
| | Greensboro | | AL | 36744 |
| | *City* | | *State* | *Zip Code* |
| County | Hale County | | | |
| Telephone Number | 334-624-4334 | | | |
| E-Mail Address *(if known)* | unknown | | | |

☑ Individual capacity   ☑ Official capacity

Defendant No. 2

| | | | | |
|---|---|---|---|---|
| Name | Jesse Leveret | | | |
| Job or Title *(if known)* | City Councilman of City of Newbern | | | |
| Address | 1001 Main St. #13 | | | |
| | Greensboro | | AL | 36744 |
| | *City* | | *State* | *Zip Code* |
| County | Hale County | | | |
| Telephone Number | 334-624-4334 | | | |
| E-Mail Address *(if known)* | unknown | | | |

☑ Individual capacity   ☐ Official capacity

FILED IN OFFICE
DALLAS COUNTY COURTS

NOV 2 1 2022

*Lynnethia R. Bennett*
Circuit Clerk

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**Defendant No. 3**

| | |
|---|---|
| Name | Voncille Thomas |
| Job or Title *(if known)* | City Councilman of Newbern |
| Address | 1001 Main St. #13 |

| | | |
|---|---|---|
| Greensboro | AL | 36744 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Hale County |
| Telephone Number | 334-624-4334 |
| E-Mail Address *(if known)* | unknown |

☑ Individual capacity    ☑ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | Willie Tucker |
| Job or Title *(if known)* | City Councilman of Newbern |
| Address | 1001 Main St. #13 |

| | | |
|---|---|---|
| Greensboro | AL | 36744 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Hale County |
| Telephone Number | 334-624-4334 |
| E-Mail Address *(if known)* | unknown |

☑ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due Process of the 5th and 14th Amendments; Equal Protection Clause 14th Amendment;  42 USC sec. 1985 (Conspiracy to Deny Plaintiff from assuming Office of Mayor); Voters Rights Act 52 USC sec. 10301(discrimination in order to deny and abridge African Americans from voting based upon their race);

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

FILED IN OFFICE
DALLAS COUNTY COURTS

NOV 2 1 2022

*Lynnethia R. Bennett*
Circuit Clerk

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

see attachment II(D).

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

see attachment II(D).

B.    What date and approximate time did the events giving rise to your claim(s) occur?

see attachment II(D).

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

see attachment II(D).

FILED IN OFFICE
DALLAS COUNTY COURTS

NOV 2 1 2022

*Lynnethia R. Bennett*
Circuit Clerk

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff Patrick Braxton has sustained injury due to the actions of Defendants, including but not limited to damage to his professional and personal reputation; personal humiliation; loss of financial earnings; loss of official position as Mayor of Newbern; loss of position as volunteer fireman for the Newbern Fire Department; severe emotional distress; attorney's fees; out of pocket costs;

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

General damages; Special damages, including money for filing fees, attorney's fees, costs of fighting against the injustice;

Puitive Damages based upon Defendants intentionally discriminating against Plaintiff based upon race and conspiring to damage Plaintiff's personal and professional reputation; as well as reckless and careless indifference to Plaintiff's federal civil rights;

Injunctive relief enforcing the probate judge's order declaring Plaintiff as the lawful Mayor of Newbern;

Damages according to the code;

FILED IN OFFICE
DALLAS COUNTY COURTS

NOV 2 1 2022

*Lynnethia R. Bennett*
Circuit Clerk

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          11/16/2022

Signature of Plaintiff      *Patrick Braxton*

Printed Name of Plaintiff    Patrick Braxton

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

FILED IN OFFICE
DALLAS COUNTY COURTS

NOV 2 1 2022

*Lynnethia R. Bennett*
Circuit Clerk

## ATTACHMENT I(B) ADDITIONAL PARTIES:

Defendant 5:

Peoples Bank of Greensboro
1402 State St.
Greensboro, AL 36744
(334) 624-8804
Email: unknown

Defendant 6:
John Dotson
(In his individual and Official capacity as the Chief of Newbern Fire Department)
7779 Alabama 61
Newbern, Alabama, 36765
(Hale County)
334-624-9911
Email: Unknown

FILED IN OFFICE
DALLAS COUNTY COURTS

NOV 2 1 2022

*Lynnethia R. Bennett*
Circuit Clerk

ELECTRONICALLY FILED
11/21/2022 4:15 PM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

## ATTACHMENT II(D) ACTS UNDER COLOR OF MUNICIPAL LAW:

Plaintiff Patrick Braxton is an African American male who lived in Newbern and worked for several years as a volunteer firemen for the City. On or about July 2020, Plaintiff decided to run for mayor of the town of Newbern, Alabama. He was told by an official that the Newbern city hall is required to have the documents for candidacy readily available for applicants. Braxton went to the Newbern city hall and asked then mayor, Haywood "Woody" Stokes III for the candidacy documents.

On or about July 2020, Defendant Haywood "Woody" Stokes III was a Caucasian male who was acting as the Mayor of Newbern vested with real and apparent authority granted to him by the City and its City Council's rules, resolutions, and customs. Newbern is a small municipality located in Hale County whose population is approximately 80% Black/African American and 20% White/Caucasian. Newbern has a mayor and city council that promulgate laws in the form of City Ordinances and City Resolutions that govern the town's resources. For the last two decades, the City council and mayor have conspired together to promulgate city ordinances, resolutions, and customs that prevent the City from having elections because the democratic elections would favor the majority African American population.

While acting in his official capacity as mayor, Defendant Woody told Braxton that Newbern cannot hold elections. Woody knew and/or should have known that this statement was patently false. On information and belief, Defendant Woody intentionally and knowingly told Plaintiff this misrepresentation so that Plaintiff would not timely file the documents required to declare for the mayoral race or otherwise attempt to become Newbern's first Black Mayor. From July 2020 to present, Defendant Woody Stokes has taken additional actions to conspire with the City Council, local Bank Chairman, the fire Chief, and Postal Director to block Plaintiff from assuming his official position as mayor of Newbern based solely on each Defendants' intent to discriminate against Plaintiff for being African American. By doing so, Defendants have denied Plaintiff his Constitutional rights.

On or about November 2, 2020, Plaintiff was declared Mayor of Newbern due to no other candidate timely filing papers to declare their candidacy. From July 2020 to present, Defendant Woody acted under the color of law in doing each of the acts alleged in the Complaint. Specifically, Woody took several acts as outgoing Mayor to obstruct Plaintiff, the newly elected Mayor from taking office and/or taking control over the Newbern city budget, bank accounts, and resources.

On information and belief, at all times alleged herein, Defendants Jesse Donald Leveret, Voncille B. Thomas, and Willie Richard Tucker were acting members of the Newbern City Council. From July 2020 to present, each Defendant has acted under the ordinances, resolutions, and Newbern governing customs in order to deny Plaintiff from assuming his proper position as Mayor of Newbern. Defendants have each conspired to hold secret city council meetings wherein Defendants promulgated unlawful ordinances, resolutions, and customs intentionally aimed at preventing Plaintiff from assuming his role as mayor or otherwise taking control of the City budget and resources.

FILED IN OFFICE
DALLAS COUNTY COURTS

NOV 2 1 2022

*Lynnethia R. Bennett*
Circuit Clerk

Defendant Peoples Bank of Greensboro is a business entity of unknown form. Defendant Woody Stokes conspired with the Chairman and President of Peoples Bank in making bank policy and rules that they unilaterally changed in order to intentionally obstruct Plaintiff from timely filing the paperwork to declare his candidacy for mayor. Additionally, after Plaintiff was declared the Mayor of Newbern on November 2, 2020, Defendant Stokes took several actions to conspire with the Chairman and Bank President in order to obstruct Plaintiff from assuming control over the City budget, City bank accounts held at the Bank. The Bank, acing through its officers and directors, unilaterally passed and enforced unlawful rules, regulations, and customs against Plaintiff. Defendant Bank intentionally obstructed Plaintiff from assuming control of the City accounts even though Defendants, each of them knew that Plaintiff had been declared the rightful mayor by the Newbern Probate Judge, the City's election official. Thus, Defendants, each of them, conspired to deny Plaintiff his civil rights, including Due Process, Equal Protection, and Voting equality.

Defendant John Swanson was the acting Chief of the Newbern Fire Department at all times alleged in the Complaint. Defendant thereby acted under the color of law and authority granted to him by Newbern City ordinances, resolutions, and customs that vested the Fire Chief with power over the fire department and City resources and property. Defendant Swanson, acting in his individual and official capacity at all times, created fire department customs and rules in order to conspire with Defendant Stokes to obstruct Plaintiff from performing his volunteer duties at the fire department. Defendant Swanson unlawfully entered and searched Plaintiff's car, intentionally threatened, intimidate, and harassed through using fire department customs the Chief unilaterally changed without justification. Defendant Swanson's intent was to discriminate against Plaintiff based upon Plaintiff's African American race and Plaintiff's position as incoming Mayor. Defendant Swanson and Stokes conspired to force Plaintiff to vacate his volunteer fireman post as well as his position as Mayor of Newbern.

FILED IN OFFICE
DALLAS COUNTY COURTS

NOV 2 1 2022

Lynnethia R. Bennett
Circuit Clerk

On or about July 2020, Plaintiff Patrick Braxton declared his intent to run for mayor to the current Mayor, Woody Stokes. Plaintiff asked Defendant Stokes for documents to declare his candidacy. Initially, Defendant Stokes tells Plaintiff that Newbern cannot have elections. At the time, Defendants Stokes was acting in his official capacity as the Mayor of Newbern. Defendant Stokes told Plaintiff a false misrepresentation so that Plaintiff would not timely declare his candidacy by the approaching deadline. After Plaintiff continues to request the papers, Defendant Stokes makes Plaintiff wait 30 minutes and then tells Braxton he cannot find the papers and he needs to go to the Peoples Bank in Greensboro to get these documents.

Newbern's clerk, Lynn Williams, works at the bank. On information and belief, the Bank Chairman is also Defendant Woody Stokes's good friend. Plaintiff Braxton goes to the Bank and retrieves the documents. In fact, Ms. Williams deliberately gives Plaintiff the wrong documents to file in order to obstruct his candidacy. On information and believe, Defendant Stokes had called Bank officials and Ms. Williams to inform them not to help Plaintiff.

Plaintiff Braxton must pay a filing fee, however, in order to further obstruct his declaration of candidacy, employees at the Bank refuse to tell Plaintiff the amount of the fee. Braxton pays what he believes is the maximum fee. Lynn Williams tells Braxton, that "[Woody] is not gonna get me in this mess no more."

In July of 2020, the deadline (for candidates to file has passed the third Thursday of July, 16 July 2020.) Plaintiff Braxton was the only person to file to run. Probate Judge Arthur Crawford, who is the acting election official for Hale County, calls Plaintiff and informs him he is mayor. Probate Judge Arthur Crawford tells him when and where he and his council members will go to be sworn into office. Braxton is the first black Mayor of Newbern since it was established in 1854.

On July 18, 2020, two days after the deadline to file for candidacy passed, Woody filed his Statement of Economic Interest and indicated he was running for mayor. His entire council filed as well their papers after the deadline had passed. Sometime in August of 2020, the acting City Council men (Defendants Leveret, Thomas, and Tucker) are informed that Plaintiff Braxton is now the in coming mayor.

On or about August 10, 2020, acting with full knowledge that Plaintiff had been declared the lawful Mayor by Judge Crawford, Defendants Leveret, Thomas, and Tucker called a secret and undisclosed City Counsel meeting. The meeting was attended by Defendant Stokes and each City Council member named as Defendants herein.

Thereafter, Defendant Woody Stokes and the entire council filed Statements of Economic Interest which are required filings to be a candidate. Woody filed stating he was running for the office of Mayor. All of the candidates filed their statements on or about July 17, 2020. This was after the deadline had passed. On information and belief, after Defendants were instructed that they had filed their candidacy documents after the deadline had passed, Defendants Stokes, Leveret, Thomas, and Tucker took several actions to prevent Plaintiff from assuming his official duties as Mayor. Defendants secretly passed a city resolution and/or ordinance creating a new election day and moving the filing deadline back. Defendants did not inform the public or

FILED IN OFFICE
DALLAS COURT RECORDS

NOV 2 1 2022

*Lynnethia R. Bennett*
Circuit Clerk

citizens of the City of the election.  In fact, the Defendants intentionally concealed the deadlines so that they could claim that they were the only candidates for Mayor and City Councilman to file candidacy papers. Defendants voted to have the election on October 6.  No such election was ever noticed.  Plaintiff only discovered these facts sometime later.

Plaintiff Braxton was not invited to this meeting or given notice of this meeting.  Plaintiff discovered documents related to this meeting discarded in City Hall.  According to the minutes, the council announces that Plaintiff Braxton was the only candidate to file a statement of candidacy and Woody presents a resolution declaring that Patrick Braxton is now the Mayor of Newbern. It passes unanimously and a certificate of election is prepared.

The Defendant then declared that this was a mistake that needed to be rectified through another secret election on Oct.6, 2020.  Defendants passed an ordinance canceling the normal election date of August 25, 2020. No notice of the election was ever given to the public or anyone outside of the meeting. No election took place. No notices of the election were posted.  Until the documents were discovered, no one knew about these events.

On August 25, 2020, Woody and his group filed declarations of candidacy for the office of council person. On September 14, 2020, Defendants held another town meeting.  On information and belief, Certificate of Elections were executed by Defendant Stokes and the entire council. Each separate certificate states that each council member was the only one to file a statement of candidacy for office of town council. This was patently false.  However, Defendants Stokes, Leveret, Thomas, and Tucker signed these certificates.

On November 2, 2020, Braxton is sworn in as the mayor of Newbern He is sworn in by 4th circuit Judge Marvin Wiggins. At this time, Judge Wiggins also swears in the council members that Braxton has chosen.  They are Wanda Scott, Barbara Patrick, Jane Ballard, and Jan Quarter. Judge Wiggins files the Oath of office for Plaintiff and his council.

Thereafter, Plaintiff Braxton immediately contacted Defendant Stokes for an orderly transfer of power and to retrieve the keys for city hall.  Defendant Stokes refused to return Plaintiff's calls or to give Plaintiff the keys to City Hall.  Upon gaining access to City Hall, Plaintiff discovered that the office had been stripped of almost all documents except for five boxes of papers, haphazardly thrown together.  Plaintiff was never again granted access to city hall.

Mayor Braxton and the legitimate council passed a resolution giving Braxton authority over several bank accounts at the People's Bank in Greensboro on the 5 November 2020. The Peoples Bank of Greensboro, however, refused to acknowledge the resolution. No reason was given. Instead, the Bank and its officials followed illegal customs, rules, and regulations in order to place all accounts in the custody, control, and possession of Defendant Stokes. Defendant Stokes is often seen at the bank visiting for one-two hours.

City officials have refused to return calls to Plaintiff. City Officials have refused to give Braxton any financial information.  The mayor's office receives its mail at P.O. box inside the U.S. Post office.  Plaintiff Braxton personally paid the bill for the box.  The Post Master has refused to deliver city bills and mailings to Plaintiff.

FILED IN OFFICE
DALLAS COUNTY COURTS

NOV 2 1 2022

*Lynnethia R. Bennett*
Circuit Clerk

On information and belief, November 19, 2020, Defendant Stokes changed the tax code for the City of Newbern and that certain business may be given preferential tax treatment. Defendant then appointed John Swanson new Chief of the Newbern Fire Department.

The town has received federal COVID relief funds. The funds are to be used for disinfectant, masks, humidifiers, for the citizens of Newbern. No one received supplies except the fire department for internal use. Mayor Braxton continues to try and serve the citizens of Newbern. He found COVID supplies from other cities and distributed the supplies to all citizens of Newbern (black and white). As mayor, he drove to food banks to distribute needed food to during COVID lockdown to all of Newbern. Braxton posted signs all over the town that he procured from other mayors. The signs were regarding COIVD safety, mask, and vaccine information. Defendant Stokes and/or his agents tore the signs done and burnt them a pile.

On or about February 2021, the postal director refused to provide any city mail, invoices, or financial statements to Plaintiff. On information and belief, Defendant Stokes informed the postal director that Plaintiff was not the Mayor.

On or about May 2021, Defendant Stokes, acting with full knowledge that Plaintiff was declared to be the lawful Mayor of Newbern, changed the locks to City Hall so that Plaintiff was locked out of office. Defendant Stokes did not provide Plaintiff notice or the keys to Plaintiff.

