**ORIGINAL**

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>27-CV-2022-900217.00 |
|---|---|---|

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA
PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL

**NOTICE TO:** CITY COUNCILMAN OF NEWBERN, 1001 MAIN ST #13, GREENSBORO, AL 36744

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),

patrick braxton

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: ▓▓▓▓ newbern, AL 36765

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure.   *[Name(s)]*

| 11/21/2022 | /s/ LYNNETHIA R. BENNETT | By: ⟨W⟩ |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☐ Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____

*(Name of Person Served)* *(Name of County)* *(Date)*

_____   _____
(Type of Process Server)      (Server's Signature)      (Address of Server)

_____   _____
(Server's Printed Name)       (Phone Number of Server)

27-CV-2022-900217.00
PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL

| C001 - PATRICK BRAXTON | v. | D004 - CITY COUNCILMAN OF NEWBERN |
|---|---|---|
| (Plaintiff) | | (Defendant) |

HALE COUNTY SHERIFF'S DEPT.
Not Found _____
Moved _____
Address Unknown _____
No Such Address _____
☑ City Councilman n1001 Main

**SERVICE RETURN COPY**

FILED IN OFFICE
DALLAS COUNTY COURTS
DEC 12 2022
*Lynnethia R. Bennett*
Circuit Clerk

Date __12-1-22__
Deptuy Sheriff __[signature]__
Sheriff _____


EXHIBIT C

# ORIGINAL 

| State of Alabama  Unified Judicial System  Form C-34 Rev. 4/2017 | **SUMMONS**  **- CIVIL -** | **Court Case Number**  27-CV-2022-900217.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA
### PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL

**NOTICE TO:** MAYOR OF CIY OF NEWBERN, 1001 MAIN ST #13, GREENSBORO, AL 36744

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S).

patrick braxton

*[Name(s) of Attorney(s)]*

**WHOSE ADDRESS(ES) IS/ARE:** ▓▓▓▓▓ newbern, AL 36765

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ *(Name(s))* pursuant to the Alabama Rules of the Civil Procedure.

| 11/21/2022 | /s/ LYNNETHIA R. BENNETT | By: ▓ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____

| *(Name of Person Served)* | *(Date)* | *(Name of County)* |
|---|---|---|

*(Address of Server)*

| *(Type of Process Server)* | *(Server's Signature)* | |
|---|---|---|
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

**27-CV-2022-900217.00**
PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL

| C001 - PATRICK BRAXTON | v. | D001 - MAYOR OF CIY OF NEWBERN |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

FILED IN OFFICE
DALLAS COUNTY COURT
DEC 1 2 2022
*Lynnethia R. Bennett*
Circuit Clerk

HALE COUNTY SHERIFF'S DEPT.
Not Found _____
Moved _____
Address Unknown _____
No Such Address _____
~~City Alg. no NE/ A River~~
Date 12-1-22
Deptuy Sheriff _____
Sheriff _____

**SERVICE RETURN COPY**

# ORIGINAL

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>27-CV-2022-900217.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA**
**PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL**

**NOTICE TO:** CITY COUNCILMAN OF NEWBERN, 1001 MAIN ST #13, GREENSBORO, AL 36744

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
patrick braxton

*[Name(s) of Attorney(s)]*

**WHOSE ADDRESS(ES) IS/ARE:** ▮▮▮▮ newbern, AL 36765

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure. *[Name(s)]*

| 11/21/2022 | /s/ LYNNETHIA R. BENNETT | By: ▮▮ |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,

(Name of Person Served)   (Name of County)

Alabama on _____ (Date)

(Type of Process Server)   (Server's Signature)   (Address of Server)

(Server's Printed Name)   (Phone Number of Server)

**27-CV-2022-900217.00**
PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL

| C001 - PATRICK BRAXTON | v. | D003 - CITY COUNCILMAN OF NEWBERN |
|---|---|---|
| (Plaintiff) | | (Defendant) |

FILED IN OFFICE
DALLAS COUNTY
DEC 11 22 2022

HALE COUNTY SHERIFF'S DEPT.
Not Found _____
Moved _____
Address Unknown _____
No Such Address _____
Other City Councilman Not a Person
Date 12-01-22
Deptuy Sheriff _____
Sheriff _____

**SERVICE RETURN COPY**

**ORIGINAL**

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**27-CV-2022-900217.00** |
|---|---|---|

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA
PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL

**NOTICE TO:** CITY COUNCILMAN OF CITY OF NEWBERN, 1001 MAIN ST #13, GREENSBORO, AL 36744
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S).

patrick braxton
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: ▮▮▮▮ newbern, AL 36765
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure. *[Name(s)]*

| 11/21/2022 | /s/ LYNNETHIA R. BENNETT | By: ▮▮ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.
_____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ *(Date)*.

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____.

*(Name of Person Served)* — *(Name of County)* — *(Date)*

*(Address of Server)*

*(Type of Process Server)*  *(Server's Signature)*

*(Server's Printed Name)*  *(Phone Number of Server)*

**27-CV-2022-900217.00**
PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL

| C001 - PATRICK BRAXTON | v. | D002 - CITY COUNCILMAN OF CITY OF NEWBERN |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

FILED IN OFFICE
DALLAS COUNTY COURT
DEC 1 2 2022

*Lynnethia R. Bennett*
Circuit Clerk

HALE COUNTY SHERIFF'S DEPT.
Not Found _____
Moved _____
Address Unknown _____
No Such Address _____
_____ City Councilman No Longer _____
Date 12-1-22
Deputy Sheriff _____
Sheriff _____

**SERVICE RETURN COPY**