```
AVS0350      ORIGINAL        ALABAMA JUDICIAL DATA CENTER
                             DALLAS          COUNTY, ALABAMA
                                  SUMMONS                             CV 2022 900217.00
                                  CIVIL
```

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA
PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL

    SERVE ON: (D004)
    SSN:     -     -
    WILLIE TUCKER                          PLAINTIFF'S ATTORNEY
    CITY COUNCILMAN OF NEWBER              *** PRO SE ***
    1001 MAIN ST. #13
    GREENSBORO     ,AL  36744-0000

NOTICE TO THE ABOVE-NAMED DEFENDANT:

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT, AND YOU MUST TAKE IMMEDIATE A[CTION TO PROTE]CT YOUR RIGHTS. YOU
OR YOUR ATTORNEY ARE REQUIRED TO FILE TH[E ORIGINAL OF YOUR] ANSWER,
EITHER ADMITTING OR DENYING EACH ALLEGAT[ION IN THE COMPLAINT OR OTHER]
DOCUMENT, WITH THE CLERK OF THIS COURT. [A COPY OF YOUR ANSWER MUST BE] MAILED
OR HAND DELIVERED BY YOU OR YOUR ATTORN[EY TO THE PLAINTIFF](S) OR
ABOVE-NAMED ATTORNEY(S) OF THE PLAINTIF[F]
OF THE ATTORNEY(S).

**Handwritten note:** *Can not be served at this address. This address is the Hale County Courthouse.*

THIS ANSWER MUST BE MAILED OR DELIVERE[D WITHIN 30 DAYS AFTER THIS SU]MMONS
AND COMPLAINT OR OTHER DOCUMENT WERE SE[RVED ON YOU OR A JUDGMENT BY] DEFAULT
MAY BE RENDERED AGAINST YOU FOR THE MON[EY OR OTHER THINGS DEMANDED IN] THE
COMPLAINT OR OTHER DOCUMENT. YOU MUST A[LSO FILE THE ORIGINAL OF YOUR] ANSWER
WITH THE CLERK OF THIS COURT.

( ) TO ANY SHERIFF OR ANY PERSON AUT[HORIZED BY THE ALABAMA RULES OF] CIVIL
    PROCEDURE TO SERVE PROCESS:
    YOU ARE HEREBY COMMANDED TO SERV[E THIS SUMMONS AND A COPY OF TH]E
    COMPLAINT OR OTHER DOCUMENT IN T[HIS ACTION UPON THE]
    ABOVE-NAMED DEFENDANT.

( ) SERVICE BY CERTIFIED MAIL OF TH[E WITHIN ANY SUMMONS IS HEREBY REQUESTED.]
    WRITTEN REQUEST OF _____
    RULES OF CIVIL PROCEDURE.

DATE: 12/12/2022

                                        P.O. _
                                        SELMA    AL   36702 _
                                        (334)874-2528

( ) CERTIFIED MAIL IS HEREBY REQUESTED   _____
                                         PLAINTIFF'S/ATTORNEY'S
                                         SIGNATURE

RETURN ON SERVICE

( ) RETURN RECEIPT OF CERTIFIED MAIL RECEIVED IN THIS OFFICE
    ON (DATE) _____ (RETURN RECEIPT HERETO ATTACHED)

( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THIS SUMMONS AND
    COMPLAINT OR OTHER DOCUMENT TO _____
    IN _____ COUNTY, ALABAMA ON (DATE) _____

_____         _____
DATE                             SERVER'S SIGNATURE

_____         _____
SERVER'S ADDRESS                 TYPE OF PROCESS SERVER

_____
SERVER'S PHONE NUMBER

OPERATOR: BEL    PREPARED: 12/12/2022    FILED IN OFFICE
                                          DALLAS COUNTY COURTS

                                          DEC 1 6 2022




EXHIBIT D