```
AVS0350                    ALABAMA JUDICIAL DATA CENTER
                                 DALLAS      COUNTY, ALABAMA
                                      SUMMONS                    CV 2022 900217.00
                                       CIVIL
```



```
              IN THE    CIRCUIT COURT OF    DALLAS         COUNTY, ALABAMA
 PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL.

      SERVE ON: (D002)
      SSN:      -    -                     PLAINTIFF'S ATTORNEY
      JESSE LEVERET                        *** PRO SE ***
      CITY COUNCILMAN OF CITY O
      1001 MAIN ST. #13
      GREENSBORO       ,AL  36744-0000
```

NOTICE TO THE ABOVE-NAMED DEFENDANT:

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE ABOVE-NAMED PLAINTIFF(S) OR ABOVE-NAMED ATTORNEY(S) OF THE PLAINTIFF(S) AT THE ABOVE ADDRESS(ES) OF THE ATTORNEY(S).

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGEMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

( ) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:
    YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT OR OTHER DOCUMENT IN THIS ACTION UPON THE ABOVE-NAMED DEFENDANT.

( ) SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 12/12/2022                    CLERK: LYNNETHIA R. BENNETT
                                           P.O. BOX 1148
                                           SELMA   AL  36702-1148
                                           (334)874-2528

( ) CERTIFIED MAIL IS HEREBY REQUESTED
                                        PLAINTIFF'S/ATTORNEY'S
                                        SIGNATURE

**Can not be served at this address.**

**This address is the Hale County Courthouse.**

( ) RETURN RECEIPT C                    HIS OFFICE
    ON (DATE) _____                    RETO ATTACHED)

( ) I CERTIFY THAT                      F THIS SUMMONS AND
    COMPLAINT OR OT

    IN _____                   N (DATE) _____

DATE                                    SIGNATURE

SERVER'S ADDRESS                        CESS SERVER

SERVER'S PHONE NUMBE

OPERATOR: BEL    PREPARED:

