```
AVSO350                      ALABAMA JUDICIAL DATA CENTER
                                DALLAS     COUNTY, ALABAMA
                                    SUMMONS                    CV 2022 900217.00
                                    CIVIL
```

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA
PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL

    SERVE ON: (D003)
    SSN:       -    -                    PLAINTIFF'S ATTORNEY
    VONCILLE THOMAS                      *** PRO SE ***
    CITY COUNCILMAN OF NEWBER
    1001 MAIN ST. #13
    GREENSBORO      ,AL  36744-0000

NOTICE TO THE ABOVE-NAMED DEFENDANT:

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE ABOVE-NAMED PLAINTIFF(S) OR ABOVE-NAMED ATTORNEY(S) OF THE PLAINTIFF(S) AT THE ABOVE ADDRESS(ES) OF THE ATTORNEY(S).

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGEMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

( )   TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL
      PROCEDURE TO SERVE PROCESS:
      YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
      COMPLAINT OR OTHER DOCUMENT IN THIS ACTION UPON THE
      ABOVE-NAMED DEFENDANT.

( )   SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
      WRITTEN REQUEST OF _____ PURSUANT TO THE ALABAMA
      RULES OF CIVIL PROCEDURE.

DATE: 12/12/2022                    CLERK: LYNNETHIA R. BENNETT
                                           P.O. BOX 1148
                                           SELMA  AL  36702-1148
                                           (334)874-2528

( )   CERTIFIED MAIL IS HEREBY RE(            *Can not be served*
                                              *at this address.*
                                  RETU
( )   RETURN RECEIPT OF CERTIFIED
      ON (DATE) _____

( )   I CERTIFY THAT I PERSONALLY             *This address*
      COMPLAINT OR OTHER DOCUMENT             *is the Hale*
      IN _____                             *County Courthouse.*

DATE

SERVER'S ADDRESS

SERVER'S PHONE NUMBER

OPERATOR: BEL    PREPARED: 12/12/2022         FILED IN OFFICE
                                              DALLAS COUNTY COURTS

                                                    DEC 6 2022

**EXHIBIT F**