```
AVSO350     ORIGINAL        ALABAMA JUDICIAL DATA CENTER
                            DALLAS       COUNTY, ALABAMA
                                SUMMONS                        CV 2022 900217.00
                                  CIVIL
----------------------------------------------------------------------------
            IN THE  CIRCUIT COURT OF   DALLAS       COUNTY, ALABAMA
 PATRICK BRAXTON V. MAYOR OF CIY OF NEWBERN ET AL

     SERVE ON: (D001)
     SSN:          -   -                PLAINTIFF'S ATTORNEY
     HAYWOOD STOKES III                 *** PRO SE ***
     MAYOR OF CITY OF NEWBERN
     1001 MAIN ST. #13
     GREENSBORO      ,AL  36744-0000
----------------------------------------------------------------------------
 NOTICE TO THE ABOVE-NAMED DEFENDANT:

  THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS
  IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU
  OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER,
  EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER
  DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED
  OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE ABOVE-NAMED PLAINTIFF(S) OR
  ABOVE-NAMED ATTORNEY(S) OF THE PLAINTIFF(S) AT THE ABOVE ADDRESS(ES)
  OF THE ATTORNEY(S).

  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
  AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGEMENT BY DEFAULT
  MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE
  COMPLAINT OR OTHER DOCUMENT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER
  WITH THE CLERK OF THIS COURT.
----------------------------------------------------------------------------
   ( )   TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL
         PROCEDURE TO SERVE PROCESS:
         YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
         COMPLAINT OR OTHER DOCUMENT IN THIS ACTION UPON THE
         ABOVE-NAMED DEFENDANT.

   ( )   SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
         WRITTEN REQUEST OF _____ PURSUANT TO THE ALABAMA
         RULES OF CIVIL PROCEDURE.

   DATE: 12/12/2022                CLERK: LYNNETHIA R. BENNETT
                                          P.O. BOX 1148
                                          SELMA   AL   36702-1148
                                          (334)874-2528
```

Handwritten annotation: "Can not be served at this address. This is the Hale County Courthouse address."

```
   ( )   CERTIFIED MAIL IS                              'S/ATTORNEY'S
                                                        ATURE

   ( )   RETURN RECEIPT OF                              S OFFICE
         ON (DATE)                                      TO ATTACHED)

   ( )   I CERTIFY THAT I                               THIS SUMMONS AND
         COMPLAINT OR OTHE
         IN                                             (DATE)

   DATE                                                 ATURE

   SERVER'S ADDRESS                                     S SERVER


   SERVER'S PHONE NUMBER
----------------------------------------------------------------------------
 OPERATOR: BEL   PREPARED: 12/12/2022
                                                     DALLAS COUNTY COURTS
                                                     DEC 16 2022
```

EXHIBIT G