ELECTRONICALLY FILED
3/28/2023 10:10 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama<br>Unified Judicial System<br>Form C-34    Rev. 4/2017 | SUMMONS<br>-CIVIL- | DALLAS COUNTY, ALABAMA<br>LYNNETHIA R. BENNETT, CLERK |

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA
*(Circuit, District, or Juvenile)* *(Name of County)*

Patrick Braxton, et al.    v.    Haywood Stokes, III, et al.
*[Name(s) of Plaintiff(s)]*          *[Name(s) of Defendant(s)]*

**NOTICE TO:** Lynn Thiebe, ███████████ Faunsdale, Alabama 36738
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies, WHOSE
*[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____ _____ By: _____
*(Date)*                *(Signature of Clerk)*         *(Name)*

[ ] Certified Mail is hereby requested.
_____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

[ ] Return receipt of certified mail received in this office on _____
*(Date)*

[✓] I certify that I personally delivered a copy of this Summons and Complaint or other document to
Walter Thiebe in Marengo County,
*(Name of Person Served)*   *(Name of County)*
Alabama on 18 MAR 23.
*(Date)*

PS        William R Rainey    531 David Campbell Rd
*(Type of Process Server)*  *(Server's Signature)*  *(Address of Server)*
          William R Rainey    Moundville, AL 35474
          *(Server's Printed Name)*   205 7995927
                              *(Phone Number of Server)*

**EXHIBIT I**

DOCUMENT 29
ELECTRONICALLY FILED
3/28/2023 9:57 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama  Unified Judicial System  Form C-34   Rev. 4/2017 | **SUMMONS**  **-CIVIL-** | DALLAS COUNTY, ALABAMA  LYNNETHIA R. BENNETT, CLERK |

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA
*(Circuit, District, or Juvenile)* *(Name of County)*

Patrick Braxton, et al.                    v.    Haywood Stokes, III, et al.
*[Name(s) of Plaintiff(s)]*                         *[Name(s) of Defendant(s)]*

**NOTICE TO:** Haywood Stokes, ▉▉▉▉▉▉, Newbern, Alabama 36765
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies , WHOSE
*[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____   _____ By: _____
*(Date)*                *(Signature of Clerk)*       *(Name)*

[ ] Certified Mail is hereby requested.
_____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

[ ] Return receipt of certified mail received in this office on _____
*(Date)*

[✓] I certify that I personally delivered a copy of this Summons and Complaint or other document to
Haywood Stokes III c̃ Betty Stokes in HALE County,
*(Name of Person Served)*                              *(Name of County)*
Alabama on 21 MAR 23
*(Date)*

PS                William R Rainey        531 David Campbell Rd
*(Type of Process Server)*  *(Server's Signature)*    *(Address of Server)*
                                                     Moundville AL
William R Rainey                                     205 7995927
*(Server's Printed Name)*                            *(Phone Number of Server)*

ELECTRONICALLY FILED
3/28/2023 9:54 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | DALLAS COUNTY, ALABAMA<br>LYNNETHIA R. BENNETT, CLERK |
|---|---|---|

**IN THE** CIRCUIT **COURT OF** DALLAS **COUNTY, ALABAMA**
_(Circuit, District, or Juvenile)_    _(Name of County)_

Patrick Braxton, et al.     v.     Haywood Stokes, III, et al.

_[Name(s) of Plaintiff(s)]_    _[Name(s) of Defendant(s)]_

**NOTICE TO:** Gary Broussard, ▮▮▮▮▮ Newbern, Alabama 36765
_(Name and Address of Defendant)_

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies, WHOSE
_[Name(s) of Attorney(s)]_
ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203
_[Address(es) of Plaintiff(s) or Attorney(s)]_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____
_[Name(s)]_
pursuant to the Alabama Rules of Civil Procedure.

_____    _____ By: _____
_(Date)_    _(Signature of Clerk)_    _(Name)_

[ ] Certified Mail is hereby requested.    _____
_(Plaintiff's/Attorney's Signature)_

**RETURN ON SERVICE**

[ ] Return receipt of certified mail received in this office on _____
_(Date)_

[☒] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
Gary B___ in HALE County,
_(Name of Person Served)_    _(Name of County)_
Alabama on 21 MAR 23.
_(Date)_

PS    _William R Rainey_    531 David Campbell Rd
_(Type of Process Server)_    _(Server's Signature)_    _(Address of Server)_
          William R Rainey    Moundville, Al 35474
          _(Server's Printed Name)_    205 799 5927
          _(Phone Number of Server)_

ELECTRONICALLY FILED
3/28/2023 9:55 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | LYNNETHIA R. BENNETT, CLERK |
|---|---|---|

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA
*(Circuit, District, or Juvenile)* *(Name of County)*

Patrick Braxton, et al.                    v.    Haywood Stokes, III, et al.

