IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

| | |
|---|---|
| PATRICK BRAXTON, JAMES BALLARD, BARBARA PATRICK, JANICE QUARLES, and WANDA SCOTT,<br><br>Plaintiffs,<br><br>v.<br><br>HAYWOOD STOKES III, GARY BROUSSARD, JESSE DONALD LEVERETT, VONCILLE BROWN THOMAS, LYNN THIEBE, WILLIE RICHARD TUCKER, and PEOPLE'S BANK OF GREENSBORO,<br><br>Defendants. | CV-2022-900217 |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:     Richard P. Rouco
George N. Davies
Quinn, Connor, Weaver, Davies & Rouco, LLP
2 North 20th Street, Suite 930
Birmingham, AL 35203

Woodruff R. Jones
Gamble, Gamble, Calame & Jones, LLC
P.O. Box 345
Selma, Alabama 36702

Keith A. Jones
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602

  Pursuant to 28 U.S.C. §1446, Defendants Haywood Stokes III, Gary Broussard, Jesse Donald Leverett, Voncille Brown Thomas, and Willie Richard Tucker hereby give notice of the filing of their Notice of Removal of the above styled cause from the Circuit Court of Dallas County, Alabama to the United States District Court for the Southern District of Alabama, Northern Division. A true and correct copy of the notice of removal is attached hereto as Exhibit "A."

  Done this the 17th day of April, 2023.



EXHIBIT J

/s/ Rick A. Howard
Rick A. Howard (HOW045)
M. Ashley Tidwell (TID013)
Attorneys for Haywood Stokes III,
Gary Broussard, Jesse Donald Leverett,
Voncille Brown Thomas, and Willie Richard Tucker

OF COUNSEL:
HOLTSFORD GILLILAND HITSON HOWARD
    STEVENS TULEY & SAVARESE, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 (Facsimile)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Richard P. Rouco
George N. Davies
Quinn, Connor, Weaver, Davies & Rouco, LLP
2 North 20th Street, Suite 930
Birmingham, AL 35203

Woodruff R. Jones
Gamble, Gamble, Calame & Jones, LLC
P.O. Box 345
Selma, Alabama 36702

Keith A. Jones
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602


by placing same in the United States Mail, postage prepaid, or through the court's electronic filing service, on this the 17th day of April, 2023.

/s/Rick A. Howard
OF COUNSEL