CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

| | |
|---|---|
| Patrick Braxton, James Ballard, Barbara Patrick, Janice Quarles, and Wanda Scott, <br><br>Plaintiffs <br><br>v. <br><br>Haywood Stokes, III, Gary Broussard, Jesse Donald Leverett, Voncile Brown Thomas, Willie Richard Tucker, <br><br>Defendants | CV-2022-900217.00 |

## CONSENT FOR REMOVAL TO FEDERAL COURT

Lynn Theibe, by and through undersigned counsel, agrees to the removal to Federal Court.

*(signature)*

Keith A. Jones, Attorney for Lynn Theibe
Civil Division Chief
United States Attorney's Office
Southern District of Alabama
63 S. Royal Street, Ste. 600
Mobile, Alabama 36602


EXHIBIT K

CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

| | |
|---|---|
| Patrick Braxton, James Ballard, Barbara Patrick, Janice Quarles, and Wanda Scott, <br><br> Plaintiffs <br><br> V. <br><br> Haywood Stokes, III, Gary Broussard, Jesse Donald Leverett, Voncile Brown Thomas, Willie Richard Tucker, <br><br> Defendants | CV-2022-900217.00 |

## CONSENT FOR REMOVAL TO FEDERAL COURT

Peoples Bank of Greensboro agrees to the removal to Federal Court.

                                                          s/Woodruff R. Jones
                                                          Woodruff R. Jones
                                                          Attorney for Defendants,
                                                          People's Bank of Greensboro

OF COUNSEL:
GAMBLE, GAMBLE, CALAME & JONES, LLC
P.O. Box 345
Selma, AL 36702-0345
Phone: 334-875-7810
Fax: 334-874-4975
wrj@gamblelaw.com