IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK BRAXTON, JAMES BALLARD, BARBARA PATRICK, JANICE QUARLES, and WANDA SCOTT, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | 2:23-cv-00127-KD-N |
| HAYWOOD STOKES III, GARY BROUSSARD, JESSE DONALD LEVERETT, VONCILE BROWN THOMAS, LYNN THIEBE, WILLIE RICHARD TUCKER, and PEOPLES BANK OF GREENSBORO, | * * * * * * * | |
| Defendants | * * | |

## DEFENDANTS, PEOPLES BANK OF GREENSBORO'S, RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, Peoples Bank of Greensboro, makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Peoples Bank of Greensboro is an Alabama banking corporation and is a wholly owned subsidiary of Greensboro Bancshares, Inc., an Alabama corporation.

2. Neither Peoples Bank of Greensboro nor Greensboro Bancshares, Inc. are publicly traded companies.

> s/Woodruff R. Jones
> Woodruff R. Jones (ASB-9808-O64J)
> Attorney for Peoples Bank of Greensboro

OF COUNSEL:
GAMBLE, GAMBLE, CALAME & JONES, LLC

Attorney for Defendants, Peoples Bank of Greensboro
P. O. Box 345
Selma, AL 36702-0345
Phone: 334-875-7810
Fax: 334-874-4975
wrj@gamblelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system and service will be perfected upon any CM/ECF participant's counsel of record electronically, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF filing system participants:

Rick A. Howard
M. Ashley Tidwell
Holtsford Gilliland Hitson Howard
Stevens Tuley & Savarese, P.C.
P.O. Box 4128
Montgomery, AL 36103
334-215-8585

Richard P. Rouco
George N. Davies
Quinn, Connor, Weaver, Davies & Rouco, LLP
2 N. 20th St., Ste. 930
Birmingham, AL 35203

Keith A Jones.
Assistant United States Attorney
63 S. Royal St., Ste. 600
Mobile, AL 36602

                  s/Woodruff R. Jones
                  Of Counsel for Defendant,
                  Peoples Bank of Greensboro