IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK BRAXTON, JAMES BALLARD, BARBARA PATRICK, JANICE QUARLES, and WANDA SCOTT,<br><br>    Plaintiffs,<br><br>v.<br><br>HAYWOOD STOKES, III, GARY BROUSSARD, JESSE DONALD LEVERETT, VONCILLE BROWN THOMAS, LYNN THIEBE, WILLIE RICHARD TUCKER, and PEOPLE'S BANK OF GREENSBORO,<br><br>    Defendants. | Civil Action No. 2:23-cv-00127-KD-N |

## NOTICE OF APPEARANCE

Assistant United States Attorney Timothy A. Heisterhagen, without waiver of sufficiency of process or service, or qualified immunity, hereby enters his appearance as additional counsel on behalf of the Defendant, Lyn Thiebe, in the above-styled case.

    Respectfully submitted,

    SEAN P. COSTELLO
    UNITED STATES ATTORNEY

By: *s/ Timothy A. Heisterhagen*
    Timothy A. Heisterhagen
    Assistant United States Attorney
    Southern District of Alabama
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602
    Telephone: 251-415-7180
    Email: timothy.heisterhagen@usdoj.gov

    *Attorney for Defendant Lyn Thiebe*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 6, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of Record.

                *s/ Timothy A. Heisterhagen*
                Timothy A. Heisterhagen
                Assistant U.S. Attorney