IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK BRAXTON, JAMES BALLARD, BARBARA PATRICK, JANICE QUARLES, and WANDA SCOTT, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | 2:23-cv-00127-KD-N |
| HAYWOOD STOKES III, GARY BROUSSARD, JESSE DONALD LEVERETT, VONCILLE BROWN THOMAS, LYNN THIEBE, WILLIE RICHARD TUCKER, and PEOPLE'S BANK OF GREENSBORO, | * * * * * * * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, Morgan B. Beckman, of Holtsford Gilliland Hitson Howard Stevens Tuley and Savarese, PC, and hereby gives notice to this Honorable Court of her appearance as additional counsel of record for Defendants Haywood Stokes III, Gary Broussard, Jesse Donald Leverett, Voncille Brown Thomas, and Willie Richard Tucker.

Dated this 28th day of June 2023.

/s/ Morgan B. Beckman
MORGAN B. BECKMAN (ASB-3529-T81J)
Attorney for Defendants Haywood Stokes, III, Gary Broussard, Jesse Donald Leverett, Voncille Brown Thomas, and Willie Richard Tucker

OF COUNSEL:
Holtsford Gilliland Hitson Howard
Stevens Tuley & Savarese, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585

334-215-7101 (Facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of same in the United States Mail, postage prepaid and properly addressed; and/or (c) by personal/firm e-mail to:

Richard P. Rouco  
QUINN, CONNOR WEAVER  
Davies & Rouco, LLP  
2 – 20th Street North  
Suite 930 Birmingham, AL 35203

Woodruff R. Jones  
Gamble, Gamble, Calame & Jones, LLC  
P.O. Box 345  
Selma, Alabama 36702

Keith A. Jones  
Assistant United States Attorney  
63 South Royal Street, Suite 600  
Mobile, Alabama 36602

on this the 28th day of June, 2023.

                                                   /s/ *Morgan B. Beckman*  
                                                   OF COUNSEL