IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK BRAXTON, JAMES BALLARD ) <br> BARBARA PATRICK, JANICE QUARLES ) <br> AND WANDA SCOTT, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HAYWOOD STOKES, III, GARY ) <br> BROUSSARD, JESSE DONALD ) <br> LEVERETT, WILLIE RICHARD ) <br> TUCKER, LYN THIEBE AND PEOPLE'S ) <br> BANK OF GREENSBORO ) <br> ) <br>     Defendants. | CASE NO.: 2:23-CV-00127-KD-N |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COME NOW, Plaintiffs in the above styled case request a 10-day extension of time to file their Response to Defendant, Lyn Thiebe's Motion to Dismiss. In support of this request, Plaintiffs state the following:

1. Plaintiffs' response to Ms. Thiebe's Motion to Dismiss is currently due July 11, 2023.

2. Given a commitment that will require counsel to be unavailable all next week coupled with his prior commitments this past week that required him to be out of the office presenting witnesses affidavits in a multi-party administrative

proceeding, counsel for Plaintiffs needs additional time to adequately respond to the Defendant, Lyn Thiebe's Motion to Dismiss.

3. Counsel for Defendant Thiebe does not oppose the motion.

4. Wherefore, Plaintiffs request an extension of time to respond to the Defendant, Lyn Thiebe's Motion to Dismiss from July 11, 2023 to July 21, 2023.

Respectfully submitted,

/s/ *Richard P. Rouco*
Richard P. Rouco

OF COUNSEL:

George Davies
QUINN, CONNOR, WEAVER
 DAVIES & ROUCO LLP
2 – 20th Street North, Suite 930
Birmingham, AL  35203
(205) 870-9989
rrouco@qcwdr.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2023, I filed a true and correct copy of the foregoing via the Court's CM/ECF system, which will notify and serve the following counsel of record:

Rick A. Howard
M. Ashley Tidwell
Holtsford Gilliland Hitson Howard
Stevens Tuley & Savarese, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128

Woodruff R. Jones
Gamble, Gamble, Calame & Jones, LLC
P.O. Box 345
Selma, Alabama 36702

Timothy A. Heisterhagen
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602

/s/ *Richard P. Rouco*
Richard P. Rouco