## IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK BRAXTON, JAMES BALLARD BARBARA PATRICK, JANICE QUARLES AND WANDA SCOTT, | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | **CASE NO.: 23-CV-00127-KD-N** |
| HAYWOOD STOKES, III, GARY BROUSSARD, JESSE DONALD LEVERETT, WILLIE RICHARD TUCKER, LYN THIEBE AND PEOPLE'S BANK OF GREENSBORO, | ) ) ) ) ) ) | |
| **Defendants.** | | |

### STIPULATION OF DISMISSAL OF DEFENDANT LYN THIEBE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Plaintiffs voluntarily dismiss without prejudice the Defendant Lyn Thiebe.  The Defendant Thiebe has not filed either an answer or a motion for summary judgment. The Defendant Ms. Thiebe stipulates to the voluntary dismissal and further stipulates that her motion to dismiss is now moot. The Plaintiffs and Ms. Thiebe agree to pay their own costs and attorneys fees.


Respectfully submitted,


*/s/ Keith A. Jones*                                    */s/ Richard P. Rouco*
Assistant United States Attorney          Quinn, Connor, Weaver, Davies
Southern District of Alabama               & Rouco
63 South Royal Street, Suite 600          Two North 20th Street, Ste. 930
Mobile, Alabama 36602                       Birmingham, AL 35203
(251) 415-7206                                     (205) 870-9989

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on July 21, 2023, I filed a true and correct copy of the foregoing via the Court's CM/ECF system, which will notify and serve the following counsel of record:

Rick A. Howard
M. Ashley Tidwell
Holtsford Gilliland Hitson Howard
Stevens Tuley & Savarese, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128

Woodruff R. Jones
Gamble, Gamble, Calame & Jones, LLC
P.O. Box 345
Selma, Alabama 36702

            /s/ *Richard P. Rouco*
            Richard P. Rouco