IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK BRAXTON, JAMES BALLARD, BARBARA PATRICK, JANICE QUARLES, and WANDA SCOTT, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | 2:23-cv-00127-KD-N |
| HAYWOOD STOKES III, GARY BROUSSARD, JESSE DONALD LEVERETT, VONCILLE BROWN THOMAS, LYNN THIEBE, WILLIE RICHARD TUCKER, and PEOPLE'S BANK OF GREENSBORO, | * * * * * * * | |
| Defendants. | * | |

## **DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

COME NOW Defendants Haywood Stokes III, Gary Broussard, Jesse Donald Leverett, Voncille Brown Thomas, and Willie Richard Tucker, by and through counsel, and file this Motion for Judgment on the Pleadings pursuant to Rule 12(c), and as grounds therefor, these Defendants aver as follows:

There are no material facts in dispute in this case relative to any of the Plaintiffs' theories of action and these Defendants are entitled to judgment on the pleadings. In support of this Motion for Judgment on the Pleadings, these Defendants

have submitted contemporaneously herewith the Defendants' Brief in Support of Motion for Judgment on the Pleadings.

Respectfully submitted this the 21st day of July, 2023.

/s/Rick A. Howard
Rick A. Howard (ASB-9513-W79R)
M. Ashley Tidwell (ASB-3974-O48M)
Morgan B. Beckman (ASB-3529-T81J)
Attorneys for Haywood Stokes III,
Gary Broussard, Jesse Donald Leverett,
Voncille Brown Thomas, and Willie
Richard Tucker

OF COUNSEL:

Holtsford Gilliland Hitson Howard
    Stevens Tuley & Savarese, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Richard P. Rouco
George N. Davies
Quinn, Connor, Weaver, Davies & Rouco, LLP
2 North 20th Street, Suite 930
Birmingham, AL 35203

Woodruff R. Jones
Gamble, Gamble, Calame & Jones, LLC
P.O. Box 345
Selma, Alabama 36702

Keith A. Jones
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602

by placing same in the United States Mail, postage prepaid, or through the court's electronic filing service, on this the 21st day of July, 2023.

/s/Rick A. Howard
OF COUNSEL