IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK BRAXTON, JAMES BALLARD, BARBARA PATRICK, JANICE QUARLES, and WANDA SCOTT, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | 2:23-cv-00127-KD-N |
| HAYWOOD STOKES III, GARY BROUSSARD, JESSE DONALD LEVERETT, VONCILLE BROWN THOMAS, LYNN THIEBE, WILLIE RICHARD TUCKER, and PEOPLE'S BANK OF GREENSBORO, | * * * * * * * | |
| Defendants. | * | |

## **NEWBERN DEFENDANTS' MOTION TO STAY DISCOVERY**

COME NOW Defendants Haywood Stokes III, Gary Broussard, Jesse Donald Leverett, Voncille Brown Thomas, and Willie Richard Tucker (hereinafter "Newbern Defendants"), by and through counsel, and file this Motion to Stay Discovery pursuant to Fed. R. Civ. P. 26(c) to stay all discovery as to these Defendants pending the resolution of their motion for judgment on the pleadings. In support of this Motion, Defendants state as follows:

1. Plaintiffs originally filed this action in the Circuit Court of Dallas County, Alabama, on November 23, 2022. (Doc. 1-3). Newbern Defendants removed this action to this Court on April 14, 2023. (Doc. 1).

2. On June 1, 2023, the parties submitted the Report of the Parties' Planning Meeting. (Doc. 3). On June 7, 2023, this Court conducted a scheduling conference. This Court entered its Rule 16(b) scheduling order on June 8, 2023, setting a deadline for discovery to be completed by July 15, 2024. (Doc. 16).

3. On July 21, 2023, the Newbern Defendants filed their motion for judgment on the pleadings, specifically asserting that they are entitled to judgment as a matter of law on all of Plaintiffs' claims filed against them.

4. Under Fed. R. Civ. P. 26(c), "[t]he court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including one or more of the following: (A) forbidding the disclosure or discovery; . . . . [and] (B) specifying terms, including time and place or the allocation of expense, for the disclosure or discovery[.]"

5. This Court has wide discretion as to discovery matters and in setting discovery limits. *United States ex rel. Carter v. Physicians Pain Specialists of Ala., P.C.*, 2017 WL 11698072, * 1 (S.D. Ala. September 1, 2017).

6. In *Chudasama v. Mazda Motor Corp*, the Eleventh Circuit stated the following in regard to staying discovery:

> Facial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should ... be resolved before discovery begins. Such a dispute always presents a purely legal question; there are no issues of fact because the allegations contained in the pleading are presumed to be true.

123 F.3d 1353, 1367 (11th Cir. 1997).

7. Here, a stay of discovery should be entered because the Newbern Defendants have asserted the defense of qualified immunity in their motion for judgment on the pleadings. In their motion, the Newbern Defendants assert that they are entitled to qualified immunity as to Plaintiffs' claims against them and that the Plaintiffs have failed to allege a viable Section 1983 claim or Section 1985(3) claim against the Newbern Defendants. Moreover, the Newbern Defendants have argued that Plaintiffs have no legitimate claim for the political positions they claim to hold.

8. The Plaintiffs will not suffer any prejudice if this action is stayed as to the Newbern Defendants. Moreover, there is sufficient time for completion of discovery, which is scheduled to end on July 15, 2024, and for trial preparation, which is currently set for January 2025.

9. "Good cause" is that the request for qualified immunity should be resolved before discovery begins and legal resources on discovery will be wasted if this Court ultimately determines that Newbern Defendants are entitled to immunity.

10. The undersigned has consulted with Plaintiffs' attorneys and they do not consent to the motion to stay

Accordingly, the Newbern Defendants request that this Court exercise its discretion by staying discovery as to the Newbern Defendants until the motion for judgment on the pleadings is resolved.

Respectfully submitted this the 25th day of July, 2023.

/s/Rick A. Howard
Rick A. Howard (ASB-9513-W79R)
M. Ashley Tidwell (ASB-3974-O48M)
Morgan B. Beckman (ASB-3529-T81J)
Attorneys for Haywood Stokes III,
Gary Broussard, Jesse Donald Leverett,
Voncille Brown Thomas, and Willie
Richard Tucker

OF COUNSEL:

Holtsford Gilliland Hitson Howard
    Stevens Tuley & Savarese, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Richard P. Rouco
George N. Davies
Quinn, Connor, Weaver, Davies & Rouco, LLP
2 North 20th Street, Suite 930
Birmingham, AL 35203

Woodruff R. Jones
Gamble, Gamble, Calame & Jones, LLC
P.O. Box 345
Selma, Alabama 36702

by placing same in the United States Mail, postage prepaid, or through the court's electronic filing service, on this the 25th day of July, 2023.

/s/Rick A. Howard
OF COUNSEL