IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK BRAXTON, *et al*, <br>    Plaintiffs, <br><br> v. <br><br> HAYWOOD STOKES III, *et al*, <br>    Defendants. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:23-00127-KD-N <br> ) <br> ) <br> ) |

## ORDER

This action is before the Court[1] on two motions to stay discovery filed by the "Newbern Defendants"[2] and Defendant People's Bank of Greensboro, respectively, on July 25, 2023. (Docs. 28, 29). The Newbern Defendants' motion seeks a stay pending resolution of its Motion for Judgment on the Pleadings (Doc. 26), and People's seeks the same pending resolution of its Motion to Dismiss, or in the alternative, for Judgment on the Pleadings. (Doc. 24). Both motions to stay indicate Plaintiffs do not consent to the stay. (Doc. 28, PageID.473; Doc. 29, PageID.478). Upon consideration, Plaintiffs are **GRANTED leave** to file a response showing cause as to why the motions should not be granted by no later than **August 1, 2023**,

**DONE** and **ORDERED** this the 27th day of July 2023.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

---

1 The assigned District Judge has referred these motions to the undersigned Magistrate Judge for appropriate action under 28 U.S.C. § 636(a)–(b), Federal Rule of Civil Procedure 72, and S.D. Ala. GenLR 72(a). *See* S.D. Ala. GenLR 72(b); (7/25/2023).

2 The Newbern Defendants are comprised of individual Defendants Haywood Stokes III, Gary Broussard, Jesse Leverett, Voncille Thomas and Willie Tucker. (*See* Doc. 28).