IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK BRAXTON, *et al.*, | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | )     CIVIL ACTION 2:23-00127-KD-N |
| | ) |
| HAYWOOD STOKES III, *et al.*, | ) |
|     Defendants. | ) |

**ORDER**

This matter is before the Court on a Motion for Judgment on the Pleadings filed by Defendants Haywood Stokes III, Gary Broussard, Jesse Donald Leverett, Voncille Brown Thomas, and Willie Richard Tucker.  (Docs. 26, 27).  It is **ORDERED** that Plaintiffs shall file a Response to the motion on or before **August 10, 2023;** and said Defendants shall file a Reply thereto on or before **August 17, 2023.**

**DONE** and **ORDERED** this the **27th** day of **July 2023**.

                                                  /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**