IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK BRAXTON, JAMES BALLARD )<br>BARBARA PATRICK, JANICE QUARLES )<br>AND WANDA SCOTT, )<br> )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>HAYWOOD STOKES, III, GARY )<br>BROUSSARD, JESSE DONALD )<br>LEVERETT, WILLIE RICHARD )<br>TUCKER, LYN THIEBE AND PEOPLE'S )<br>BANK OF GREENSBORO )<br> )<br>    Defendants. | CASE NO.: 2:23-CV-00127-KD-N |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the F.R.C.P, Plaintiffs respectfully request and enlargement of time up to and including August 31, 2023 to file their Response to Defendant People's Bank of Greensboro's Motion to Dismiss or in the Alternative Motion for Judgment on the Pleadings. In support of this request, Plaintiffs state the following:

1. On July 21, 2022, the Individual Defendants filed a motion for judgment on the pleadings. [Doc. 26] On the same day, the Defendant People's Bank also filed a motion for judgment on the pleadings. [Doc. 24] Plaintiffs' response to Defendant's People's Bank of Greensboro motion is currently due August 4, 2023. Plaintiffs' response to Defendants' Haywood Stokes, III, Gary

Broussard, Jesse Donald Leverett, and Willie Richard Tucker motion is currently due August 10, 2023.

2. Plaintiffs' counsel has been in an administrative trial this week in Greenville, South Carolina and the trial will resume next week. Additionally, Mr. Rouco has an evidentiary hearing on August 14, 2023, in Caster v. Allen regarding Alabama's Congressional Redistricting map.

3. In light of these scheduling conflicts, Counsel for Plaintiffs needs additional time to adequately respond to the two pending motions for judgment on the pleadings.

4. Counsel for Defendants does not oppose the motion.

5. Wherefore, Plaintiffs respectfully request an extension of time to respond to the Defendant People's Bank of Greensboro's Motion to Dismiss or in the Alternative Motion for Judgment on the Pleadings from August 4, 2023 to August 31, 2023.

Respectfully submitted,

/s/ *Richard P. Rouco*
Richard P. Rouco

OF COUNSEL:
Richard P. Rouco
QUINN, CONNOR, WEAVER
 DAVIES & ROUCO LLP
2 – 20th Street North, Suite 930
Birmingham, AL  35203
(205) 870-9989
rrouco@qcwdr.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2023, I filed a true and correct copy of the foregoing via the Court's CM/ECF system, which will notify and serve the following counsel of record:

Rick A. Howard
M. Ashley Tidwell
Holtsford Gilliland Hitson Howard
Stevens Tuley & Savarese, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128

Woodruff R. Jones
Gamble, Gamble, Calame & Jones, LLC
P.O. Box 345
Selma, Alabama 36702

                                                /s/ *Richard P. Rouco*
                                                Richard P. Rouco