# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| PATRICK BRAXTON, JAMES BALLARD BARBARA PATRICK, JANICE QUARLES AND WANDA SCOTT, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  CASE NO.: 23-CV-00127-KD-N |
| HAYWOOD STOKES, III, GARY BROUSSARD, JESSE DONALD LEVERETT, WILLIE RICHARD TUCKER, LYN THIEBE AND PEOPLE'S BANK OF GREENSBORO, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

### JOINT STIPULATION OF DISMISSAL OF DEFENDANT PEOPLE'S BANK OF GREENSBORO

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Plaintiffs and the Defendant People's Bank of Greensboro stipulate to dismiss without prejudice the Plaintiffs' claims against the Defendant People's Bank of Greensboro. The Defendant People's Bank of Greensboro further stipulates that its motion for judgment on the pleadings is now moot. The Plaintiffs and the Defendant People's Bank of Greensboro agree to pay their own costs and attorneys fees.

Respectfully submitted,

| | |
|---|---|
| /s/Woodruff Jones | /s/ Richard P. Rouco |
| Gamble, Gamble, Calame & Jones LLC | Quinn, Connor, Weaver, Davies |
| P. O. Box 345 | & Rouco |
| Selma AL 36702 | 2 -20th Street North, Ste. 930 |
| (334) 875-7810 | (205) 870-9989 |

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 11, 2023, I filed a true and correct copy of the foregoing via the Court's CM/ECF system, which will notify and serve the following counsel of record:

Rick A. Howard
M. Ashley Tidwell
Holtsford Gilliland Hitson Howard
Stevens Tuley & Savarese, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128

               /s/ *Richard P. Rouco*
               Richard P. Rouco