# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **PATRICK BRAXTON**, *et al.*, ) | |
|     **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION 2:23-00127-KD-N** |
| ) | |
| **HAYWOOD STOKES III**, *et al.*, ) | |
|     **Defendants.** ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 70) made under 28 U.S.C. § 636(a)-(b) and S.D. Ala. GenLR 72(a)-(b) and dated February 6, 2024, is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that Plaintiffs' second amended complaint (Doc. 57) is **DISMISSED without prejudice** and Plaintiffs are **GRANTED LEAVE** to file an amended complaint; and Defendants' Motion to Dismiss (Doc. 62) and Motion to Strike (Doc. 61) are **DENIED** as **MOOT.**

**DONE** and **ORDERED** this the **23rd** day of **February 2024.**

                                                  /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**