IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK BRAXTON, JAMES BALLARD, BARBARA PATRICK, JANICE QUARLES, WANDA SCOTT, and DOROTHY HOLLEY, <br><br> Plaintiffs, <br><br> v. <br><br> HAYWOOD STOKES III, GARY BROUSSARD, JESSE DONALD LEVERETT, VONCILLE BROWN THOMAS, WILLIE RICHARD TUCKER, and the TOWN OF NEWBERN, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *     2:23-cv-00127-KD-N <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## DEFENDANTS' MOTION TO DISMISS

COME NOW Defendants Haywood Stokes III, Gary Broussard, Jesse Donald Leverett, Voncille Brown Thomas, Willie Richard Tucker, and the Town of Newbern (hereinafter "Defendants"), by and through counsel, and file this motion to dismiss pursuant to Rule 12(b)(6), Fed. R. Civ. P, as Plaintiffs have failed to state a claim upon which relief can be granted in their Third Amended Complaint. In support of this motion, the Defendants have submitted contemporaneously herewith the Defendants' memorandum brief in support of their motion to dismiss.

Respectfully submitted this the 8th day of March, 2024.

/s/Rick A. Howard
Rick A. Howard (ASB-9513-W79R)
M. Ashley Tidwell (ASB-3974-O48M)
Morgan B. Beckman (ASB-3529-T81J)
Attorneys for Haywood Stokes III,
Gary Broussard, Jesse Donald Leverett,
Voncille Brown Thomas, Willie
Richard Tucker, and the Town of Newbern

OF COUNSEL:

Holtsford Gilliland Hitson Howard
    Stevens Tuley & Savarese, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Richard P. Rouco
George N. Davies
Quinn, Connor, Weaver, Davies & Rouco, LLP
2 North 20th Street, Suite 930
Birmingham, AL 35203

Morenike Fajana
Leah Wong
40 Rector Street, 5th Floor
New York, NY 10006

by placing same in the United States Mail, postage prepaid, or through the court's electronic filing service, on this the 8th day of March, 2024.

/s/Rick A. Howard
OF COUNSEL

2