IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Patrick Braxton, *et al.*,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>Haywood Stokes, III, *et al.*,<br><br>    *Defendants*. | Case No. 2:23-CV-00127-KD-N |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 (a) and Civil Local Rule 15, Plaintiffs Patrick Braxton, James Ballard, Barbara Patrick, Janice Quarles, Wanda Scott and Dorothy Holley (collectively, "Plaintiffs"), by their undersigned counsel, respectively move this court for a preliminary injunction order to enjoin Defendants, Haywood Stokes, III, Gary Broussard, Jesse Donald Leverett, Voncille Brown Thomas, Willie Richard Tucker, and the Town of Newbern, from enforcing their hand-me-down governance policy whereby they repeatedly fail to hold municipal elections in the Town of Newbern; fail to provide notice of municipal elections in the Town of Newbern; and appoint white residents to maintain the positions of mayor and councilmembers for the Town of Newbern.

Defendants' policy unconstitutionally infringes upon Plaintiffs' right to vote as protected by Section 2 of the Voting Rights Act and the right to due process under the First and Fourteenth Amendments. As more fully set forth in Plaintiffs' Memorandum of Law in Support, Plaintiffs are likely to succeed on the merits of their claims and will suffer irreparable harm due to Defendants' conduct in the absence of preliminary relief. The balance of equities tilts strongly in

their favor, and an injunction protecting their constitutional rights is in accord with the public interest. Therefore, a preliminary injunction should issue.

Dated: March 22, 2024

Respectfully submitted,

*/s/ Leah Wong*
Leah Wong*
Morenike Fajana*
NAACP Legal Defense
& Educational Fund
40 Rector Street, 5th Floor
New York, NY 10006
(212) 217-1690
mfajana@naacpldf.org
lzwong@naacpldf.org

*/s/ Richard P. Rouco*
Richard P. Rouco
George N. Davies
Quinn, Connor, Weaver,
Davies & Rouco, LLP
2 – 20th Street North
Suite 930
Birmingham, AL 35203
Tel. 205-870-9989
Fax. 205-803-4143
rrouco@qcwdr.com
gdavies@qcwdr.com

*admitted pro hac vice

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of March, I presented the foregoing Motion for a Preliminary Injunction to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties.

        Respectfully submitted,
        */s/ Leah Wong*
        Leah Wong
        NAACP Legal Defense
        & Educational Fund
        40 Rector Street, 5th Floor
        New York, NY 10006
        (212) 965-2200
        lzwong@naacpldf.org