UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Patrick Braxton, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>Haywood Stokes, III, *et al.*,<br><br>*Defendants*. | Case No. 2:23-CV-00127-KD-N |

## PLAINTIFFS' NOTICE OF AMENDED DECLARATIONS

Plaintiffs hereby respectfully notice the Court and Defendants of Amended Declarations for Plaintiffs Barbara Patrick, James Ballard, Wanda Scott, and Janice.

The aforementioned Amended Declarations for Plaintiffs Barbara Patrick, James Ballard, Wanda Scott, and Janice Quarles seek to correct the record after Plaintiffs clarified certain facts referenced in their depositions. The Amended Declarations now accurately specify whether each individual Plaintiff personally saw or heard from other residents in the small town of Newbern the facts to which they declare.

Defendants are not prejudiced by the filing of the Amended Declarations because they were present for the depositions in which the declared facts were clarified.

Dated: May 3, 2024

Respectfully submitted,

*/s/ Leah Wong*
Leah Wong*
Morenike Fajana*
NAACP Legal Defense
& Educational Fund
40 Rector Street, 5th Floor
New York, NY 10006

(212) 217-1677
lzwong@naacpldf.org
mfajana@naacpldf.org

*/s/ Richard P. Rouco*
Richard P. Rouco
George N. Davies
Quinn, Connor, Weaver, Davies & Rouco, LLP
2 – 20th Street North
Suite 930
Birmingham, AL 35203
Tel. 205-870-9989
Fax. 205-803-4143
rrouco@qcwdr.com
gdavies@qcwdr.com

*admitted pro hac vice