UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Patrick Braxton, James Ballard, Barbara Patrick, Janice Quarles, Wanda Scott and Dorothy Holley, <br><br>*Plaintiffs*, <br>v. <br><br>Haywood Stokes, III, Gary Broussard, Jesse Donald Leverett, Voncille Brown Thomas, Willie Richard Tucker and The Town of Newbern, <br><br>*Defendants*, | Case No. 2:23-CV-00127-KD-N |

## **DECLARATION OF JAMES BALLARD**

I, James Ballard, hereby declare and state as follows:

1. My name is James Ballard. I was born in 1947 and am 76 years of age and identify as a Black man.

2. I have personal knowledge of the following facts and if called to testify could and would competently do so.

3. I was born in Newbern, Alabama. I moved back to Newbern thirteen years ago.

4. Because Newbern is such a small town, I know most people who live here. The majority of residents in Newbern are Black.

5. I registered to vote in Newbern several decades ago and turned 21 in 1968. Since that time, I have never voted in any town elections in Newbern because none have ever happened for as long as I can remember. I cannot recall a time when the town government ever organized, or gave notice for, a municipal election.

6. Instead, every few years, someone else started calling themselves the mayor. You called him the mayor, but you didn't question how. Every mayor that I can recall for as long as I can remember has been white.

7. Newbern is not a big town, and there are public places where information is usually posted. However, I've never seen any postings on any public buildings in town, or in the local newspaper, the *Greensboro Washington*, about any elections for the town of Newbern for as long as I can remember.

8. At the same time, the Hale County government has repeatedly and regularly held county elections in Newbern for positions like county judge, and county sheriff. Those elections have been held in Newbern Town Hall. I know this because I voted in some of these elections.

9. It was not until Patrick Braxton filed official candidate forms to run for the mayor of Newbern, did I realize that there was an official process. It was then I also realized that I had the right all along to select a town mayor that I felt would best represent me.

10. I do not feel that the Mayor and Town Council has always supported the town residents, especially the Black residents. When other Black residents asked the former Mayor Stokes for help in the past, they were met with no response or delays. This made me feel discouraged and disappointed, and as though the town government would not be responsive to my needs.

11. Sometime in July or August 2020, I learned that Patrick Braxton would be the only person qualifying for the mayor of Newbern in an official election. He is the first

person I have ever known about formally filing papers to run for a position in Newbern.

12. He approached me about serving as an appointed town council member. I agreed because I wanted to represent the interests of all Newbern residents regardless of the resident's race.

13. Since Patrick Braxton was the only person who qualified to run for mayor, he was sworn in on November 2, 2020. I attended his swearing in and was so proud to see the first duly elected Mayor of Newbern being sworn in, let alone a Black resident of Newbern.

14. I, along with Janice Quarles, Barbara Patrick, and Wanda Scott were sworn in the same day, 2020 as appointed town council members. I was so proud and excited to get started on representing the residents of Newbern and working on many of the problems that had long been ignored by town officials.

15. On November 20, 2020, we were able to hold one meeting at the Newbern town hall.

16. Within a few weeks of meeting, I started to hear people around town saying that there are actually **two** town councils, and that the second town council was sworn in ten days after us by a county judge. This came as a shock to me because town council positions had always been appointed by the Mayor, and I had not heard of Patrick Braxton appointing anyone else.

17. I also never saw or heard of any elections being held for town council, or I would have filed forms to qualify and run in these elections. I did not hear about anyone winning any such town council election either.

18. Then, around the same time, Woody Stokes started telling people that he is the actual mayor of Newbern. I had never heard of him qualifying or running in the election against Patrick Braxton, so I was very confused to hear about this.

19. Furthermore, people in Newbern to this day recognize Patrick Braxton as the Newbern Mayor because he qualified to run and was the only one to have run for Mayor.

20. Woody Stokes claimed that Gary Broussard, Jesse Donald Leverett, Voncille Brown Thomas were instead the town council members. Together, they prevented Mayor Braxton, me, and the other town councilmembers from doing our jobs.

21. I've been told that the other town council began to hold meetings in their homes. At the same time, they prevented us from meeting in the town hall by locking up the building and changing the locks.

22. I have been physically locked out of the very building in which I could perform my duties. To my knowledge, the town hall building has been locked for over three years since November 2020. Fellow residents have only seen Woody Stokes, Gary Broussard, and Jesse Donald Leverett in the building. But people have not always seen Voncille Brown Thomas, who is also held out to be a town council member, in the building. To me, it feels like Woody Stokes and his unofficially appointed town councilmembers have designated the town hall building to be a "whites only" building. I cannot understand how as both an official town councilmember or a member of the public, the building is inaccessible to me.

23. It is very important that the residents of Newbern have a real election where everyone can elect the representatives of their choice. Those representatives must be selected

immediately because every day that passes by is another day the town of Newbern is not properly governed. People's homes and livelihoods are on the line when Newbern has no formal government. There is currently no official who responds to the needs of the Newbern residents, and no official who is empowered to aside from Patrick Braxton.

24. Furthermore, it is intimidating to speak out about how Newbern has not had elections or government for a long time. The dismissal and inaction that the previous unofficial town councilmembers and Mayor have shown towards Black residents demonstrate that they are not interested in supporting the Black residents. Furthermore, I have heard Woody Stokes wears a Confederate flag bandana and has a Confederate flag on the back of his motorcycle. I have also heard that Gary Broussard has a confederate flag on the back of his pickup truck.

25. The residents of Newbern need their first ever town elections for Mayor and town council members. We need it as soon as possible so that we can access our constitutional right to vote as well as have representation that will serve us.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on May 3, 2024.

*/s/ James Ballard*
James Ballard