UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Patrick Braxton, James Ballard, Barbara Patrick, Janice Quarles, Wanda Scott and Dorothy Holley, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 2:23-CV-00127-KD-N |
| Haywood Stokes, III, Gary Broussard, Jesse Donald Leverett, Voncille Brown Thomas, Willie Richard Tucker and The Town of Newbern, | ) ) ) ) | |
| *Defendants*, | ) | |

## DECLARATION OF JANICE QUARLES

I, Janice Quarles, hereby declare and state as follows:

1. My name is Janice Quarles. I was born in 1950 and am 73 years of age and identify as a Black woman.

2. I have personal knowledge of the following facts and if called to testify could and would competently do so.

3. I was born in Newbern, Alabama. I have lived in Newbern almost all my life.

4. Newbern is such a small town, and I know of most people who live here. The majority of residents in Newbern are Black.

5. I registered to vote in Newbern several decades ago and turned 21 in 1971. Since that time, I have never voted in any town elections in Newbern. No town elections have ever happened, for as long as I can remember. I cannot recall a time when the town government ever organized, or gave notice for, a municipal election.

6. I can recall the last few mayors of Newbern because each one served for decades. I remember Robert Walthall, who held himself out to be mayor of Newbern for over 40

1

years. I remember Paul Owens was the Newbern mayor for a long time as well. Then Paul Owens must have passed the position of mayor to Woody Stokes, because one day Woody Stokes became Newbern's mayor. He has declared himself the Newbern mayor for over the last 15 years, including after Patrick Braxton won the seat through official channels. Every mayor that I can recall for as long as I can remember has been white.

7. I do not know how each one became mayor. For a long time, because no one ever approached me about voting for the next mayor, I was led to believe this was how things just are in Newbern. I feel like every time there was a new mayor, I heard about it through the grapevine. It is as if people in Newbern just wake up one day and someone decided that there would be a new mayor. But I have never even been a part of that informal decision process, let alone official elections.

8. It was not until Patrick Braxton filed official candidate forms to run for the mayor of Newbern, did I realize that there was an official process. It was then I also realized that I had the right all along to select a town mayor that I felt would best represent me.

9. I began to question how, for decades now, I had no choice in electing the mayor of Newbern. Newbern is not a big town, and there are public places where information is usually posted. These places include: the Newbern post office, the library, fire station, and the town hall. Signs are also posted on the sides of the roads and highway in the town. At times, the *Greensboro Washington*, a newspaper covering news in Greensboro (the town next to Newbern) and Newbern contains public announcements as well. My family and I regularly go to each of the public locations and read the

*Greensboro Washington*. I have never, for as long as I can remember, seen any notice of news about upcoming elections for the mayor of Newbern.

10. However, for decades, the Hale County government has repeatedly and regularly held county elections in Newbern for positions like county judge, and county sheriff. Whenever I voted in a county election, I did not see any mention of Newbern on the ballot or a space to elect town officials to govern Newbern.

11. The county and federal elections have been held in Newbern Town Hall. This is how I know elections are held in the Newbern Town Hall and can be held in the Town Hall.

12. I do not feel that the Mayor and Town Council has always supported the town residents, especially the Black residents. When I tried to ask the former Mayor Stokes for help in the past, I was met with no response or delays. This made me feel discouraged and disappointed, and as though the town government was not responsive to my needs.

13. Currently, my home lacks a sewage system, and my backyard often floods when it rains. I know that there have been efforts from outside developers to build a sewage system for the residents of Newbern who lack one. However, I also know that many of the white residents have a sewage system that runs through their homes, so the defendants who hold themselves out to be town officials have made no progress in ensuring other residents, primarily Black residents, will also have a new sewage system. To my understanding, the contractors also cannot make progress on the sewage system due to the current conflict of not knowing who the town officials are.

14. Sometime in July or August 2020, I learned that Patrick Braxton would be the only person qualifying for the mayor of Newbern in an official election. He is the first

3

person I have ever known about formally filing papers to run for a position in Newbern.

15. He approached me about serving as an appointed Town Council member. I agreed because I wanted to correct for all of the decades of not realizing I had a right to select who represented me. I also wanted to represent the interests of all Newbern residents regardless of the resident's race.

16. Since Patrick Braxton was the only person who qualified to run for mayor, he was sworn in on November 2, 2020. I attended his swearing in and was so proud to see the first duly elected Mayor of Newbern being sworn in, let alone a Black resident of Newbern.