Plaintiff Patrick Braxton has sustained injury due to the actions of Defendants, including but not limited to damage to his professional and personal reputation; personal humiliation; loss of financial earnings; loss of official position as Mayor of Newbern; loss of position as volunteer fireman for the Newbern Fire Department; severe emotional distress; attorney's fees; out of pocket costs.

Damages Sought:

Plaintiff seeks general damages; Special damages, including money for filing fees, attorney's fees, costs of fighting against the injustice;

Punitive Damages based upon Defendants intentionally discriminating against Plaintiff based upon race and conspiring to damage Plaintiff's personal and professional reputation; as well as reckless and careless indifference to Plaintiff's federal civil rights;

Injunctive relief enforcing the probate judge's order declaring Plaintiff as the lawful Mayor of Newbern;

Damages according to the code;

FILED IN OFFICE
DALLAS COUNTY COURTS

NOV 2 1 2022

*Lynnethia R. Bennett*
Circuit Clerk

ELECTRONICALLY FILED
11/21/2022 4:15 PM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Alabama

| | |
|---|---|
| Patrick Braxton; <br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>Haywood "Woody" Stokes III, invidually and in his official capacity as Mayor of Newbern; Jesse Leveret; Voncille Thomas; Willie Tucker; Peoples Bank of Greensboro; John Swanson;<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Haywood "Woody" Stokes III, invidually and in his official capacity as Mayor of Newbern; Jesse Leveret; Voncille Thomas; Willie Tucker; Peoples Bank of Greensboro; John Swanson;

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Plaintiff Patrick Braxton
134 Bryant Street
Newbern, AL 36765

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*

**FILED IN OFFICE**
DALLAS COUNTY COURTS

NOV 2 1 2022

*Lynnethia R. Bennett*
Circuit Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                         *Server's signature*

                                         _____
                                         *Printed name and title*

                                         _____
                                         *Server's address*

Additional information regarding attempted service, etc:



AlaFile E-Notice

27-CV-2022-900217.00

To:  MAYOR OF CIY OF NEWBERN
1001 MAIN ST #13
GREENSBORO, AL, 36744

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following complaint was FILED on 11/21/2022 4:26:16 PM

Notice Date:      11/21/2022 4:26:16 PM

Service by sheriff in 36 - HALE County

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  CITY COUNCILMAN OF CITY OF NEWBERN
1001 MAIN ST #13
GREENSBORO, AL, 36744

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following complaint was FILED on 11/21/2022 4:26:16 PM

Notice Date:     11/21/2022 4:26:16 PM

Service by sheriff in 36 - HALE County

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  CITY COUNCILMAN OF NEWBERN
1001 MAIN ST #13
GREENSBORO, AL, 36744

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following complaint was FILED on 11/21/2022 4:26:16 PM

Notice Date:     11/21/2022 4:26:16 PM

Service by sheriff in 36 - HALE County

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  CITY COUNCILMAN OF NEWBERN
1001 MAIN ST #13
GREENSBORO, AL, 36744

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following complaint was FILED on 11/21/2022 4:26:16 PM

Notice Date:      11/21/2022 4:26:16 PM

Service by sheriff in 36 – HALE County

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>27-CV-2022-900217.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA**
**PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL**

**NOTICE TO:** MAYOR OF CIY OF NEWBERN, 1001 MAIN ST #13, GREENSBORO, AL 36744

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
patrick braxton                                                                                                                    ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 134 bryant st, newbern, AL 36765                                              .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                              *[Name(s)]*

| 11/21/2022 | /s/ LYNNETHIA R. BENNETT | By: _____ |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.           _____

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____.

*(Date)*

_____                    _____

*(Type of Process Server)*           *(Server's Signature)*           *(Address of Server)*

_____           _____

*(Server's Printed Name)*           *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>27-CV-2022-900217.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA**
**PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL**

**NOTICE TO:** CITY COUNCILMAN OF CITY OF NEWBERN, 1001 MAIN ST #13, GREENSBORO, AL 36744

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),

patrick braxton
_____,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 134 bryant st, newbern, AL 36765
_____.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

| 11/21/2022 | /s/ LYNNETHIA R. BENNETT | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.
_____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____.
*(Date)*

_____                           _____
*(Address of Server)*

_____    _____
*(Type of Process Server)*    *(Server's Signature)*                           _____

_____
*(Server's Printed Name)*    *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>27-CV-2022-900217.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA
## PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL

**NOTICE TO:** CITY COUNCILMAN OF NEWBERN, 1001 MAIN ST #13, GREENSBORO, AL 36744

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),

patrick braxton

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 134 bryant st, newbern, AL 36765

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 11/21/2022 | /s/ LYNNETHIA R. BENNETT | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

[ ] Return receipt of certified mail received in this office on _____.

*(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>27-CV-2022-900217.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA**
**PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL**

**NOTICE TO:** CITY COUNCILMAN OF NEWBERN, 1001 MAIN ST #13, GREENSBORO, AL 36744

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
patrick braxton                                                                                                      ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 134 bryant st, newbern, AL 36765                                          .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                                        *(Name(s))*

| 11/21/2022 | /s/ LYNNETHIA R. BENNETT | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.     _____

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____          _____

*(Type of Process Server)*     *(Server's Signature)*          _____

*(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*



**ORIGINAL**

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**27-CV-2022-900217.00** |
|---|---|---|

**IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA**
**PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL**

**NOTICE TO:** CITY COUNCILMAN OF NEWBERN, 1001 MAIN ST #13, GREENSBORO, AL 36744

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S).
patrick braxton

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 134 bryant st, newbern, AL 36765

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                                    *(Name(s))*

| 11/21/2022 | /s/ LYNNETHIA R. BENNETT | By: | |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☐ Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*                                    *(Name of County)*

Alabama on _____
*(Date)*

| | |
|---|---|
| *(Type of Process Server)* | *(Server's Signature)* |
| | *(Address of Server)* |
| | *(Server's Printed Name)* |
| | *(Phone Number of Server)* |

**27-CV-2022-900217.00**
**PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL**

| C001 - PATRICK BRAXTON | v. | D004 - CITY COUNCILMAN OF NEWBERN |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

**FILED IN OFFICE**
**DALLAS COUNTY COURT**
DEC 1 2 2022
*Lynnethia R. Bennett*
Circuit Clerk

HALE COUNTY SHERIFF'S DEPT.
Not Found _____
Moved _____
Address Unknown _____
No Such Address _____
_____
Date _____
Deputy Sheriff _____
Sheriff _____

**SERVICE RETURN COPY**



**ORIGINAL**

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**27-CV-2022-900217.00** |
|---|---|---|

## IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA
## PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL

**NOTICE TO:** MAYOR OF CIY OF NEWBERN, 1001 MAIN ST #13, GREENSBORO, AL 36744

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
patrick braxton

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 134 bryant st, newbern, AL 36765

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                         *(Name(s))*

| 11/21/2022 | /s/ LYNNETHIA R. BENNETT | By: | 🖊 |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☐ Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*      *(Name of County)*

Alabama on _____
*(Date)*

| | | *(Address of Server)* |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

### 27-CV-2022-900217.00
### PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL

| C001 - PATRICK BRAXTON | v. | D001 - MAYOR OF CIY OF NEWBERN |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

**FILED IN OFFICE**
**DALLAS COUNTY COURT**

**DEC 1 2 2022**

*Lynnethia R. Bennett*
*Circuit Clerk*

HALE COUNTY SHERIFF'S DEPT.
Not Found _____
Moved _____
Address Unknown _____
No Such Address _____

**SERVICE RETURN COPY**

Date _____ 12-1-22
Deptuy Sheriff _____
Sheriff _____

**ORIGINAL**

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>27-CV-2022-900217.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA
### PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL

**NOTICE TO:** CITY COUNCILMAN OF NEWBERN, 1001 MAIN ST #13, GREENSBORO, AL 36744

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
patrick braxton

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 134 bryant st, newbern, AL 36765

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                    *(Name(s))*

| 11/21/2022 | /s/ LYNNETHIA R. BENNETT | By: | |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

[ ] Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

[ ] Return receipt of certified mail received in this office on _____
*(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*              *(Name of County)*

Alabama on _____.
*(Date)*

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

### 27-CV-2022-900217.00
### PATRICK BRAXTON V. CIY OF NEWBERN ET AL

| C001 - PATRICK BRAXTON | v. | D003 - CITY COUNCILMAN OF NEWBERN |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

FILED IN OFFICE
DALLAS COUNTY

DEC 11 22 2022

Circuit Clerk

**HALE COUNTY SHERIFF'S DEPT.**
Not Found _____
Moved _____
Address Unknown _____
No Such Address _____
Other _Both Carolyns Not a Person_
Date _12.01.22_
Deputy Sheriff _____
Sheriff _____

**SERVICE RETURN COPY**

# ORIGINAL

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**27-CV-2022-900217.00** |
|---|---|---|

## IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA
## PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL

**NOTICE TO:** CITY COUNCILMAN OF CITY OF NEWBERN, 1001 MAIN ST #13, GREENSBORO, AL 36744

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
patrick braxton

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 134 bryant st, newbern, AL 36765

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                                        *(Name(s))*

| 11/21/2022 | /s/ LYNNETHIA R. BENNETT | By: | 🖊 |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☐ Certified Mail is hereby requested. _____

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____

*(Date)*

_____

_____     _____     *(Address of Server)*

*(Type of Process Server)*     *(Server's Signature)*

_____     _____

*(Server's Printed Name)*     *(Phone Number of Server)*

### 27-CV-2022-900217.00
### PATRICK BRAXTON V. CIY OF MAYOR OF NEWBERN ET AL

| C001 - PATRICK BRAXTON | v. | D002 - CITY COUNCILMAN OF CITY OF NEWBERN |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

**FILED IN OFFICE**
**DALLAS COUNTY COUR**

**DEC 1 2 2022**

*Lynnethia R. Bennett*
Circuit Clerk

HALE COUNTY SHERIFF'S DEPT.
Not Found _____
Moved _____
Address Unknown _____
No Such Address _____
Other _Cth Councilman McFarlan_
Date _12-1-22_
Deputy Sheriff _____
Sheriff _____

**SERVICE RETURN COPY**

AVSO350   **ORIGINAL**   ALABAMA JUDICIAL DATA CENTER
                         DALLAS       COUNTY, ALABAMA
                           SUMMONS                    CV 2022 900217.00
                             CIVIL

```
-------------------------------------------------------------------------
                   IN THE  CIRCUIT COURT OF    DALLAS      COUNTY, ALABAMA
PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL

        SERVE ON: (D004)
        SSN:     -    -              PLAINTIFF'S ATTORNEY
        WILLIE TUCKER                *** PRO SE ***
        CITY COUNCILMAN OF NEWBER
        1001 MAIN ST. #13
        GREENSBORO    ,AL   36744-0000

NOTICE TO THE ABOVE-NAMED DEFENDANT:

   THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT, AND YOU MUST TAKE IMMEDIATE A          ...ECT YOUR RIGHTS. YOU
OR YOUR ATTORNEY ARE REQUIRED TO FILE TH                 ... ANSWER,
EITHER ADMITTING OR DENYING EACH ALLEGA
DOCUMENT, WITH THE CLERK OF THIS COURT.                           MAILED
OR HAND DELIVERED BY YOU OR YOUR ATTORNI                        (S) OR
ABOVE-NAMED ATTORNEY(S) OF THE PLAINTIFF
OF THE ATTORNEY(S).

   THIS ANSWER MUST BE MAILED OR DELIVERE                        1MONS
AND COMPLAINT OR OTHER DOCUMENT WERE SE                          DEFAULT
MAY BE RENDERED AGAINST YOU FOR THE MON                          THE
COMPLAINT OR OTHER DOCUMENT. YOU MUST A                          ANSWER
WITH THE CLERK OF THIS COURT.
---------------------------                            ------------
   (  )  TO ANY SHERIFF OR ANY PERSON AUT               ' CIVIL
         PROCEDURE TO SERVE PROCESS:
         YOU ARE HEREBY COMMANDED TO SERV               1E
         COMPLAINT OR OTHER DOCUMENT IN T
         ABOVE-NAMED DEFENDANT.

   (  )  SERVICE BY CERTIFIED MAIL OF TH:               E
         WRITTEN REQUEST OF                             ABAMA
         RULES OF CIVIL PROCEDURE.

   DATE: 12/12/2022
                                         P.O. -
                                         SELMA   AL   36702 -
                                         (334)874-2528

   (  )  CERTIFIED MAIL IS HEREBY REQUESTED    _____
                                               PLAINTIFF'S/ATTORNEY'S
                                                     SIGNATURE
-------------------------------------------------------------------------
                        RETURN ON SERVICE
   (  )  RETURN RECEIPT OF CERTIFIED MAIL RECEIVED IN THIS OFFICE
         ON (DATE) _____ (RETURN RECEIPT HERETO ATTACHED)

   (  )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THIS SUMMONS AND

         COMPLAINT OR OTHER DOCUMENT TO _____

         IN _____ COUNTY, ALABAMA ON (DATE) _____


   _____              _____
   DATE                                    SERVER'S SIGNATURE

   _____              _____
   SERVER'S ADDRESS                        TYPE OF PROCESS SERVER


   _____
   SERVER'S PHONE NUMBER                        FILED IN OFFICE
-------------------------------------------------------------------------
OPERATOR: BEL   PREPARED: 12/12/2022          DALLAS COUNTY COURTS
```

*[Handwritten note across form:]* Can not be served at this address. This address is the Hale County Courthause.

DEC 1 6 2022



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  BRAXTON PATRICK (PRO SE)
134 BRYANT ST
NEWBERN, AL, 36765-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was not served on 12/16/2022

**D004 WILLIE TUCKER**

**Corresponding To**

REFUSED

CAN NOT BE SERVED AT THIS ADDRESS. THE ADDRESS IS THE HALE COUNTY COURTHOUSE

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

AVSO350 

ALABAMA JUDICIAL DATA CENTER
DALLAS      COUNTY, ALABAMA
SUMMONS                          CV 2022 900217.00
CIVIL

```
|-----------------------------------------------------------------------------------|
|            IN THE  CIRCUIT COURT OF    DALLAS       COUNTY, ALABAMA                |
| PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL                                   |
|                                                                                   |
|      SERVE ON: (D002)                                                             |
|      SSN:     -    -                      PLAINTIFF'S ATTORNEY                     |
|      JESSE LEVERET                        *** PRO SE ***                          |
|      CITY COUNCILMAN OF CITY O                                                    |
|      1001 MAIN ST. #13                                                            |
|      GREENSBORO     ,AL  36744-0000                                              |
|-----------------------------------------------------------------------------------|
| NOTICE TO THE ABOVE-NAMED DEFENDANT:                                              |
|                                                                                   |
|  THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS             |
| IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU         |
| OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER,        |
| EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER             |
| DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED      |
| OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE ABOVE-NAMED PLAINTIFF(S) OR      |
| ABOVE-NAMED ATTORNEY(S) OF THE PLAINTIFF(S) AT THE ABOVE ADDRESS(ES)              |
| OF THE ATTORNEY(S).                                                               |
|                                                                                   |
|  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS        |
| AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGEMENT BY DEFAULT      |
| MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE         |
| COMPLAINT OR OTHER DOCUMENT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER       |
| WITH THE CLERK OF THIS COURT.                                                     |
|-----------------------------------------------------------------------------------|
| ( )  TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL        |
|      PROCEDURE TO SERVE PROCESS:                                                  |
|      YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE             |
|      COMPLAINT OR OTHER DOCUMENT IN THIS ACTION UPON THE                          |
|      ABOVE-NAMED DEFENDANT.                                                       |
|                                                                                   |
| ( )  SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE              |
|      WRITTEN REQUEST OF _____ PURSUANT TO THE ALABAMA          |
|      RULES OF CIVIL PROCEDURE.                                                    |
|                                                                                   |
| DATE: 12/12/2022                   CLERK: LYNNETHIA R. BENNETT                    |
|                                           P.O. BOX 1148                           |
|                                           SELMA  AL  36702-1148                   |
|                                           (334)874-2528                           |
|                                                                                   |
|                                                                                   |
| ( )  CERTIFIED MAIL IS HEREBY REQUESTED    _____              |
|                                            PLAINTIFF'S/ATTORNEY'S                 |
|                                                           GNATURE                 |
```

Can not be served
at this address.