*[Name(s) of Plaintiff(s)]*                         *[Name(s) of Defendant(s)]*

**NOTICE TO:** Jesse Donald Leverett, ███████ Newbern, Alabama 36765
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies                                                     , WHOSE
*[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____    _____ By: _____
*(Date)*                *(Signature of Clerk)*        *(Name)*

☐ Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☑ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
Jesse Donald Leverett                                 in    HALE    County,
*(Name of Person Served)*                           *(Name of County)*
Alabama on    21 MAR 23    .
*(Date)*

9:13 AM
21 MAR 23

PS                  William R Rainey
*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

_____         _____
*(Server's Printed Name)*    *(Phone Number of Server)*

ELECTRONICALLY FILED
3/28/2023 10:11 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | Court ID |
|---|---|---|

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA
*(Circuit, District, or Juvenile)*  *(Name of County)*

Patrick Braxton, et al.   v.   Haywood Stokes, III, et al.
*[Name(s) of Plaintiff(s)]*  *[Name(s) of Defendant(s)]*

**NOTICE TO:** Voncille Brown Thomas, [REDACTED] Newbern, Alabama 36765
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies, WHOSE
*[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.  *[Name(s)]*

_____   _____ By: _____
*(Date)*   *(Signature of Clerk)*   *(Name)*

[ ] Certified Mail is hereby requested.
_____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

[ ] Return receipt of certified mail received in this office on _____.
*(Date)*

[✗] I certify that I personally delivered a copy of this Summons and Complaint or other document to Voncille B. Thomas in Hale County, Alabama on 21 MAR 23.
*(Name of Person Served)*  *(Name of County)*  *(Date)*

PS                William R Rainey        531 David Campbell Rd
*(Type of Process Server)*  *(Server's Signature)*        *(Address of Server)* Moundville AL

William R Rainey           205 799 5927
*(Server's Printed Name)*           *(Phone Number of Server)*

ELECTRONICALLY FILED
3/28/2023 9:56 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | CIRCUIT COURT OF<br>DALLAS COUNTY, ALABAMA<br>LYNNETHIA R. BENNETT, CLERK |
|---|---|---|

IN THE <u>CIRCUIT</u> COURT OF <u>DALLAS</u> COUNTY, ALABAMA
(Circuit, District, or Juvenile)        (Name of County)

<u>Patrick Braxton, et al.</u>     v.     <u>Haywood Stokes, III, et al.</u>

[Name(s) of Plaintiff(s)]          [Name(s) of Defendant(s)]

**NOTICE TO:** <u>Peoples Bank of Greensboro, 1402 State Street, Greensboro, Alabama 36744</u>
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), <u>Richard P. Rouco and George N. Davies</u>, WHOSE
[Name(s) of Attorney(s)]
ADDRESS(ES) IS/ARE: <u>2 North 20th Street, Suite 930, Birmingham, Alabama 35203</u>
[Address(es) of Plaintiff(s) or Attorney(s)]

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN <u>30</u> DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____ [Name(s)] pursuant to the Alabama Rules of Civil Procedure.

_____ (Date)    _____ (Signature of Clerk)    By: _____ (Name)

[ ] Certified Mail is hereby requested.

_____ (Plaintiff's/Attorney's Signature)

**RETURN ON SERVICE**

[ ] Return receipt of certified mail received in this office on _____ (Date).

[✓] I certify that I personally delivered a copy of this Summons and Complaint or other document to <u>c/o Peoples Bank Vickey F. Payne</u> (Name of Person Served) in <u>Hale</u> County, (Name of County) Alabama on <u>21 MAR 23</u> (Date).

<u>PS</u> (Type of Process Server)

<u>William R Rainey</u> (Server's Signature)

<u>William R Rainey</u> (Server's Printed Name)

<u>531 David Campbell Rd Moundville</u> (Address of Server)

<u>205 799 5927</u> (Phone Number of Server)

ELECTRONICALLY FILED
3/28/2023 10:12 AM
27-CV-2022-900217.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

| State of Alabama  Unified Judicial System | **SUMMONS** | |
|---|---|---|
| Form C-34    Rev. 4/2017 | **-CIVIL-** | |

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA
*(Circuit, District, or Juvenile)* *(Name of County)*

Patrick Braxton, et al.           v.      Haywood Stokes, III, et al.

*[Name(s) of Plaintiff(s)]*    *[Name(s) of Defendant(s)]*

**NOTICE TO:** Willie Richard Tucker, ███████ Newbern, Alabama 36765
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Richard P. Rouco and George N. Davies, WHOSE
*[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE: 2 North 20th Street, Suite 930, Birmingham, Alabama 35203
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

[☑] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____ (Date)    _____ (Signature of Clerk)    By: _____ (Name)

[ ] Certified Mail is hereby requested.
_____ *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

[ ] Return receipt of certified mail received in this office on _____ (Date)

[☑] I certify that I personally delivered a copy of this Summons and Complaint or other document to Ricky Tucker *(Name of Person Served)* in Hale *(Name of County)* County, Alabama on 22 MAR 23 *(Date)*.

9:43 AM  21 MAR 23

PS *(Type of Process Server)*
William R Rainey *(Server's Signature)*
William R Rainey *(Server's Printed Name)*
531 David Campbell Rd, Moundville, AL 35474 *(Address of Server)*
205 799 5927 *(Phone Number of Server)*