17. I, along with Barbara Patrick, James Ballard, and Wanda Scott were sworn in the same day as appointed town council members. I was so proud and excited to get started on representing the residents of Newbern, and working on many of the problems that had long been ignored by town officials.

18. On November 20, 2020, we were able to hold one meeting at the Newbern town hall.

19. Within a few weeks of meeting, I started to hear people around town saying that there are actually **two** town councils, and that the second town council was sworn in ten days after us by a county judge. This came as a shock to me because town council positions had always been appointed by the Mayor, and I had not heard of Patrick Braxton appointing anyone else.

20. I also never saw or heard of any elections being held for town council, or I would have filed forms to qualify and run in these elections. I did not hear about anyone winning any such town council election either.

21. Then, around the same time, Woody Stokes started telling people that he is the actual mayor of Newbern. I had never heard of him qualifying or running in the election against Patrick Braxton, so I was very confused to hear about this.

22. Furthermore, people in Newbern to this day recognize Patrick Braxton as the Newbern Mayor because he qualified to run and was the only one to have run for Mayor.

23. Woody Stokes claimed that Gary Broussard, Jesse Donald Leverett, Voncille Brown Thomas were instead the town council members. Together, they prevented Mayor Braxton, me, and the other town councilmembers from doing our jobs.

24. I heard the other town council began to hold meetings in their homes. At the same time, they prevented us from meeting in the town hall by locking up the building and changing the locks.

25. I felt and feel humiliated that I was so determined and excited to serve the residents of Newbern, and have been thwarted in doing so by a series of undermining activities.

26. I have been physically locked out of the very building in which I could perform my duties. To my knowledge, the town hall building has been locked for over three years since November 2020.  Once, I recall being across the street from the town hall, and seeing a large meeting of people there. I believe some of the Defendants were there. However, I did not see any Black residents,  only white residents. Nor did I see any notice of this meeting around town. To me, it feels like Woody Stokes and his unofficially appointed town councilmembers have designated the town hall building to be a "white only" building. I cannot understand how as both an official town councilmember or a member of the public, the building is inaccessible to me.

27. All the while this is going on, Stokes and the people he recruited to be unofficial town councilmembers are still not supporting the residents of Newbern, particularly the Black ones.

28. For example, I have seen that the town's lawnmower parked in the front yard of Woody Stokes even though it is Newbern's property. The only lawns that are maintained by this lawnmower that Stokes has co-opted to be his own are the lawns of those who live on Baby Street. Baby Street is where Gary Broussard, Jesse Donald Leverett, and other white residents of Newbern live. No other streets in Newbern, particularly those with Black residents living there, have been maintained.

29. I wanted to serve as a town official because after the pandemic, it became more clear than ever that residents need representatives who actually listen to their needs. I sometimes blame myself for accepting the status quo for years and not questioning why I could not vote for who my mayor and the town officials are.

30. But when I took matters into my own hands by serving as an appointed town councilmember to someone who did formally qualify to run, I have been prevented from taking any action. It shows me that the problem was not about a lack of action from me and other Black residents, but that the white residents have always tried to obscure the possibility of participating in any democratic elections or governance of Newbern.

31. It is very important that the residents of Newbern have a real election where everyone can elect the representatives of their choice. Those representatives must be selected immediately because every day that passes by is another day the town of Newbern is not properly governed. People's homes and livelihoods are on the line when Newbern

has no formal government. There is currently no official who responds to the needs of the Newbern residents, and no official who is empowered to aside from Patrick Braxton.

32. Furthermore, it is intimidating to speak out about how Newbern has not had elections or government for a long time. The dismissal and inaction that the previous unofficial town councilmembers and Mayor have shown towards Black residents demonstrate that they are not interested in supporting the Black residents. Furthermore, I have heard that Woody Stokes wears a Confederate flag bandana and has a Confederate flag on the back of his motorcycle. I have also heard that Gary Broussard has a confederate flag on the back of his pickup truck.

33. I am often afraid that the rest of the country has forgotten the residents of Newbern. That even in 2024, there are "white only" elections, if at all, in the town of Newbern, and "white only" town buildings, and no one seems to be able to change this. Woody Stokes and the others are able to act with impunity even as they openly deny the residents of the town their constitutional rights and governance.

34. The residents of Newbern need their first ever town elections for Mayor and town council members. We need it as soon as possible so that we can access our constitutional right to vote as well as have representation that will serve us.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on May 3, 2024.

/s/ *Janice Quarles*
Janice Quarles

7