This address
is the Hale County
Courthouse.

```
| ( )  RETURN RECEIPT C              HIS OFFICE                                     |
|      ON (DATE) _____              RETO ATTACHED)                                 |
|                                                                                   |
| ( )  I CERTIFY THAT                F THIS SUMMONS AND                             |
|                                                                                   |
|      COMPLAINT OR OT                                                              |
|                                    _____                       |
|      IN _____                 N (DATE) _____                       |
|                                                                                   |
| DATE _____                   GNATURE                                       |
|                                                                                   |
| SERVER'S ADDRESS                   CESS SERVER                                    |
|                                                                                   |
| SERVER'S PHONE NUMBE                                                              |
|-----------------------------------------------------------------------------------|
```

OPERATOR: BEL     PREPARED.



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  BRAXTON PATRICK (PRO SE)
134 BRYANT ST
NEWBERN, AL, 36765-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was not served on 12/16/2022

**D002 JESSE LEVERET**

**Corresponding To**

REFUSED

CAN NOT BE SERVED AT THIS ADDRESS. THE ADDRESS IS THE HALE COUNTY COURTHOUSE

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

AVSO350

ALABAMA JUDICIAL DATA CENTER
DALLAS     COUNTY, ALABAMA
SUMMONS                     CV 2022 900217.00
CIVIL

```
|-------------------------------------------------------------------------|
|               IN THE  CIRCUIT COURT OF    DALLAS       COUNTY, ALABAMA   |
| PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL                         |
|                                                                         |
|        SERVE ON: (D003)                                                 |
|        SSN:     -   -                    PLAINTIFF'S ATTORNEY            |
|        VONCILLE THOMAS                   *** PRO SE ***                  |
|        CITY COUNCILMAN OF NEWBER                                        |
|        1001 MAIN ST. #13                                                |
|        GREENSBORO    ,AL   36744-0000                                   |
|-------------------------------------------------------------------------|
| NOTICE TO THE ABOVE-NAMED DEFENDANT:                                    |
|                                                                         |
|  THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS   |
| IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU|
| OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER,|
| EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER   |
| DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED|
| OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE ABOVE-NAMED PLAINTIFF(S) OR|
| ABOVE-NAMED ATTORNEY(S) OF THE PLAINTIFF(S) AT THE ABOVE ADDRESS(ES)    |
| OF THE ATTORNEY(S).                                                     |
|                                                                         |
|  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS|
| AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGEMENT BY DEFAULT|
| MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE|
| COMPLAINT OR OTHER DOCUMENT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER|
| WITH THE CLERK OF THIS COURT.                                           |
|-------------------------------------------------------------------------|
|  ( )  TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL|
|       PROCEDURE TO SERVE PROCESS:                                       |
|       YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE  |
|       COMPLAINT OR OTHER DOCUMENT IN THIS ACTION UPON THE               |
|       ABOVE-NAMED DEFENDANT.                                           |
|                                                                         |
|  ( )  SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE   |
|       WRITTEN REQUEST OF _____ PURSUANT TO THE ALABAMA      |
|       RULES OF CIVIL PROCEDURE.                                         |
|                                                                         |
| DATE: 12/12/2022                CLERK: LYNNETHIA R. BENNETT             |
|                                        P.O. BOX 1148                    |
|                                        SELMA   AL  36702-1148           |
|                                        (334)874-2528                    |
|                                                                         |
|  ( )  CERTIFIED MAIL IS HEREBY RE(                                      |
|                                                                         |
|-------------------------------------------------------------------------|
|                           RETU                                         |
|  ( )  RETURN RECEIPT OF CERTIFIED                                      |
|       ON (DATE) _____                                        |
|  ( )  I CERTIFY THAT I PERSONALLY                                      |
|       COMPLAINT OR OTHER DOCUMENT                                      |
|       IN _____                                          |
|                                                                         |
| DATE _____                                               |
|                                                                         |
| SERVER'S ADDRESS                                                       |
|                                                                         |
| SERVER'S PHONE NUMBER                                                  |
|-------------------------------------------------------------------------|
OPERATOR: BEL    PREPARED: 12/12/2022
```

*Handwritten:* Can not be served, at this address. This address is the Hale County Courthouse.

FILED IN OFFICE
DALLAS COUNTY COURTS



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  BRAXTON PATRICK (PRO SE)
134 BRYANT ST
NEWBERN, AL, 36765-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was not served on 12/16/2022

**D003 VONCILLE THOMAS**

**Corresponding To**

REFUSED

CAN NOT BE SERVED AT THIS ADDRESS. THE ADDRESS IS THE HALE COUNTY COURTHOUSE

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

AVSO350  **ORIGINAL** ALABAMA JUDICIAL DATA CENTER
DALLAS COUNTY, ALABAMA
SUMMONS CV 2022 900217.00
CIVIL

```
|-----------------------------------------------------------------------------|
|              IN THE CIRCUIT COURT OF      DALLAS       COUNTY, ALABAMA       |
| PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL                             |
|                                                                             |
|       SERVE ON: (D001)                                                      |
|       SSN:         -    -              PLAINTIFF'S ATTORNEY                  |
|       HAYWOOD STOKES III              *** PRO SE ***                        |
|       MAYOR OF CITY OF NEWBERN                                              |
|       1001 MAIN ST. #13                                                     |
|       GREENSBORO     ,AL  36744-0000                                        |
|-----------------------------------------------------------------------------|
| NOTICE TO THE ABOVE-NAMED DEFENDANT:                                        |
|                                                                             |
|  THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS       |
| IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU   |
| OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER,  |
| EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER       |
| DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED|
| OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE ABOVE-NAMED PLAINTIFF(S) OR|
| ABOVE-NAMED ATTORNEY(S) OF THE PLAINTIFF(S) AT THE ABOVE ADDRESS(ES)        |
| OF THE ATTORNEY(S).                                                         |
|                                                                             |
|  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS  |
| AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGEMENT BY DEFAULT|
| MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE   |
| COMPLAINT OR OTHER DOCUMENT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER |
| WITH THE CLERK OF THIS COURT.                                               |
|-----------------------------------------------------------------------------|
|   ( )   TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL|
|         PROCEDURE TO SERVE PROCESS:                                         |
|         YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE    |
|         COMPLAINT OR OTHER DOCUMENT IN THIS ACTION UPON THE                 |
|         ABOVE-NAMED DEFENDANT.                                             |
|                                                                             |
|   ( )   SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE     |
|         WRITTEN REQUEST OF _____ PURSUANT TO THE ALABAMA        |
|         RULES OF CIVIL PROCEDURE.                                          |
|                                                                             |
|  DATE: 12/12/2022                    CLERK: LYNNETHIA R. BENNETT           |
|                                             P.O. BOX 1148                   |
|                                             SELMA   AL  36702-1148          |
|                                             (334)874-2528                   |
|                                                                             |
|                                                                             |
|   ( )   CERTIFIED MAIL IS                        'S/ATTORNEY'S              |
|                                                  ATURE                      |
| _____                                              |
|                                                                             |
|   ( )   RETURN RECEIPT OF                        S OFFICE                   |
|         ON (DATE) _____                         TO ATTACHED)               |
|                                                                             |
|   ( )   I CERTIFY THAT I                         THIS SUMMONS AND           |
|                                                                             |
|         COMPLAINT OR OTHE                                                   |
|                                                  (DATE)                     |
|         IN _____                                                          |
| _____                                          _____                      |
|  DATE                                            ____                       |
|                                                  S SERVER                   |
|  SERVER'S ADDRESS                                                           |
|                                                                             |
|                                                                             |
|  SERVER'S PHONE NUMBER                                                      |
|-----------------------------------------------------------------------------|
```

OPERATOR: BEL    PREPARED: 12/12/2022

*(handwritten, in the center/right portion:)* Can not be Served at this address. This is the Hale County Courthouse address.

DALLAS COUNTY COURTS
DEC 16 2022



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  BRAXTON PATRICK (PRO SE)
134 BRYANT ST
NEWBERN, AL, 36765-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was not served on 12/16/2022

**D001 HAYWOOD STOKES III**

**Corresponding To**

REFUSED

CAN NOT BE SERVED AT THIS ADDRESS. THE ADDRESS IS THE HALE COUNTY COURTHOUSE

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

ELECTRONICALLY FILED
3/17/2023 2:08 PM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

## IN THE CIRCUIT COURT FOR
## DALLAS COUNTY ALABAMA

Patrick Braxton, James Ballard,        )
Barbara Patrick, Janice Quarles, and   )
Wanda Scott,                           )
                                       )
    Plaintiffs,   )
v.                                     )        Case No. CV-2022-900217
                                       )
Haywood Stokes, III, Gary Broussard,   )
Jesse Donald Leverett, Voncille Brown, Thomas, )
Lynn Thiebe, Willie Richard Tucker and )
People's Bank of Greensboro,           )
                                       )
    Defendants     )

## FIRST AMENDED COMPLAINT

The Plaintiff Patrick Braxton, James Ballard, Barbara Patrick, Janice Quarles and Wanda

Scott complain against the Defendants as follows:

## INTRODUCTION

1.      The Plaintiff Patrick Braxton accomplished something no other black resident of

the City of Newbern ("City" or "Newbern") had ever accomplished since the City's founding in

1854: he was duly elected Mayor of the City. However, the minority white residents of the City,

long accustomed to exercising total control over city government, refused to accept this outcome.

Braxton had legally managed to become the first black Mayor because for as long as anyone can

remember, the office of Mayor and City Council member had been treated as a "hand me down"

by the white residents of the City.

2.      Because no resident had lawfully qualified as a candidate for the City council

positions, Mayor Braxton appointed Plaintiffs Barbara Patrick, Wanda Scott, Jan Quarter and

James Ballard to the open City council positions.   Upon the realizing that Mayor Braxton intended

on appointing black residents to the City council, the Defendant Stokes (who had acted as Mayor prior to Braxton) set in action a plan to thwart a majority black City Council from taking office and to effectively prevent the first black Mayor from exercising the duties and powers of his new job.  Defendant Stokes found willing participants in this plot in the City council members he had appointed and other powerful persons/entities such as the Defendant Lynn Thiebe (the Post Master) and the Defendant People's Bank of Greensboro.

3.      Mayor Braxton and Plaintiffs Ballard, Patrick, Quarles and Scott bring this lawsuit against the Defendants to put an end to a continuing conspiracy to deprive the black residents of the City of Newbern meaningful representation in City government.

## PARTIES

4.      Plaintiff Patrick Braxton is a black resident of the Town of Newbern. He is the duly elected Mayor of the Newbern.

5.      Plaintiff James Ballard is a black resident of the Town of Newbern.  He is an eligible voter for City and was sworn in as a City council member on November 2, 2020.

6.      Plaintiff Barbara Patrick is a black resident of the City of Newbern.  She is an eligible voter for City and was sworn in as a City council member on November 2, 2020.

7.      Plaintiff Janice Quarles is a black resident of the City of Newbern.  She is an eligible voter for City and was sworn in as a City council member on November 2, 2020.

8.      Plaintiff Wanda Scott is a black resident of the City of Newbern.  She is an eligible voter for City and was sworn in as a City council member on November 2, 2020.

2

9.      Defendant Haywood Stokes, III is a white resident of the Town of Newbern. Mr. Stokes previously acted as the Mayor of Newbern. Mr. Stokes currently holds himself out as an elected member of the Town Council.

10.     Defendant Gary Broussard is a white resident of the City of Newbern. Mr. Broussard previously acted as an appointed City Council member. Mr. Broussard currently holds himself out as an elected member of the Town Council.

11.      Defendant Jesse Donald Leverett is a white resident of the City of Newbern. Mr. Leverett previously acted as an appointed City Council member. Mr. Leverett currently holds himself out as an elected member of the Town Council.

12.     Defendant Voncille Brown Thomas is a black resident of the City of Newbern. Upon information and belief, Voncille Brown Thomas was appointed to the Town Council. Ms. Thomas currently holds herself out as an elected member of the Town Council.

13.     Defendant Willie Richard Tucker is a white resident of the City of Newbern. Mr. Tucker previously acted as an appointed City Council member. Mr. Tucker currently holds himself out as an elected member of the Town Council.

14.     Defendant Lynn Thiebe is a white resident of Marengo County, Alabama. Ms. Thiebe holds the position of post master and oversees postal services for the City of Newbern.

15.     Defendant People's Bank of Greensboro is a chartered financial institution and headquartered

## FACTUAL ALLEGATIONS

16.     The town of Newbern AL (hereinafter "Newbern" or "Town") is located in Hale County AL.  It is a class 8 municipality under Alabama's Municipal Corporations Code; meaning that it is a town with fewer than 6,000 residents. Based on the most recent census data,

approximately 85 percent of the residents of Newbern are African American. Indeed, Newbern has been a majority-minority city for at least the last 50 years.

17.     Newbern has also had a mayor-council form of government for decades.   In addition to the office of Mayor, there are five (5) Town council positions.   Under the Municipal Corporations Code (hereinafter the Code), municipal elections for Mayor and City council are supposed to be held on the fourth Thursday of August every four years.   The Code requires the Mayor (by a certain date) to notify the public of an upcoming election for Mayor and City council and that residents who have lived in the municipality for at least 90 days may qualify to run for office. Ala. Code § 11-46-22.

18.     During the period relevant to this complaint, a resident satisfying the 90 day period and wishing to have their name appear on a ballot for an elected position was required to file a statement of candidacy and a statement of economic interests on or before the third Tuesday of July proceeding the election. Ala. Code § 11-46-25.

19.     In the event only one individual has filed a statement of candidacy for an office by 5:00 P.M. on the third Tuesday in July preceding the date set for the election of municipal officers, then that individual shall for all purposes be deemed elected to office. Ala. Code § 11-46-26.

20.     Though the Mayor of Newbern has been required to provide notice and conduct an election for Mayor and Town Council every four years, Newbern has not held an election in decades until October 2020 as described below. Instead, the office of Mayor was "inherited" by a hand-picked successor and the newly designated Mayor then selected the Town Council members.

21.     Because the office of mayor was treated as a "hand me down" position and all prior mayors have been white residents, no black resident of Newbern has ever served as mayor prior to

November 2020.  Only one black person has ever been selected to service as a Town council member; in other words, the council still remains a majority white body.

**Plaintiff Braxton Challenges the White Majority**

22.     In April 2020, Plaintiff Braxton decided to run for the office of Mayor of Newbern. He had concerns that the Town Council and Mayor were not responding to the needs of the majority black community.  These concerns only grew with the Town's response to COVID-19.

23.     Defendant Stokes was acting as Mayor in 2020. Stokes had appointed Defendants Broussard, Leverette, Thomas and Tucker to the Town Council prior to May, 2020.

24.     In April 2020, Braxton also told Stokes that he planned on qualifying as candidate for Mayor. Stokes gave Braxton wrong information about how to qualify and what was needed to qualify. However, he knew that Braxton planned on running for Mayor of Newbern.

25.     Under the Alabama Code, Stokes was required to give notice of an election by July 7, 2020 and inform residents that they had until July 21, 2020 to qualify.  Even though Stokes knew that Braxton planned on qualifying for Mayor, he did not provide notice nor did the Town council pass any ordinances related to conducting an election. No preparations were made for conducting an election.

26.     Though Defendant Stokes did not comply with the notice requirements for the 2020 municipal elections and after consulting with the Alabama Conference of Black Mayors, Plaintiff Braxton filed his statement of candidacy and statement of economic interests with the circuit clerk for Hale County and online with the State of Alabama.

27.     On July 21, 2020, the last day to qualify, Braxton gave the then City clerk Lynn Williams a money order for $50.00 (which was the qualifying fee) and the statement of candidacy. Williams accepted the payment and told Braxton that she wasn't going to let Stokes get her

involved in his mess. Williams did not elaborate on this comment but resigned as City clerk a few months later.

28.     Braxton was the only person who qualified as a candidate for the position of Mayor. Stokes did not bother to qualify as a candidate even though he knew that Braxton planned on qualifying since April 2020. Upon information and belief, Stokes knew or reasonably believed that he would not prevail in an election for the office of Mayor against Braxton.

29.     Because he was the only person qualified, Braxton was elected Mayor of the Town of Newbern by operation of law. He was Mayor-elect as of July 22, 2020. He was also the first Black mayor of the Town of Newbern in the 165 years since its founding.

30.     Not only was Braxton the only person who qualified as a candidate for the office of Mayor, he was the only person to qualify as a candidate for **any** elected municipal office including the Town council positions. As explained above, the practice was not to hold elections but simply pick who served as mayor and Town council members.

## The  Defendants Stokes, Broussard, Thomas and Tucker

## Conspire to Unlawfully Remain in Office

31.     No resident of Newbern timely qualified for a position on the Town council in part because the Defendants Stokes, Broussard, Leverette, Thomas and Tucker failed to provide the necessary notice and/or take steps to hold an election.  The County probate Judge Arthur Crawford told Braxton that he could appoint the Town council members because no one qualified for these positions.  This was consistent with the past practice and, in fact, the Town council members had all been appointed to their positions.  As a result, Braxton immediately set about asking residents of the Town to accept an appointment to the Town council. Braxton asked black and white

residents of the Town about serving on the Town council.  No white resident Braxton had asked agreed to serve on the Town council.

32.     Word of Braxton's recruitment of new Town council members spread in the community.  The "acting" Mayor Stokes and his appointed Town Council members decided to depart from the past practice of the Mayor naming the Town Council members if no resident qualified as a candidate for the Town Council.

33.     To prevent Braxton from appointing a majority black Town council, the Defendants Stokes, Broussard, Leverette, Thomas and Tucker agreed to hold a secret meeting and adopt resolutions to conduct a special election.  This is the first time in decades (if ever) that an ordinance setting an election was proposed.

34.     In August, 2020, the Defendants Stokes, Broussard, Leverette, Thomas and Tucker met in secret to adopt a "special" election ordinance. Notice of this meeting was not published.

35.     At this secret meeting, Defendant Stokes presented an "ordinance" setting a special election for the Town Council positions because the council members had allegedly "forgotten" to qualify as candidates for the 2020 municipal elections.  Under the ordinance, a special election for purposes of electing council members was scheduled for October 6, 2020.

36.     No notice of a special election to be held on October 6, 2020 was ever published.

37.     As a result of the "special election" ordinance, the Defendant Stokes, Leverett, Tucker, Broussard and Thomas-Brown filed statements of candidacy for the Town Council positions to be elected at the special election. Not surprisingly, Stokes, Broussard, Leverett, Tucker and Thomas-Brown were the only persons who qualified.

7

38.     The Town Council appointed by Stokes effectively reappointed themselves and Stokes as the "new" Town Council because notice of the October 6, 2020 special election was not provided to Braxton and other residents of Newbern.

39.     The Defendants unlawfully assumed their new terms as Town Council members in November 2020.

40.     Unaware that the Defendants had secretly set a special "election" and filed paperwork to qualify for the Town council positions, Braxton obtained the consent of Plaintiffs Ballard, Patrick, Quarles and Scott to serve on the Town council.

41.     On November 2, 2020, Plaintiffs Braxton, Ballard, Patrick, Quarles and Scott were sworn into office. The Oath of Office was filed with the County Probate Judge's office.

42.     Ten days later on November 12, 2020, the Defendants Stokes, Broussard, Leverett, Thomas and Tucker executed an Oath of Office at the City Attorney's office and, upon information and belief, the City Attorney filed these oaths with the Probate Judge.  None of the Defendants informed Braxton or the Plaintiffs that they were taking this action.

43.     The Plaintiffs held a meeting in the Town Hall in late November 2020. This was the one and only meeting they held in the Town Hall as the new majority black Town government because the Defendants acted to prevent the Plaintiffs from accessing any information regarding the Town, destroyed or removed documents from the Town Hall and locked down the Town Hall, preventing any access to the facility. Thus, the Defendants accomplished the goal of the conspiracy, namely, to prevent a majority black Town council from taking power.

44.     The Defendants had to strip Plaintiff Braxton of all the duties, privileges and powers of the office of Mayor in order to retain control of Newbern.  As detailed below, the key to the success of this conspiracy required the cooperation of the Defendant Thiebe, the Defendant

Bank, the City clerk, the City attorney and other professionals who provided services to the Town. All of these individuals are white residents of Newbern and/or Hale County, Alabama.

### The Defendants Strip Plaintiff Braxton of His Powers as Mayor

45.     The white majority Town Council elected Stokes as the President of the Council. Stokes effectively assumed the role of Mayor, indeed he continues to hold himself out as mayor of Newbern and has continually and unlawfully interfered with Mayor Braxton's efforts to discharge his duties as Mayor. The following overt acts in furtherance of the conspiracy described above have been undertaken by one or more of the Defendants Stokes, Broussard, Leverett, Thomas and Tucker:

### Denying Access to Town Hall

46.     One of the duties of the Mayor is to maintain Town Hall. There is an office in the Town Hall that the City uses to conduct official business.

47.     In December 2020, after the first meeting the Plaintiffs held in the Town Hall, Stokes and/or other Town Council members had the locks to the Town Hall changed.

48.     In January 2021, Braxton gained access to the Town Hall and discovered that someone had removed official Town documents from the building. Braxton then had the locks changed so that he could have access to Town Hall.

49.     Upon learning that Braxton had gained access to the Town Hall, Stokes acting in concert with the Defendant Broussard, Leverett, Thomas and Tucker had the locks changed again. Braxton discovered that the locks had been changed April 2021 and the Plaintiffs have not been able to gain uninterrupted access the building since April 2021.

50.     Indeed, Braxton was not allowed access to the Town hall in November 2022 to assist in setting up voting machines for the most recent election.

**Denying Access to Bank Accounts**

51.　　The Town of Newbern maintains a bank account with the People's Bank of Greensboro (hereinafter the "Bank"). The Bank has its main branch in Greensboro, AL. Greensboro is the county seat for Hale County AL.

52.　　On several occasions, Mayor Braxton went to the Bank to have his name placed on the Town's accounts. Braxton presented a Bank employees named Vickie (last name unknown) with documents showing he was the lawful Mayor of the Town and asked her to grant him full access to the Town's accounts.

53.　　Vickie (last name unknown) told Braxton that she would have to check with the Bank president and that he should come back the next day.

54.　　Braxton returned the next day but Vickie did not meet with him. Another bank employee told Braxton that his name would not be added to the account and that Stokes would remain on the account.

55.　　A day or two after this second meeting at the Bank, Braxton witnessed Stokes at the Bank and meeting with Bank representatives. Since this day, the Bank has refused to honor any request from Braxton.

56.　　In July 2022, Braxton sent the Bank a letter demanding that it provide Braxton as the Mayor of Newbern access to information regarding the Town's accounts.  The Bank has ignored this letter. Upon information and belief, the Bank is following the Defendant Stokes's request not to communicate or deal with Braxton on any Town business.

**Denying Access to Official City Mail and
Diverting Mail Addressed to Mayor Braxton**

57.     In early 2021, Braxton met with Valerie (last name unknown) who at the time was the post master for the Town.  Braxton requested access to the Town's P.O. box and asked that the box to be re-keyed. Braxton showed Ms. Valerie documents that certified he was the Mayor.  Ms. Valerie granted Braxton's request.

58.     Braxton received mail for the Town for approximately two weeks until he learned from Ms. Valerie that Defendant Stokes had complained to her superiors about being denied access to the Town's P.O. Box and that she had been instructed to allow Defendant Stokes access to the P.O. box.

59.     In late 2021, Defendant Thiebe replaced Ms. Valerie as the post master for the Town of Newbern.  Without his consent, Defendant Thiebe re-keyed the Town's P.O. Box and denied Braxton access to the Town's P.O. Box.

60.     Braxton requested access to the P.O. Box and showed Thiebe documents certifying him as the Mayor. Braxton told Thiebe that Stokes did not have authority to deny him access and that he was taking over his job. Braxton told Thiebe that he used to have access and that she should not deny him access.   Thiebe still refused to grant Braxton equal access to the P.O. box.  Thiebe has given mail addressed to Braxton to Defendant Stokes.

61.     Without access to the Town's P.O. Box, Braxton cannot perform the duties of his position or exercise the privileges of being Mayor. The Plaintiffs Ballard, Patrick, Quarles and Scott cannot perform their duties without Braxton's access to official Town business.

62.     Ms. Valerie the former post master that initially granted Braxton access to the Town's P.O. Box is African American. Ms. Thiebe, the post master refusing Braxton any access, is white. Upon information and belief, Ms. Thiebe is acting in concert and/or at the request

**Denying Access to Information and Documents**

63.     The Defendants Stokes, Broussard, Leverette, Thomas and Tucker have instructed the City clerk and the City's accountant to deny Braxton access to financial information or documents related to the official Town business.

64.     After Braxton and the Plaintiffs Ballard, Patrick, Quarles and Scott were sworn in and conducted a meeting at the Town Hall, the Defendants Stokes, Broussard, Leverette, Thomas and Tucker had all the documents stored at the Town Hall removed.

65.     Ms. Williams resigned from her position as City clerk in November 2020. The Defendants lacking proper authority appointed Defendant Stokes's sister Dana (last name unknown) as the City clerk. Ms. Dana has refused to grant Braxton access to any documents or information regarding the Town's official business.

66.     Ms. Dana, upset with Braxton efforts to assert his rights as Mayor, confronted Braxton and told him "you're not the mayor and we don't need you here."

67.     The Town's accountant Mr. Steve Kirk has also refused Braxton's requests for information about the Town finances.  As recently as July 2022, Plaintiff Braxton sent a letter to Mr. Kirk requesting that he, among other things, grant access to financial records and that he provide Braxton with information about the Town's expenditures.  Mr. Kirk has not responded to Braxton's letter.

68.     Upon information and belief, the Defendants Stokes, Broussard, Leverette, Thomas and Tucker have instructed Mr. Kirk to deny Braxton's requests for information.  Without access

to information about the Town's finances and expenditures, the Plaintiffs cannot perform their duties and exercise the privileges of their offices.

**Holding Meetings Without Notice and In Private Residences**

69.     The Defendants Stokes, Broussard, Leverette, Thomas and Tucker have not conducted regular public meetings in the Town Hall since the election of Plaintiff Braxton and his swearing of Plaintiffs Ballard, Patrick, Quarles and Scott.

70.     The Defendants Stokes, Broussard, Leverette, Thomas and Tucker have not provided Braxton and residents to the Town notice of public meetings.

71.     Upon information and belief, the Defendants Stokes, Broussard, Leverette, Thomas and Tucker have conducts meetings and business at private residences.

72.     As Mayor of Newbern, the Alabama Code requires the Town Council to pay Plaintiff Braxton a salary for his services as Mayor. *See*, Ala. Code 11-43-80, 86. Plaintiff Braxton holds the job of Mayor for a four year period, unless removed from the position. The Town Council has prevented Braxton from holding his job as Mayor and has effectively removed him from the position without any process. The denial of his job as Mayor and any related compensation or benefits constitutes a tangible harm in a property interest.

**Retaliation Against Braxton**

73.     In 2022, the Defendant Stokes "appointed" John Swanson as the fire chief.  Stokes also arranged for Swanson and his wife Susan Swanson to be put on the Newbern Fire Department's Board of Directors.

74.     The Newbern Fire Department's Board of Directors has approximately seven members. Six of the seven members are white residents of Newbern. Upon information and belief,

in addition to John and Susan Swanson, the Defendants Stokes, Broussard, Leverett, Thomas and Tucker make up the fire department's Board of Directors.

75.     Plaintiff Braxton objected to Swanson being appointed as the fire chief without his approval.  Braxton also objected to John Swanson and Susan Swanson's appointment to the Board of Director's without his approval.  He raised concerns that the black residents of Newbern were not being adequately represented on the Board and that this meant that the black residents did not get the same level of service as the white residents of Newbern.

76.     In response to Braxton's objections to these appointments and to Braxton's efforts to assert his rights and privileges as Mayor, in the summer of 2022, the Defendants suspended Braxton from his position as a volunteer fire fighter and first responder.

77.     Stokes and John Swanson also changed the locks to the fire department building and deprived Braxton of access to the building and its equipment until the County EMA director intervened.

## COUNT I

### (Section 1983 – Equal Protection)

78     The Plaintiffs Braxton, Ballard, Patrick, Quarles and Scott are black residents of the Town of Newbern.

79.     The Defendants Stokes, Broussard, Leverett, Tucker and Thomas-Brown acted under color of law to deprive Plaintiffs Braxton, Ballard, Patrick, Quarles and Scott of equal protection of the laws on account of his race.

80.     The Defendants have taken official actions to prevent Plaintiff Braxton from discharging his duties as Mayor and Plaintiffs Ballard, Patrick, Quarles and Scott from discharging their duties, responsibilities and privileges as Town council members on account of their race. For

example, since December 2020 and continuing thereafter, the Defendants have, among other things, (i) excluded Mayor Braxton from Town council meetings, (ii) have conducted meetings in secret without notifying Mayor Braxton or the other Plaintiffs; (iii) have changed the locks and shut the Plaintiffs out of Town Hall, (iv) have removed official Town records stored at the Town Hall and instructed the City clerk (who is related to Defendant Stokes) to not discuss or provide Braxton any information regarding any official Town business; (v) have told and  obtained the consent of the Town's Bank to deny Mayor Braxton and the Plaintiffs all access to financial information regarding the Town's accounts; (vi) have instructed the Town's accountant not to discuss or provide Braxton any information regarding the Town's finances; (vii) have instructed the Town's attorney Mr. Holmes not to discuss any legal matters or other Town business with Plaintiff Braxton, (viii) have told the Defendant Thiebe to deny Plaintiff Braxton access to the Town's post office box and access to any official correspondence, (ix) have instructed Defendant Thiebe to give any official mail addressed to Plaintiff Braxton to Defendant Stokes and (x) retaliated against Plaintiff Braxton by suspending him from the fire department.

81.    The Defendants, acting under color of law, have assigned or delegated the duties of the Mayor to the former white Mayor Defendant Stokes.  Defendant Stokes has been acting as Mayor instead of Plaintiff Braxton.

82.    On or about August 10, 2020, the Defendants, acting under color, unlawfully adopted resolutions to hold a special election for Town council positions because every council member had failed to timely qualify as a candidate for office. Though Defendant Stokes occupied the position of Mayor, orchestrated the special election resolution because he intended to qualify as a candidate for Town council.

83.     The Defendants did not provide public notice of this meeting, to the extent it even occurred, prior to unlawfully adopting resolutions setting a special election.

84.     The Defendants also did not provide notice to residents of Newbern that they had set a special election for October 10, 2020. The Defendants intended and executed a plan that they would be the only ones to qualify as candidates for the Town council position pursuant to the resolution and thus avoiding an actual election for these positions. In August 2020, the Defendants failed to provide notice of the Town's plan to hold a "special" election and to provide information on qualifying as a candidate to the majority black population of Newbern. Indeed, the white dominated Town council has not noticed or held an election as required under Alabama law for many decades.

85.     Plaintiff Braxton did not discover that the Defendants had adopted the special election resolutions that set a special election until the summer of 2021. Plaintiffs did not receive notice of a special election to be held in October 2020 because the Defendants concealed this information from the public.

86.     Unaware of the secret special election, Plaintiffs Ballard, Patrick, Quarles and Scott did not submit paperwork to qualify as candidates. Instead, they agreed to Braxton's request that they serve as appointed Town Council members. As noted above, the past practice of the Town was that the Mayor would appoint Town council members if no one qualified for a seat on the Town council.  Consistent with this practice, Braxton had approached the Plaintiffs to serve on the Town Council in August and September of 2020.

87.     Still unaware that the Defendants had orchestrated a secret election, Plaintiffs Ballard, Patrick, Quarles and Scott were sworn in as Town council members in November 2020. They held a Town council meeting on or about November 20, 2020 at the Town Hall. This was

16

the first time in the history of Newbern that black residents held a majority of the Town council seats.

88.    Defendants, with the assistance of the City clerk, moved to prevent the Plaintiffs Ballard, Patrick, Quarles and Scott from acting as the Town council. Defendants removed all official documents from the Town Hall. The Defendants changed the locks to the Town Hall and denied Plaintiffs Ballard, Patrick, Quarles and Scott access to the Town Hall. The Defendants also instructed the City clerk to not respond to or conduct any official business with Plaintiffs Ballard, Patrick, Quarles and Scott.

89.    The conduct of all the Defendants perpetuates the history of race discrimination in the Black Belt. Over 80 percent of the residents of Newbern identify as black and yet the Town has never had a black Mayor.  Indeed, the Newbern has never has a majority black Town Council. When confronted with the first duly elected black Mayor and majority black Town Council, the all Defendants undertook racially motivated actions to prevent the first black Mayor from exercising the duties of this position and the first majority black Town council for exercising legislative power.

90.    The Individual Defendants would not have succeeded in this plot to deprive the first elected black Mayor and/or first majority black Town Council from exercising political power without the assistance of the Bank and the Post Master.

91.    Prior transitions of power between white residents of Newbern did not result in the Bank and the Post Master's refusal to work with the designated Mayor and/or majority white Town Council.

92.    Prior transitions between a majority white Town council to another majority white Town council did not result in locking out the incoming Town council members, depriving them

of access to official documents or other official business of the Town and/or an instruction to the Town's employees or agents not to interact or cooperate with the incoming Town council members.  This obstructive conduct only occurred when a majority black Town council was set to take over Town hall.

93.     As a result of the Defendants actions taken under color of law, the Plaintiffs have been deprived of their rights to participate in Town governance and to discharge the duties and exercise the privileges of holding office because of their race and in violation of the Equal Protection Guarantee of the Fourteenth Amendment to the United States Constitution.

## COUNT II

### Race Discrimination

### (Section 1985(3))

94.     The Plaintiff incorporates by reference the conspiracy and overt acts allegations found in paragraphs 31-73.

95.     Defendants Stokes, Broussard, Leverett, Thomas, Tucker, Thiebe and the Bank conspired to deprive Plaintiffs Braxton, Ballard, Patrick, Quarles and Scott the privileges and rights of residents of the Town to participate in the governance of the Town on account of their race. The Defendant Stokes and the other Town Council members did not want a Black person in the position of Mayor nor did they want a majority Black Town council. In order to prevent a black person from exercising power as the Mayor of Newbern, Defendant Stokes and the Town Council defendants orchestrated a secret special election so that they could remain in office and then undertook actions to (1) prevent Plaintiff Braxton from performing the duties of his job as Mayor and (2) to prevent the majority black Town Council members Braxton had lawfully appointed from taking office.

18

96.     Defendant Stokes secured the agreement or consent of the Ms. Thiebe and the white leadership of the Bank to prevent Mayor Braxton from performing the duties of his job as Mayor of Newbern.

97.     During prior transitions of power from a white Mayor and white majority Town Council to other white residents of the Town, the Bank and the Post Master recognized the new white leadership of the Town and cooperated with the transition. However, the Defendants refused to cooperate with the transition of power to the first black Mayor in this history of Newbern even though Braxton was officially certified as the Mayor of Newbern.

98.     The Defendants have continued to deprive Plaintiff Braxton of the rights and privileges of his job as Mayor because of his race.  Defendants also continue to deprive Plaintiffs Patrick, Scott and Quarles the right and privilege of serving on the Town council on account of their race.

99.     The Defendants conspiracy to deprive Plaintiffs, on account of their race, (i) equal protection of the laws or (ii) equal privileges and immunities of the laws or (iii) preventing or hindering the properly constituted Town council and Mayor of the Town of Newbern from representing the majority black residents of the Town conduct violates 42 U.S.C. Section 1985(3).

## COUNT III

### (Failure to Prevent Conspiracy – Section 1986)

100.    The Plaintiff incorporates by reference the conspiracy and overt acts allegations found in paragraphs 31-79.

101.    This is a claim against Defendant Theibe and Defendant People's Bank of Greensboro for negligently failing or refusing to prevent the unlawful conspiracy to deny Plaintiffs

Braxton, Ballard, Patrick, Quarles and Scott equal protection under the laws or the equal privileges and rights of holding office because of their race.

102.    Defendant Thiebe had knowledge that Plaintiff Braxton had been elected Mayor of Newbern.  In late 2021 and on several occasions thereafter, the Defendant Thiebe refused to provide Braxton access to official Town mail. Indeed, Thiebe gave mail addressed to Mayor Braxton to Defendant Stokes. Defendant Stokes had instructed Defendant Thiebe not to give Mayor Braxton access to official Town mail.

103.    Defendant Thiebe had knowledge that Defendant Stokes and the other Town Council members were depriving Mayor Braxton of the ability to discharge his duties as Mayor on account of Braxton's race. She also had knowledge that Plaintiffs Ballard, Patrick, Quarles and Scott had been appointed to and sworn in as Town council members. Nonetheless, Defendant Thiebe negligently failed or refused to prevent Defendant Stokes and the other Individual Defendants from carrying out their conspiracy to deprive Plaintiffs equal protection under the law or of equal privileges and rights of holding office on account of their race.

104.    In April 2021 and thereafter, Defendant People's Bank of Greensboro (acting through its agents, employees or officers) knew that Plaintiff Braxton had been elected and installed as the Mayor of Newbern. Plaintiff Braxton had informed the Bank that he was the Mayor of Newbern and that he had appointed Plaintiffs Ballard, Patrick, Quarles and Scott to the Town council. The Bank however refused to grant Braxton access to information about the Town's accounts and would not allow him to add himself and Plaintiff Scott as a signatories to the account.

105.    Defendant People's Bank of Greensboro (acting through its agents, employees or officers) had knowledge that Defendant Stokes and the other Town Council members were depriving Mayor Braxton of the ability to discharge his duties as Mayor on account of Braxton's

race. The Bank also had knowledge that Plaintiffs Ballard, Patrick, Quarles and Scott had been appointed to and sworn in as Town council members. Nonetheless, the Bank negligently failed or refused to prevent Defendant Stokes and the other Individual Defendants from carrying out their conspiracy to deprive Plaintiffs equal protection under the law or of equal privileges and rights of holding office on account of their race.

106.    In *Park v. City of Atlanta*, 120 F.3d 1157 (11th Cir. 1997), the Eleventh Circuit held that a person who negligently fails or refuses to prevent a conspiracy in violation of Section 1985 is liable for such negligence. Thus Defendants Thiebe and/or People's Bank of Greensboro's negligent failure or refuse to prevent the conspiracy to deprive the Plaintiffs of equal protection under law or equal privileges and rights violated 42 U.S.C. § 1986.

## PRAYER FOR RELIEF

107.    Wherefore premises considered, the Plaintiffs respectfully request that the Court enter an order:

(a)    Enjoining the Defendants from preventing, hindering, interfering (directly or indirectly) the Plaintiffs from exercising the duties, responsibilities or privileges of their offices as Mayor and/or Town council member;

(b)    Directing the Defendants to immediately grant the Plaintiffs access to all official documents, accounts and Town property or to take such actions are necessary to permit such access;

(c)    Enjoining the Defendants from conducting any business for the Town;

(d)    Requiring Defendant's pay the Plaintiffs any monetary losses resulting for their unlawful conspiracy and/or deprivation of rights;

(e)    Awarding the Plaintiffs compensatory or punitive damages as established at trial;

(f)      Awarding the Plaintiffs a reasonable attorney's fee and costs of litigation;

(g)      Awarding any other injunctive, equitable or legal relief the Court deems appropriate

to remedy the violations of law established at trial.

## **TRIAL BY JURY**

The Plaintiffs demand a trial by jury to the extent provided under the Constitution of the

State of Alabama or United States Constitution.


/s/ *Richard P. Rouco*
Richard P. Rouco

/s/*George Davies*
George N. Davies

OF COUNSEL:

Quinn, Connor, Weaver,
Davies & Rouco, LLP
2 – 20th Street North
Suite 930
Birmingham, AL 35203
Tel. 205-870-9989
Fax. 205-803-4143
rrouco@qcwdr.com
gdavies@qcwdr.com

ELECTRONICALLY FILED
3/17/2023 2:08 PM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

State of Alabama
Unified Judicial System

Form C-34        Rev. 4/2017

# SUMMONS
# -CIVIL-

**IN THE** CIRCUIT _____ **COURT OF** DALLAS _____ **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)*                    *(Name of County)*

Patrick Braxton, et al. _____ **v.** ___ Haywood Stokes, III, et al. _____

_____           _____
*[Name(s) of Plaintiff(s)]*                                    *[Name(s) of Defendant(s)]*

**NOTICE TO:** Gary Broussard, 324 Baby Street, Newbern, Alabama 36765 _____
*(Name and Address of Defendant)*

THE COMPLAINT  OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU
MUST TAKE IMMEDIATE  ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO
FILE THE ORIGINAL OF  YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN
THE COMPLAINT OR OTHER DOCUMENT, WITH  THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER
MUST BE MAILED OR HAND DELIVERED BY YOU OR  YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S)
OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies _____, WHOSE
*[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE:  2 North 20th Street, Suite 930, Birmingham, Alabama 35203 _____

_____.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 _____ DAYS  AFTER THIS SUMMONS AND
COMPLAINT OR OTHER  DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE
RENDERED AGAINST YOU FOR  THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER
DOCUMENT.

## TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL
## PROCEDURE TO SERVE PROCESS:

[✓]  You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.

[ ]  Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*

pursuant to the Alabama Rules of Civil Procedure.

_____          _____ **By:** _____
*(Date)*                                    *(Signature of Clerk)*                        *(Name)*

[ ]  Certified Mail is hereby requested.       _____
*(Plaintiff's/Attorney's  Signature)*

## RETURN ON SERVICE

[ ] Return receipt of certified mail received in this office on_____.
*(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*                            *(Name of County)*

Alabama on_____.
*(Date)*

_____    _____    _____
*(Type of Process Server)*     *(Server's Signature)*            *(Address of Server)*

                        _____    _____
                        *(Server's Printed Name)*          *(Phone Number of Server)*

ELECTRONICALLY FILED
3/17/2023 2:08 PM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama<br>Unified Judicial System | **SUMMONS** | |
|---|---|---|
| Form C-34     Rev. 4/2017 | **-CIVIL-** | |

**IN THE** CIRCUIT _____ **COURT OF** DALLAS _____ **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)*      *(Name of County)*

Patrick Braxton, et al. _____ **v.**   Haywood Stokes, III, et al. _____

_____     _____
*[Name(s) of Plaintiff(s)]*        *[Name(s) of Defendant(s)]*

**NOTICE TO:** Jesse Donald Leverett, 156 Baby Street, Newbern, Alabama 36765
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies _____, WHOSE
*[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203
_____.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30_____ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

## TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*

pursuant to the Alabama Rules of Civil Procedure.

_____    _____ By: _____
*(Date)*      *(Signature of Clerk)*      *(Name)*

[ ] Certified Mail is hereby requested.    _____
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

[ ] Return receipt of certified mail received in this office on_____.
*(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____County,
*(Name of Person Served)*      *(Name of County)*

Alabama on_____.
*(Date)*

_____   _____   _____
*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

     _____   _____
     *(Server's Printed Name)*   *(Phone Number of Server)*



ELECTRONICALLY FILED
3/17/2023 2:08 PM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34      Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** |
|---|---|

**IN THE** CIRCUIT **COURT OF** DALLAS **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)*          *(Name of County)*

Patrick Braxton, et al.          **v.**          Haywood Stokes, III, et al.

*[Name(s) of Plaintiff(s)]*          *[Name(s) of Defendant(s)]*

**NOTICE TO:** Peoples Bank of Greensboro, 1402 State Street, Greensboro, Alabama 36744

*(Name and Address of Defendant)*

THE COMPLAINT  OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH  THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR  YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies                                    , WHOSE
*[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE:  2 North 20th Street, Suite 930, Birmingham, Alabama 35203                           .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30         DAYS  AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR  THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑  You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐  Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____          _____ **By:** _____
*(Date)*                              *(Signature of Clerk)*                 *(Name)*

☐  Certified Mail is hereby requested.          _____
*(Plaintiff's/Attorney's  Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on_____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____County,
*(Name of Person Served)*                          *(Name of County)*

Alabama on_____ .
*(Date)*

_____          _____          _____
*(Type of Process Server)*      *(Server's Signature)*              *(Address of Server)*

_____          _____
*(Server's Printed Name)*                  *(Phone Number of Server)*

DOCUMENT 19
Case 2:23-cv-00127-KD-N   Document 1-3   Filed 04/14/23   Page 63 of 234   ELECTRONICALLY FILED
3/17/2023 2:08 PM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34      Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | |
|---|---|---|

**IN THE** CIRCUIT _____ **COURT OF** DALLAS _____ **COUNTY, ALABAMA**
<br>*(Circuit, District, or Juvenile)*      *(Name of County)*

Patrick Braxton, et al. _____ **v.**   Haywood Stokes, III, et al. _____

_____      _____
<br>*[Name(s) of Plaintiff(s)]*        *[Name(s) of Defendant(s)]*

**NOTICE TO:**   Haywood Stokes, III 861 Highway 61, Newbern, Alabama 36765 _____
<br>*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies _____, WHOSE
<br>*[Name(s) of Attorney(s)]*
<br>ADDRESS(ES) IS/ARE:   2 North 20th Street, Suite 930, Birmingham, Alabama 35203 _____.

_____
<br>*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 _____ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____
<br>*[Name(s)]*
<br>pursuant to the Alabama Rules of Civil Procedure.

_____    _____ By: _____
<br>*(Date)*        *(Signature of Clerk)*        *(Name)*

[ ] Certified Mail is hereby requested.    _____
<br>*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

[ ] Return receipt of certified mail received in this office on _____.
<br>*(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
<br>*(Name of Person Served)*        *(Name of County)*
<br>Alabama on _____.
<br>*(Date)*

_____    _____    _____
<br>*(Type of Process Server)*      *(Server's Signature)*      *(Address of Server)*

   _____    _____
<br>*(Server's Printed Name)*      *(Phone Number of Server)*

ELECTRONICALLY FILED
3/17/2023 2:08 PM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

**State of Alabama**
**Unified Judicial System**

**SUMMONS**
**-CIVIL-**

Form C-34      Rev. 4/2017

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA
      *(Circuit, District, or Juvenile)*          *(Name of County)*

Patrick Braxton, et al. _____   v.   Haywood Stokes, III, et al. _____

_____                              _____
*[Name(s) of Plaintiff(s)]*                       *[Name(s) of Defendant(s)]*

NOTICE TO: Lynn Thiebe, 800 Old Uniontown Road, Faunsdale, Alabama 36738
                              *(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies _____, WHOSE
                                              *[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203

_____
                              *[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
                                                                                      *[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____          _____        By: _____
*(Date)*                      *(Signature of Clerk)*              *(Name)*

☐ Certified Mail is hereby requested.   _____
                                         *(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
                                                              *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*              *(Name of County)*

Alabama on _____.
                  *(Date)*

_____     _____     _____
*(Type of Process Server)*   *(Server's Signature)*      *(Address of Server)*

                        _____     _____
                        *(Server's Printed Name)*     *(Phone Number of Server)*

ELECTRONICALLY FILED
3/17/2023 2:08 PM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK



**State of Alabama**
**Unified Judicial System**

# SUMMONS
## -CIVIL-

**Form C-34**       **Rev. 4/2017**

IN THE CIRCUIT _____ COURT OF DALLAS _____ COUNTY, ALABAMA
*(Circuit, District, or Juvenile)*            *(Name of County)*

Patrick Braxton, et al. _____ v. ___ Haywood Stokes, III, et al. _____

_____       _____
        *[Name(s) of Plaintiff(s)]*                      *[Name(s) of Defendant(s)]*

**NOTICE TO:** Voncille Brown Thomas, 7671 AL Highway 61, Newbern, Alabama 36765
_____
                           *(Name and Address of Defendant)*

THE COMPLAINT  OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU
MUST TAKE IMMEDIATE  ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO
FILE THE ORIGINAL OF  YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN
THE COMPLAINT OR OTHER DOCUMENT, WITH  THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER
MUST BE MAILED OR HAND DELIVERED BY YOU OR  YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S)
OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies _____, WHOSE
                                          *[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE:  2 North 20th Street, Suite 930, Birmingham, Alabama 35203 _____
_____.
                           *[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS  ANSWER  MUST  BE  MAILED  OR  DELIVERED  WITHIN 30 _____ DAYS  AFTER  THIS  SUMMONS  AND
COMPLAINT  OR  OTHER  DOCUMENT  WERE  SERVED  ON  YOU  OR  A  JUDGMENT  BY  DEFAULT  MAY  BE
RENDERED  AGAINST  YOU  FOR   THE  MONEY  OR  OTHER  THINGS  DEMANDED  IN  THE  COMPLAINT  OR  OTHER
DOCUMENT.

## TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[✓]  You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.

[ ]  Service by certified mail of this Summons is initiated upon the written request of _____
                                                                                      *[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____       _____ By: _____
          *(Date)*                        *(Signature of Clerk)*              *(Name)*

[ ]  Certified Mail is hereby requested.      _____
                                              *(Plaintiff's/Attorney's  Signature)*

## RETURN ON SERVICE

[ ] Return receipt of certified mail received in this office on_____.
                                                                        *(Date)*
[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____County,
            *(Name of Person Served)*                *(Name of County)*

Alabama on_____.
                        *(Date)*


_____   _____   _____
*(Type of Process Server)*   *(Server's Signature)*        *(Address of Server)*

                    _____   _____
                    *(Server's Printed Name)*      *(Phone Number of Server)*

ELECTRONICALLY FILED
3/17/2023 2:08 PM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34          Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | |
|---|---|---|

**IN THE** CIRCUIT _____ **COURT OF** DALLAS _____ **COUNTY, ALABAMA**
      *(Circuit, District, or Juvenile)*                    *(Name of County)*

Patrick Braxton, et al. _____  **v.**  Haywood Stokes, III, et al. _____

_____       _____
      *[Name(s) of Plaintiff(s)]*                              *[Name(s) of Defendant(s)]*

**NOTICE TO:** Willie Richard Tucker, 234 Baby Street, Newbern, Alabama 36765 _____
                              *(Name and Address of Defendant)*

THE COMPLAINT  OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE  ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH  THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR  YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies _____, WHOSE
                                              *[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE:  2 North 20th Street, Suite 930, Birmingham, Alabama 35203 _____
_____.
                              *[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 _____ DAYS  AFTER THIS SUMMONS AND COMPLAINT OR OTHER  DOCUMENT  WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR  THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

[✓]  You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ]  Service by certified mail of this Summons is initiated upon the written request of _____
                                                                                    *[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____       _____ **By:** _____
      *(Date)*                              *(Signature of Clerk)*                    *(Name)*

[ ]  Certified Mail is hereby requested.       _____
                                              *(Plaintiff's/Attorney's  Signature)*

**RETURN ON SERVICE**

[ ] Return receipt of certified mail received in this office on _____.
                                                                      *(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
              *(Name of Person Served)*                        *(Name of County)*

Alabama on _____.
                        *(Date)*

_____   _____   _____
*(Type of Process Server)*   *(Server's Signature)*       *(Address of Server)*

                        _____   _____
                        *(Server's Printed Name)*       *(Phone Number of Server)*



**AlaFile E-Notice**

27-CV-2022-900217.00

To: RICHARD P ROUCO
rrouco@qcwdr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following complaint was FILED on 3/17/2023 2:08:34 PM

Notice Date:     3/17/2023 2:08:34 PM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:   BRAXTON PATRICK (PRO SE)
      134 BRYANT ST
      NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following complaint was FILED on 3/17/2023 2:08:34 PM

Notice Date:      3/17/2023 2:08:34 PM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  HAYWOOD STOKES III (PRO SE)
MAYOR OF CITY OF NEWBERN
1001 MAIN ST. #13
GREENSBORO, AL, 36744-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following complaint was FILED on 3/17/2023 2:08:34 PM

Notice Date:     3/17/2023 2:08:34 PM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  JESSE LEVERET (PRO SE)
     CITY COUNCILMAN OF CITY O
     1001 MAIN ST. #13
     GREENSBORO, AL, 36744-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following complaint was FILED on 3/17/2023 2:08:34 PM

Notice Date:     3/17/2023 2:08:34 PM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  VONCILLE THOMAS (PRO SE)
CITY COUNCILMAN OF NEWBER
1001 MAIN ST. #13
GREENSBORO, AL, 36744-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following complaint was FILED on 3/17/2023 2:08:34 PM

Notice Date:      3/17/2023 2:08:34 PM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  WILLIE TUCKER (PRO SE)
CITY COUNCILMAN OF NEWBER
1001 MAIN ST. #13
GREENSBORO, AL, 36744-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following complaint was FILED on 3/17/2023 2:08:34 PM

Notice Date:      3/17/2023 2:08:34 PM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

DOCUMENT 24

Case 2:23-cv-00127-KD-N   Document 1-3   Filed 04/14/23   Page 73 of 234   ELECTRONICALLY FILED
3/28/2023 9:54 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama<br>Unified Judicial System | **SUMMONS**<br>**-CIVIL-** | DALLAS COUNTY, ALABAMA<br>LYNNETHIA R. BENNETT, CLERK |
|---|---|---|
| Form C-34   Rev. 4/2017 | | |

**IN THE** CIRCUIT **COURT OF** DALLAS **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)* *(Name of County)*

Patrick Braxton, et al.     **v.**     Haywood Stokes, III, et al.

*[Name(s) of Plaintiff(s)]*     *[Name(s) of Defendant(s)]*

**NOTICE TO:** Gary Broussard, 324 Baby Street, Newbern, Alabama 36765
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies     , WHOSE
*[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____     _____ By: _____
*(Date)*     *(Signature of Clerk)*     *(Name)*

☐ Certified Mail is hereby requested. _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☒ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in HALE _____ County,
*(Name of Person Served)*     *(Name of County)*
Alabama on 21 MAR 23 .
*(Date)*

PS _____ William R Rainy     531 David Campbell Rd
*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*
William R Rainey     Moundville, Al 35474
*(Server's Printed Name)*
205 799 5927
*(Phone Number of Server)*



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  RICHARD P ROUCO
     rrouco@qcwdr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:54:26 AM

Notice Date:     3/28/2023 9:54:26 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To: BRAXTON PATRICK (PRO SE)
134 BRYANT ST
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:54:26 AM

Notice Date:     3/28/2023 9:54:26 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  BALLARD JAMES (PRO SE)
200 SCHOOL STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:54:26 AM

Notice Date:     3/28/2023 9:54:26 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  PATRICK BARBARA (PRO SE)
39 COTTONWOOD CIRCLE
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:54:26 AM

Notice Date:     3/28/2023 9:54:26 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  QUARLES JANICE (PRO SE)
295 SCHOOL STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:54:26 AM

Notice Date:     3/28/2023 9:54:26 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  SCOTT WANDA (PRO SE)
143 BRYANT STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:54:26 AM

Notice Date:      3/28/2023 9:54:26 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  HAYWOOD STOKES III (PRO SE)
8261 HIGHWAY 61
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:54:26 AM

Notice Date:     3/28/2023 9:54:26 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  JESSE LEVERET (PRO SE)
156 BABY STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:54:26 AM

Notice Date:     3/28/2023 9:54:26 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  VONCILLE THOMAS (PRO SE)
7671 ALABAMA HIGHWAY 61
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:54:26 AM

Notice Date:      3/28/2023 9:54:26 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  WILLIE TUCKER (PRO SE)
234 BABY STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:54:26 AM

Notice Date:     3/28/2023 9:54:26 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  PEOPLES BANK OF GREENSBORO (PRO SE)
1402 STATE STREET
GREENSBORO, AL, 36744-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:54:26 AM

Notice Date:     3/28/2023 9:54:26 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To: BROUSSARD GARY (PRO SE)
324 BABY STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:54:26 AM

Notice Date:      3/28/2023 9:54:26 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  THIEBE LYNN (PRO SE)
     800 OLD UNIONTOWN ROAD
     FAUNSDALE, AL, 36738-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:54:26 AM

Notice Date:      3/28/2023 9:54:26 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  RICHARD P ROUCO
      rrouco@qcwdr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:54:26 AM

Notice Date:     3/28/2023 9:54:26 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

ELECTRONICALLY FILED
3/28/2023 9:55 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

State of Alabama
Unified Judicial System

Form C-34        Rev. 4/2017

## SUMMONS
## -CIVIL-

LYNNETHIA R. BENNETT, CLERK

IN THE CIRCUIT _____ COURT OF DALLAS _____ COUNTY, ALABAMA
  *(Circuit, District, or Juvenile)*      *(Name of County)*

Patrick Braxton, et al.       v.   Haywood Stokes, III, et al.

_____    _____
    *[Name(s) of Plaintiff(s)]*         *[Name(s) of Defendant(s)]*

**NOTICE TO:** Jesse Donald Leverett, 156 Baby Street, Newbern, Alabama 36765
         *(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies _____, WHOSE
            *[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203
_____.
       *[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 _____ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
                     *[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____      By: _____   _____
   *(Date)*        *(Signature of Clerk)*     *(Name)*

☐ Certified Mail is hereby requested.   _____
           *(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
                  *(Date)*

☑ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

*Jessa Donald Leverett* _____ in _HALE_ _____ County,
    *(Name of Person Served)*       *(Name of County)*

Alabama on _____ 21 MAR 23 _____.
      *(Date)*

*PS* _____   *William R Rainey* _____ _____
*(Type of Process Server)*   *(Server's Signature)*    *(Address of Server)*

_____    _____
  *(Server's Printed Name)*     *(Phone Number of Server)*

*9:33 Am
21 MAR 23*



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  RICHARD P ROUCO
rrouco@qcwdr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:55:32 AM

Notice Date:     3/28/2023 9:55:32 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  BRAXTON PATRICK (PRO SE)
134 BRYANT ST
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:55:32 AM

Notice Date:    3/28/2023 9:55:32 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  BALLARD JAMES (PRO SE)
200 SCHOOL STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:55:32 AM

Notice Date:     3/28/2023 9:55:32 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  PATRICK BARBARA (PRO SE)
39 COTTONWOOD CIRCLE
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:55:32 AM

Notice Date:     3/28/2023 9:55:32 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  QUARLES JANICE (PRO SE)
295 SCHOOL STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:55:32 AM

Notice Date:      3/28/2023 9:55:32 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:   SCOTT WANDA (PRO SE)
143 BRYANT STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:55:32 AM

Notice Date:    3/28/2023 9:55:32 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To: HAYWOOD STOKES III (PRO SE)
8261 HIGHWAY 61
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:55:32 AM

Notice Date:     3/28/2023 9:55:32 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  JESSE LEVERET (PRO SE)
156 BABY STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:55:32 AM

Notice Date:     3/28/2023 9:55:32 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  VONCILLE THOMAS (PRO SE)
7671 ALABAMA HIGHWAY 61
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:55:32 AM

Notice Date:     3/28/2023 9:55:32 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To: WILLIE TUCKER (PRO SE)
234 BABY STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:55:32 AM

Notice Date:    3/28/2023 9:55:32 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  PEOPLES BANK OF GREENSBORO (PRO SE)
1402 STATE STREET
GREENSBORO, AL, 36744-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:55:32 AM

Notice Date:     3/28/2023 9:55:32 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To: BROUSSARD GARY (PRO SE)
324 BABY STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:55:32 AM

Notice Date:     3/28/2023 9:55:32 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  THIEBE LYNN (PRO SE)
     800 OLD UNIONTOWN ROAD
     FAUNSDALE, AL, 36738-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:55:32 AM

Notice Date:     3/28/2023 9:55:32 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  RICHARD P ROUCO
rrouco@qcwdr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:55:32 AM

Notice Date:      3/28/2023 9:55:32 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

ELECTRONICALLY FILED
3/28/2023 9:56 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34       Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | CIRCUIT COURT OF<br>DALLAS COUNTY, ALABAMA<br>LYNNETHIA R. BENNETT, CLERK |
|---|---|---|

**IN THE** CIRCUIT **COURT OF** DALLAS **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)* — *(Name of County)*

Patrick Braxton, et al.                    v.    Haywood Stokes, III, et al.

*[Name(s) of Plaintiff(s)]*          *[Name(s) of Defendant(s)]*

**NOTICE TO:** Peoples Bank of Greensboro, 1402 State Street, Greensboro, Alabama 36744
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies                                    , WHOSE
*[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30          DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____          _____ By: _____
*(Date)*                  *(Signature of Clerk)*          *(Name)*

☐ Certified Mail is hereby requested.    _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on_____.
*(Date)*

☑ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
Peoples Bank c/o _____ in    Hale    County,
*(Name of Person Served)*                    *(Name of County)*
Alabama on    21 MAR 23    .
*(Date)*

_____          _____    531 David Campbell Rd
*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*
PS    William R Rainey        Moundville
William R Rainey        205 799 5927
*(Server's Printed Name)*    *(Phone Number of Server)*



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  RICHARD P ROUCO
     rrouco@qcwdr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:56:47 AM

Notice Date:     3/28/2023 9:56:47 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  BRAXTON PATRICK (PRO SE)
134 BRYANT ST
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:56:47 AM

Notice Date:     3/28/2023 9:56:47 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To: BALLARD JAMES (PRO SE)
200 SCHOOL STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:56:47 AM

Notice Date:     3/28/2023 9:56:47 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  PATRICK BARBARA (PRO SE)
39 COTTONWOOD CIRCLE
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:56:47 AM

Notice Date:      3/28/2023 9:56:47 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  QUARLES JANICE (PRO SE)
295 SCHOOL STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:56:47 AM

Notice Date:     3/28/2023 9:56:47 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  SCOTT WANDA (PRO SE)
143 BRYANT STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:56:47 AM

Notice Date:      3/28/2023 9:56:47 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:   HAYWOOD STOKES III (PRO SE)
8261 HIGHWAY 61
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:56:47 AM

Notice Date:      3/28/2023 9:56:47 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  JESSE LEVERET (PRO SE)
156 BABY STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:56:47 AM

Notice Date:    3/28/2023 9:56:47 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  VONCILLE THOMAS (PRO SE)
7671 ALABAMA HIGHWAY 61
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:56:47 AM

Notice Date:     3/28/2023 9:56:47 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  WILLIE TUCKER (PRO SE)
234 BABY STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:56:47 AM

Notice Date:     3/28/2023 9:56:47 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  PEOPLES BANK OF GREENSBORO (PRO SE)
1402 STATE STREET
GREENSBORO, AL, 36744-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:56:47 AM

Notice Date:     3/28/2023 9:56:47 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To: BROUSSARD GARY (PRO SE)
324 BABY STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:56:47 AM

Notice Date:     3/28/2023 9:56:47 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  THIEBE LYNN (PRO SE)
     800 OLD UNIONTOWN ROAD
     FAUNSDALE, AL, 36738-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:56:47 AM

Notice Date:    3/28/2023 9:56:47 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  RICHARD P ROUCO
rrouco@qcwdr.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:56:47 AM

Notice Date:    3/28/2023 9:56:47 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

25 ELECTRONICALLY FILED
3/28/2023 8:57 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

State of Alabama
Unified Judicial System

**SUMMONS
-CIVIL-**

Form C-34      Rev. 4/2017

DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

IN THE CIRCUIT     COURT OF DALLAS     COUNTY, ALABAMA
*(Circuit, District, or Juvenile)*     *(Name of County)*

Patrick Braxton, et al.     v.     Haywood Stokes, III, et al.

*[Name(s) of Plaintiff(s)]*     *[Name(s) of Defendant(s)]*

8261

**NOTICE TO:** Haywood Stokes, III 861 Highway 61, Newbern, Alabama 36765

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies               , WHOSE

*[Name(s) of Attorney(s)]*

ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 _____ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____

*[Name(s)]*

pursuant to the Alabama Rules of Civil Procedure.

_____        _____ By: _____
*(Date)*             *(Signature of Clerk)*        *(Name)*

[ ] Certified Mail is hereby requested.        _____

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

[ ] Return receipt of certified mail received in this office on _____ .

*(Date)*

[✓] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

Haywood Stokes III   Betty Stokes      in     HALE     County,
*(Name of Person Served)*                    *(Name of County)*

Alabama on   21 MAR 23   .
*(Date)*

PS          William R Rainey     531 David Campbell Rd
*(Type of Process Server)*    *(Server's Signature)*        *(Address of Server)*

William R Rainey     Marville AL
*(Server's Printed Name)*

205 799 5927
*(Phone Number of Server)*



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  RICHARD P ROUCO
     rrouco@qcwdr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:57:50 AM

Notice Date:     3/28/2023 9:57:50 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  BRAXTON PATRICK (PRO SE)
134 BRYANT ST
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:57:50 AM

Notice Date:     3/28/2023 9:57:50 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  BALLARD JAMES (PRO SE)
200 SCHOOL STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:57:50 AM

Notice Date:     3/28/2023 9:57:50 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To: PATRICK BARBARA (PRO SE)
39 COTTONWOOD CIRCLE
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:57:50 AM

Notice Date:    3/28/2023 9:57:50 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To: QUARLES JANICE (PRO SE)
295 SCHOOL STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:57:50 AM

Notice Date:     3/28/2023 9:57:50 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To: SCOTT WANDA (PRO SE)
143 BRYANT STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:57:50 AM

Notice Date:     3/28/2023 9:57:50 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  HAYWOOD STOKES III (PRO SE)
8261 HIGHWAY 61
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:57:50 AM

Notice Date:      3/28/2023 9:57:50 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  JESSE LEVERET (PRO SE)
156 BABY STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:57:50 AM

Notice Date:     3/28/2023 9:57:50 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  VONCILLE THOMAS (PRO SE)
     7671 ALABAMA HIGHWAY 61
     NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:57:50 AM

Notice Date:     3/28/2023 9:57:50 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  WILLIE TUCKER (PRO SE)
234 BABY STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:57:50 AM

Notice Date:     3/28/2023 9:57:50 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To: PEOPLES BANK OF GREENSBORO (PRO SE)
1402 STATE STREET
GREENSBORO, AL, 36744-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:57:50 AM

Notice Date:     3/28/2023 9:57:50 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:   BROUSSARD GARY (PRO SE)
      324 BABY STREET
      NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:57:50 AM

Notice Date:     3/28/2023 9:57:50 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  THIEBE LYNN (PRO SE)
     800 OLD UNIONTOWN ROAD
     FAUNSDALE, AL, 36738-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:57:50 AM

Notice Date:    3/28/2023 9:57:50 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  RICHARD P ROUCO
rrouco@qcwdr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 9:57:50 AM

Notice Date:     3/28/2023 9:57:50 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

ELECTRONICALLY FILED
3/28/2023 10:10 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama Unified Judicial System | **SUMMONS** | DALLAS COUNTY, ALABAMA |
|---|---|---|
| Form C-34    Rev. 4/2017 | **-CIVIL-** | LYNNETHIA R. BENNETT, CLERK |

**IN THE** CIRCUIT **COURT OF** DALLAS **COUNTY, ALABAMA**

*(Circuit, District, or Juvenile)*     *(Name of County)*

Patrick Braxton, et al.

**v.**

Haywood Stokes, III, et al.

*[Name(s) of Plaintiff(s)]*     *[Name(s) of Defendant(s)]*

**NOTICE TO:** Lynn Thiebe, 800 Old Uniontown Road, Faunsdale, Alabama 36738

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies                    , WHOSE

*[Name(s) of Attorney(s)]*

ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30      DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

*[Name(s)]*

pursuant to the Alabama Rules of Civil Procedure.

_____     _____     **By:** _____
*(Date)*     *(Signature of Clerk)*     *(Name)*

☐ Certified Mail is hereby requested.     _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☑ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

WALTER THUBE     in MARINGO     County,
*(Name of Person Served)*     *(Name of County)*

Alabama on 18 MAR 23 .
*(Date)*

PS     William R Raing     531 David Campbell Rd
*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

William R Raing     Moundville, AL 35474
*(Server's Printed Name)*     205 7995927
*(Phone Number of Server)*



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  RICHARD P ROUCO
     rrouco@qcwdr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:10:15
AM

Notice Date:     3/28/2023 10:10:15 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  BRAXTON PATRICK (PRO SE)
134 BRYANT ST
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:10:15
AM

Notice Date:     3/28/2023 10:10:15 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  BALLARD JAMES (PRO SE)
200 SCHOOL STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:10:15
AM

Notice Date:      3/28/2023 10:10:15 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To: PATRICK BARBARA (PRO SE)
39 COTTONWOOD CIRCLE
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:10:15
AM

Notice Date:     3/28/2023 10:10:15 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  QUARLES JANICE (PRO SE)
295 SCHOOL STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:10:15
AM

Notice Date:     3/28/2023 10:10:15 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  SCOTT WANDA (PRO SE)
143 BRYANT STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:10:15
AM

Notice Date:     3/28/2023 10:10:15 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  HAYWOOD STOKES III (PRO SE)
8261 HIGHWAY 61
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:10:15
AM

Notice Date:     3/28/2023 10:10:15 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To: JESSE LEVERET (PRO SE)
    156 BABY STREET
    NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:10:15
AM

Notice Date:     3/28/2023 10:10:15 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  VONCILLE THOMAS (PRO SE)
7671 ALABAMA HIGHWAY 61
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:10:15
AM

Notice Date:     3/28/2023 10:10:15 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  WILLIE TUCKER (PRO SE)
234 BABY STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:10:15
AM

Notice Date:     3/28/2023 10:10:15 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:   PEOPLES BANK OF GREENSBORO (PRO SE)
      1402 STATE STREET
      GREENSBORO, AL, 36744-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:10:15
AM

Notice Date:     3/28/2023 10:10:15 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  BROUSSARD GARY (PRO SE)
324 BABY STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:10:15
AM

Notice Date:     3/28/2023 10:10:15 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  THIEBE LYNN (PRO SE)
     800 OLD UNIONTOWN ROAD
     FAUNSDALE, AL, 36738-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:10:15
AM

Notice Date:     3/28/2023 10:10:15 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  RICHARD P ROUCO
     rrouco@qcwdr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:10:15
AM

Notice Date:     3/28/2023 10:10:15 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

Case 2:23-cv-00127-KD-N    Document 1-3    Filed 04/14/23    Page 148 of 234

ELECTRONICALLY FILED
3/28/2023 10:11 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

State of Alabama
Unified Judicial System

**SUMMONS**
**-CIVIL-**

Form C-34      Rev. 4/2017

DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

**IN THE** CIRCUIT          **COURT OF** DALLAS                    **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)*          *(Name of County)*

Patrick Braxton, et al.                    **v.**    Haywood Stokes, III, et al.

*(Name(s) of Plaintiff(s))*                    *(Name(s) of Defendant(s))*

**NOTICE TO:** Voncille Brown Thomas, 7671 AL Highway 61, Newbern, Alabama 36765
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies_____, WHOSE
*(Name(s) of Attorney(s))*
ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203_____.

*(Address(es) of Plaintiff(s) or Attorney(s))*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30_____DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*(Name(s))*
pursuant to the Alabama Rules of Civil Procedure.

_____        _____  **By:** _____
*(Date)*                          *(Signature of Clerk)*                *(Name)*

☐ Certified Mail is hereby requested.    _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on_____
*(Date)*

☒ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
Voncelle B. Thomas         in    HALE         County,
*(Name of Person Served)*                *(Name of County)*
Alabama on    21 MAR 23        .
*(Date)*

_____    _____  531 David Campbell Rd
B                   William R Rainey
*(Type of Process Server)*      *(Server's Signature)*      *(Address of Server)* Moundville Al
William R Rainey                    205 799 5927
*(Server's Printed Name)*            *(Phone Number of Server)*



AlaFile E-Notice

27-CV-2022-900217.00

To:  RICHARD P ROUCO
     rrouco@qcwdr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:11:09
AM

Notice Date:    3/28/2023 10:11:09 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  BRAXTON PATRICK (PRO SE)
134 BRYANT ST
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:11:09
AM

Notice Date:      3/28/2023 10:11:09 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  BALLARD JAMES (PRO SE)
200 SCHOOL STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:11:09
AM

Notice Date:     3/28/2023 10:11:09 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  PATRICK BARBARA (PRO SE)
     39 COTTONWOOD CIRCLE
     NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:11:09
AM

Notice Date:     3/28/2023 10:11:09 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  QUARLES JANICE (PRO SE)
295 SCHOOL STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:11:09
AM

Notice Date:     3/28/2023 10:11:09 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To: SCOTT WANDA (PRO SE)
143 BRYANT STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:11:09
AM

Notice Date:     3/28/2023 10:11:09 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  HAYWOOD STOKES III (PRO SE)
8261 HIGHWAY 61
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:11:09
AM

Notice Date:      3/28/2023 10:11:09 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  JESSE LEVERET (PRO SE)
156 BABY STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:11:09
AM

Notice Date:     3/28/2023 10:11:09 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:   VONCILLE THOMAS (PRO SE)
      7671 ALABAMA HIGHWAY 61
      NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:11:09
AM

Notice Date:     3/28/2023 10:11:09 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  WILLIE TUCKER (PRO SE)
234 BABY STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:11:09
AM

Notice Date:      3/28/2023 10:11:09 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To: PEOPLES BANK OF GREENSBORO (PRO SE)
1402 STATE STREET
GREENSBORO, AL, 36744-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:11:09
AM

Notice Date:     3/28/2023 10:11:09 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  BROUSSARD GARY (PRO SE)
324 BABY STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:11:09
AM

Notice Date:     3/28/2023 10:11:09 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  THIEBE LYNN (PRO SE)
     800 OLD UNIONTOWN ROAD
     FAUNSDALE, AL, 36738-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:11:09
AM

Notice Date:      3/28/2023 10:11:09 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  RICHARD P ROUCO
     rrouco@qcwdr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:11:09
AM

Notice Date:    3/28/2023 10:11:09 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

DOCUMENT 35

Case 2:23-cv-00127-KD-N   Document 1-3   Filed 04/14/23   Page 163 of 234   ELECTRONICALLY FILED
3/28/2023 10:12 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34          Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | |
|---|---|---|

**IN THE** CIRCUIT _____ **COURT OF** DALLAS _____ **COUNTY, ALABAMA**
<br>_(Circuit, District, or Juvenile)_      _(Name of County)_

Patrick Braxton, et al.      **v.**      Haywood Stokes, III, et al.

_[Name(s) of Plaintiff(s)]_      _[Name(s) of Defendant(s)]_

**NOTICE TO:** Willie Richard Tucker, 234 Baby Street, Newbern, Alabama 36765

_(Name and Address of Defendant)_

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies _____, WHOSE

_[Name(s) of Attorney(s)]_

ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203

_[Address(es) of Plaintiff(s) or Attorney(s)]_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 _____ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
<br>_[Name(s)]_

pursuant to the Alabama Rules of Civil Procedure.

_____    _____ By: _____
<br>_(Date)_      _(Signature of Clerk)_      _(Name)_

☐ Certified Mail is hereby requested.      _____
<br>_(Plaintiff's/Attorney's Signature)_

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
<br>_(Date)_

☑ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
Ricky Tucker _____ in _HALE_ _____ County,
<br>_(Name of Person Served)_      _(Name of County)_

Alabama on 22 MAR 23 _____.
<br>_(Date)_

PS _____ William R Rainey / 531 David Campbell Rd
<br>_(Type of Process Server)_    _(Server's Signature)_      _(Address of Server)_ Moundville, AL 35974

William R. RAINEY
<br>_(Server's Printed Name)_      205 799 5927
<br>_(Phone Number of Server)_

9:43 AM
21 MAR 23



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  RICHARD P ROUCO
     rrouco@qcwdr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:12:38
AM

Notice Date:     3/28/2023 10:12:38 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  BRAXTON PATRICK (PRO SE)
134 BRYANT ST
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:12:38
AM

Notice Date:      3/28/2023 10:12:38 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  BALLARD JAMES (PRO SE)
200 SCHOOL STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:12:38
AM

Notice Date:     3/28/2023 10:12:38 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To: PATRICK BARBARA (PRO SE)
39 COTTONWOOD CIRCLE
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:12:38
AM

Notice Date:     3/28/2023 10:12:38 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:   QUARLES JANICE (PRO SE)
295 SCHOOL STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:12:38
AM

Notice Date:     3/28/2023 10:12:38 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  SCOTT WANDA (PRO SE)
143 BRYANT STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:12:38
AM

Notice Date:     3/28/2023 10:12:38 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  HAYWOOD STOKES III (PRO SE)
8261 HIGHWAY 61
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:12:38
AM

Notice Date:    3/28/2023 10:12:38 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  JESSE LEVERET (PRO SE)
     156 BABY STREET
     NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:12:38
AM

Notice Date:     3/28/2023 10:12:38 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To: VONCILLE THOMAS (PRO SE)
7671 ALABAMA HIGHWAY 61
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:12:38
AM

Notice Date:     3/28/2023 10:12:38 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  WILLIE TUCKER (PRO SE)
234 BABY STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:12:38
AM

Notice Date:      3/28/2023 10:12:38 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  PEOPLES BANK OF GREENSBORO (PRO SE)
1402 STATE STREET
GREENSBORO, AL, 36744-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:12:38
AM

Notice Date:     3/28/2023 10:12:38 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  BROUSSARD GARY (PRO SE)
324 BABY STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:12:38
AM

Notice Date:      3/28/2023 10:12:38 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  THIEBE LYNN (PRO SE)
     800 OLD UNIONTOWN ROAD
     FAUNSDALE, AL, 36738-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:12:38
AM

Notice Date:     3/28/2023 10:12:38 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  RICHARD P ROUCO
rrouco@qcwdr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following RETURN ON SERVICE - SERVED was FILED on 3/28/2023 10:12:38
AM

Notice Date:      3/28/2023 10:12:38 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

ELECTRONICALLY FILED
3/28/2023 11:25 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

**IN THE CIRCUIT COURT FOR**
**DALLAS COUNTY, ALABAMA**

| | |
|---|---|
| Patrick Braxton, James Ballard, <br> Barbara Patrick, Janice Quarles, and <br> Wanda Scott <br><br>     Plaintiffs, <br><br> v. <br><br> Haywood Stokes, III, Gary Broussard, <br> Jesse Donald Leverett, Willie Richard <br> Tucker, Post Master, and People's Bank of <br> Greensboro <br><br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     **CASE NO.: CV-2022-900217** <br> ) <br> ) <br> ) <br> ) |

## <u>NOTICE OF APPEARANCE</u>

Richard P. Rouco of the firm of Quinn, Connor, Weaver, Davies & Rouco, LLP hereby

enters his appearance as counsel of record for Patrick Braxton, James Ballard, Barbara Patrick,

Janice Quarles and Wanda Scott, identified in the Complaint as Plaintiffs.


Respectfully submitted,


*/s/ Richard P. Rouco*
Richard P. Rouco (ROU008)


OF COUNSEL:
Richard P. Rouco
QUINN, CONNOR WEAVER
Davies & Rouco, LLP
2 – 20th Street North
Suite 930
Birmingham, AL 35203
205-870-9989
rrouco@qcwdr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2023, I filed the foregoing with the Clerk of Court using the CM/ECF and served the following as listed below:

Lynneice Olive Washington
District Attorney
Bessemer Criminal Justice Center
Jefferson County Courthouse
1851 Second Avenue North
Suite 110
Bessemer, Alabama 35020
WASHINGTONL@JCCAL.ORG

Respectfully submitted,

/s/Richard P. Rouco
OF COUNSEL



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  RICHARD P ROUCO
rrouco@qcwdr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following NOTICE OF APPEARANCE was FILED on 3/28/2023 11:25:14 AM

Notice Date:     3/28/2023 11:25:14 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  BRAXTON PATRICK (PRO SE)
134 BRYANT ST
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following NOTICE OF APPEARANCE was FILED on 3/28/2023 11:25:14 AM

Notice Date:      3/28/2023 11:25:14 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00

To:  BALLARD JAMES (PRO SE)
200 SCHOOL STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following NOTICE OF APPEARANCE was FILED on 3/28/2023 11:25:14 AM

Notice Date:     3/28/2023 11:25:14 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  PATRICK BARBARA (PRO SE)
39 COTTONWOOD CIRCLE
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following NOTICE OF APPEARANCE was FILED on 3/28/2023 11:25:14 AM

Notice Date:     3/28/2023 11:25:14 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  QUARLES JANICE (PRO SE)
295 SCHOOL STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following NOTICE OF APPEARANCE was FILED on 3/28/2023 11:25:14 AM

Notice Date:     3/28/2023 11:25:14 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  SCOTT WANDA (PRO SE)
143 BRYANT STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following NOTICE OF APPEARANCE was FILED on 3/28/2023 11:25:14 AM

Notice Date:    3/28/2023 11:25:14 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To: HAYWOOD STOKES III (PRO SE)
8261 HIGHWAY 61
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following NOTICE OF APPEARANCE was FILED on 3/28/2023 11:25:14 AM

Notice Date:     3/28/2023 11:25:14 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  JESSE LEVERET (PRO SE)
     156 BABY STREET
     NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following NOTICE OF APPEARANCE was FILED on 3/28/2023 11:25:14 AM

Notice Date:     3/28/2023 11:25:14 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  VONCILLE THOMAS (PRO SE)
7671 ALABAMA HIGHWAY 61
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following NOTICE OF APPEARANCE was FILED on 3/28/2023 11:25:14 AM

Notice Date:      3/28/2023 11:25:14 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  WILLIE TUCKER (PRO SE)
234 BABY STREET
NEWBERN, AL, 36765-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following NOTICE OF APPEARANCE was FILED on 3/28/2023 11:25:14 AM

Notice Date:     3/28/2023 11:25:14 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To: PEOPLES BANK OF GREENSBORO (PRO SE)
1402 STATE STREET
GREENSBORO, AL, 36744-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following NOTICE OF APPEARANCE was FILED on 3/28/2023 11:25:14 AM

Notice Date:     3/28/2023 11:25:14 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  BROUSSARD GARY (PRO SE)
324 BABY STREET
NEWBERN, AL, 36765-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following NOTICE OF APPEARANCE was FILED on 3/28/2023 11:25:14 AM

Notice Date:      3/28/2023 11:25:14 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

To:  THIEBE LYNN (PRO SE)
     800 OLD UNIONTOWN ROAD
     FAUNSDALE, AL, 36738-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following NOTICE OF APPEARANCE was FILED on 3/28/2023 11:25:14 AM

Notice Date:     3/28/2023 11:25:14 AM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

| State of Alabama<br>Unified Judicial System<br><br>Form C-34      Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | ELECTRONICALLY FILED<br>3/28/2023 10:10 AM<br>27-CV-2022-900217.00<br>CIRCUIT COURT OF<br>DALLAS COUNTY, ALABAMA<br>LYNNETHIA R. BENNETT, CLERK<br><br>DALLAS COUNTY, ALABAMA<br>LYNNETHIA R. BENNETT, CLERK |

**IN THE CIRCUIT         COURT OF** DALLAS                         **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)*                    *(Name of County)*

Patrick Braxton, et al.                          v.    Haywood Stokes, III, et al.

_____                    _____
*[Name(s) of Plaintiff(s)]*                        *[Name(s) of Defendant(s)]*

**NOTICE TO:** Lynn Thicbe, 800 Old Uniontown Road, Faunsdale, Alabama 36738
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies                                    , WHOSE
*(Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE:  2 North 20th Street, Suite 930, Birmingham, Alabama 35203

_____
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30           DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____        By: _____
*(Date)*                *(Signature of Clerk)*              *(Name)*

☐ Certified Mail is hereby requested.    _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☒ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
WALTER THUBE                in MARINGO            County,
*(Name of Person Served)*                *(Name of County)*
Alabama on  18 MAR 23            .
*(Date)*

PS                William R Raines    531 David Campbell Rd
*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)* Moundville Al 35474
William R Raines        205 7995927
*(Server's Printed Name)*    *(Phone Number of Server)*



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
     rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/18/2023

**D007 THIEBE LYNN**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
rrouco@qcwdr.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/18/2023

**D007 THIEBE LYNN**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
    rrouco@qcwdr.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/18/2023

**D007 THIEBE LYNN**

**Corresponding To**
PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900217.00
Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
     rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/18/2023

**D007 THIEBE LYNN**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To: ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/18/2023

**D007 THIEBE LYNN**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



ELECTRONICALLY FILED
3/28/2023 10:12 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34          Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** |
|---|---|

**IN THE** CIRCUIT                **COURT OF** DALLAS                                **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)*                          *(Name of County)*

Patrick Braxton, et al.                              v.    Haywood Stokes, III, et al.

*[Name(s) of Plaintiff(s)]*                                *[Name(s) of Defendant(s)]*

**NOTICE TO:** Willie Richard Tucker, 234 Baby Street, Newbern, Alabama 36765
*(Name and Address of Defendant)*

THE COMPLAINT  OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR  YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies                                         , WHOSE
*[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE:  2 North 20th Street, Suite 930, Birmingham, Alabama 35203

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30_____DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR  THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____                    _____ By: _____
*(Date)*                                    *(Signature of Clerk)*        *(Name)*

☐ Certified Mail is hereby requested.        _____
                                             *(Plaintiff's/Attorney's Signature)*

---

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on_____.
                                                              *(Date)*
☒ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
 Ricky Tucker                    in  Hale    _____County,
*(Name of Person Served)*                      *(Name of County)*
Alabama on   22 MAR 23
              *(Date)*

PS            William R Rainey  / 531 David Campbell Rd
*(Type of Process Server)*  *(Server's Signature)*   *(Address of Server)*
                                               Moundville, Al 35474
              William R Rainey
              *(Server's Printed Name)*        205 799 5927
                                               *(Phone Number of Server)*



AlaFile E-Notice

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
     rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/22/2023

**D004 WILLIE TUCKER**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
rrouco@qcwdr.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/22/2023

**D004 WILLIE TUCKER**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
     rrouco@qcwdr.com

---

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/22/2023

**D004 WILLIE TUCKER**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To: ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/22/2023

**D004 WILLIE TUCKER**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
     rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/22/2023

**D004 WILLIE TUCKER**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

DOCUMENT 33

ELECTRONICALLY FILED
3/28/2023 10:11 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34      Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | DALLAS COUNTY, ALABAMA<br>LYNNETHIA R. BENNETT, CLERK |
|---|---|---|

**IN THE** CIRCUIT           **COURT OF** DALLAS                              **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)*                    *(Name of County)*

Patrick Braxton, et al.                          **v.**   Haywood Stokes, III, et al.
_____
        *[Name(s) of Plaintiff(s)]*                               *[Name(s) of Defendant(s)]*

**NOTICE TO:** Voncille Brown Thomas, 7671 Al. Highway 61, Newbern, Alabama 36765
                              *(Name and Address of Defendant)*

THE COMPLAINT  OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU
MUST TAKE IMMEDIATE  ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO
FILE THE ORIGINAL  OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN
THE COMPLAINT OR OTHER DOCUMENT, WITH  THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER
MUST BE MAILED OR HAND DELIVERED BY YOU OR  YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S)
OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies                                                 , WHOSE
                                        *[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE:  2 North 20th Street, Suite 930, Birmingham, Alabama 35203
_____
                              *[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30_____DAYS  AFTER  THIS SUMMONS AND
COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE
RENDERED AGAINST YOU FOR  THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER
DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL**
**PROCEDURE TO SERVE PROCESS:**

   ☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.

   ☐ Service by certified mail of this Summons is initiated upon the written request of _____
                                                                                              *[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____        _____ **By:** _____
        *(Date)*                                  *(Signature of Clerk)*                    *(Name)*

   ☐ Certified Mail is hereby requested.     _____
                                             *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

   ☐ Return receipt of certified mail received in this office on_____.
                                                                                    *(Date)*

   ☒ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
Voncella B. Thomas                      in   HALE                     County,
        *(Name of Person Served)*                      *(Name of County)*
Alabama on    21 MAR 23                 .
                        *(Date)*

_____        William R Rainey  531 David Campbell Rd
*(Type of Process Server)*   *(Server's Signature)*       *(Address of Server)*   Mound ville Al
                        William R Rainey         205 799 5927
                        *(Server's Printed Name)*    *(Phone Number of Server)*



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To: ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D003 VONCILLE THOMAS**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
     rrouco@qcwdr.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D003 VONCILLE THOMAS**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To: ROUCO RICHARD PAUL
rrouco@qcwdr.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D003 VONCILLE THOMAS**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
rrouco@qcwdr.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D003 VONCILLE THOMAS**

**Corresponding To**
PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D003 VONCILLE THOMAS**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

ELECTRONICALLY FILED
3/28/2023 9:57 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34          Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | DALLAS COUNTY, ALABAMA<br>LYNNETHIA R. BENNETT, CLERK |
|---|---|---|

**IN THE CIRCUIT** _____ **COURT OF** DALLAS _____ **COUNTY, ALABAMA**
(Circuit, District, or Juvenile)          (Name of County)

Patrick Braxton, et al.                    v.    Haywood Stokes, III, et al.

_____                        _____
[Name(s) of Plaintiff(s)]          8261          [Name(s) of Defendant(s)]

**NOTICE TO:** Haywood Stokes, III 861 Highway 61, Newbern, Alabama 36765
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies _____, WHOSE
(Name(s) of Attorney(s))

ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203
_____
[Address(es) of Plaintiff(s) or Attorney(s)]

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 _____ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____
[Name(s)]

pursuant to the Alabama Rules of Civil Procedure.

_____     _____     By: _____
(Date)          (Signature of Clerk)          (Name)

[ ] Certified Mail is hereby requested.
_____
(Plaintiff's/Attorney's Signature)

---

**RETURN ON SERVICE**

[ ] Return receipt of certified mail received in this office on _____.
(Date)

[✓] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

Haywood Stokes III S ___ P.O. Box Holes, ___ in ___ HALE ___ County,
(Name of Person Served)                    (Name of County)

Alabama on 21 MAR23 .
(Date)

PS                William R Rainy        531 David Campbell Rd
(Type of Process Server)    (Server's Signature)    (Address of Server)

William R Rainey    Maudville AL
(Server's Printed Name)    205 7995927
(Phone Number of Server)



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
     rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D001 HAYWOOD STOKES III**

**Corresponding To**
PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
     rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D001 HAYWOOD STOKES III**

**Corresponding To**
PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D001 HAYWOOD STOKES III**

**Corresponding To**
PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To: ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D001 HAYWOOD STOKES III**

**Corresponding To**
PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00
Judge: MARVIN W. WIGGINS

To: ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D001 HAYWOOD STOKES III**

**Corresponding To**
PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

ELECTRONICALLY FILED
3/28/2023 9:56 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | CIRCUIT COURT OF<br>DALLAS COUNTY, ALABAMA<br>LYNNETHIA R. BENNETT, CLERK |

**IN THE CIRCUIT** _(Circuit, District, or Juvenile)_ **COURT OF DALLAS** _(Name of County)_ **COUNTY, ALABAMA**

Patrick Braxton, et al.                         v.         Haywood Stokes, III, et al.

_[Name(s) of Plaintiff(s)]_                                         _[Name(s) of Defendant(s)]_

**NOTICE TO:** Peoples Bank of Greensboro, 1402 State Street, Greensboro, Alabama 36744

_(Name and Address of Defendant)_

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies                                        , WHOSE

_[Name(s) of Attorney(s)]_

ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203

_[Address(es) of Plaintiff(s) or Attorney(s)]_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 _____DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

_[Name(s)]_

pursuant to the Alabama Rules of Civil Procedure.

_____                         _____By: _____
_(Date)_                                                         _(Signature of Clerk)_                    _(Name)_

☐ Certified Mail is hereby requested.            _____

_(Plaintiff's/Attorney's Signature)_

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on_____.

_(Date)_

☑ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

Peoples Bank _[Name of Person Served]_ in _____Hale_____County,

_(Name of County)_

Alabama on ___21 MAR 23___.

_(Date)_

PS ___William R Rainey___ 531 David Campbell Rd
_(Type of Process Server)_   _(Server's Signature)_   _(Address of Server)_   Moundville

William R Rainey                         205 799 5927
_(Server's Printed Name)_                         _(Phone Number of Server)_



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To: ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D005 PEOPLES BANK OF GREENSBORO**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00
Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D005 PEOPLES BANK OF GREENSBORO**

**Corresponding To**
PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To: ROUCO RICHARD PAUL
rrouco@qcwdr.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D005 PEOPLES BANK OF GREENSBORO**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To: ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D005 PEOPLES BANK OF GREENSBORO**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D005 PEOPLES BANK OF GREENSBORO**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

ELECTRONICALLY FILED
3/28/2023 9:55 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama Unified Judicial System | **SUMMONS** | DOCUMENT 50 |
|---|---|---|
| Form C-34     Rev. 4/2017 | **-CIVIL-** | LYNNETHIA R. BENNETT, CLERK |

**IN THE** CIRCUIT _____ **COURT OF** DALLAS _____ **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)*          *(Name of County)*

Patrick Braxton, et al.                    **v.**    Haywood Stokes, III, et al.
_____                 _____
*[Name(s) of Plaintiff(s)]*                         *[Name(s) of Defendant(s)]*

**NOTICE TO:** Jesse Donald Leverett, 156 Baby Street, Newbern, Alabama 36765
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies _____, WHOSE
*[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203 .
_____
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 _____ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
                                                                               *[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____     _____   By: _____
        *(Date)*                  *(Signature of Clerk)*           *(Name)*

☐ Certified Mail is hereby requested.       _____
                                              *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on_____.
                                                          *(Date)*

☑ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_Jesse Donald Leverett_____ in ____HALE_____ County,
*(Name of Person Served)*                    *(Name of County)*
Alabama on ____21 MAR 23_____.
              *(Date)*

_PS_____   _William R Rainey_____   _____
*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

_____   _____
*(Server's Printed Name)*   *(Phone Number of Server)*



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To: ROUCO RICHARD PAUL
rrouco@qcwdr.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D002 JESSE LEVERET**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To: ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D002 JESSE LEVERET**

**Corresponding To**
PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D002 JESSE LEVERET**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To: ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D002 JESSE LEVERET**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00
Judge: MARVIN W. WIGGINS

To: ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D002 JESSE LEVERET**

**Corresponding To**
PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

ELECTRONICALLY FILED
3/28/2023 9:54 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

State of Alabama
Unified Judicial System

**SUMMONS
-CIVIL-**

Form C-34      Rev. 4/2017

DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

IN THE CIRCUIT _____ COURT OF DALLAS _____ COUNTY, ALABAMA
*(Circuit, District, or Juvenile)*            *(Name of County)*

Patrick Braxton, et al.                    v.    Haywood Stokes, III, et al.

_____                _____
*[Name(s) of Plaintiff(s)]*                         *[Name(s) of Defendant(s)]*

**NOTICE TO:** Gary Broussard, 324 Baby Street, Newbern, Alabama 36765
                    *[Name and Address of Defendant]*

THE COMPLAINT  OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU
MUST TAKE IMMEDIATE  ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO
FILE THE ORIGINAL OF  YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN
THE COMPLAINT OR OTHER DOCUMENT, WITH  THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER
MUST BE MAILED OR HAND DELIVERED BY YOU OR  YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S)
OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies _____, WHOSE
                                    *[Name(s) of Attorney(s)]*

ADDRESS(ES) IS/ARE:  2 North 20th Street, Suite 930, Birmingham, Alabama 35203
_____
                    *[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 _____ DAYS  AFTER THIS SUMMONS AND
COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE
RENDERED AGAINST YOU FOR  THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER
DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL
PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
                                                                        *[Name(s)]*

pursuant to the Alabama Rules of Civil Procedure.

_____        _____  By: _____
        *(Date)*                        *(Signature of Clerk)*            *(Name)*

☐ Certified Mail is hereby requested.      _____
                                        *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
                                                            *(Date)*

☒ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_Dary RL_____ in _HALE_____ County,
        *(Name of Person Served)*              *(Name of County)*

Alabama on  21 MAR 23_____.
              *(Date)*

_PS_____   _William R Raing____   _531 David Campbell Rd_
*(Type of Process Server)*   *(Server's Signature)*      *(Address of Server)*

              _William R Raing_    _Moundville, Al 35474_
              *(Server's Printed Name)*   _205 799 5927_
                                    *(Phone Number of Server)*



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
     rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D006 BROUSSARD GARY**

**Corresponding To**
PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D006 BROUSSARD GARY**

**Corresponding To**
PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00
Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D006 BROUSSARD GARY**

**Corresponding To**
PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
     rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D006 BROUSSARD GARY**

**Corresponding To**

PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900217.00

Judge: MARVIN W. WIGGINS

To:  ROUCO RICHARD PAUL
rrouco@qcwdr.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL
27-CV-2022-900217.00

The following matter was served on 3/21/2023

**D006 BROUSSARD GARY**

**Corresponding To**
PROCESS SERVED

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov