STATE OF ALABAMA

HALE COUNTY

To the Town Council of Newbern, Alabama

    This is to certify that only one person filed a statement of candidacy for the office of Mayor by 5:00p.m. on the third Tuesday in July preceding the 25th day of August, 2020, the date set for an election of municipal officers in the Town of Newbern, Alabama, and the name of such person is Patrick Braxton.

                                Haywood F. Stokes, Jr., Mayor

ATTEST:

_____, Town Clerk/Treasurer

Admitted in Evidence

DEFENDANT'S EXHIBIT
CASE NO. 23-CV-127
EXHIBIT NO. 1

Exhibit 1 Page 008

MINUTES OF THE TOWN OF NEWBERN
TOWN COUNCIL MEETING
HELD IN NEWBERN, ALABAMA, ON
AUGUST 10, 2020

The Town Council of Newbern held it's regularly scheduled Town Council Meeting on August 10, 2020. Mayor Haywood F. Stokes, Jr. called the meeting to Order at 6:00p.m.

Council Members Present:

  Jessee Donald Leverett

  Voncille B. Thomas

  Willie Richard Tucker

The Mayor announced that Patrick Braxton had filed a Statement of Candidacy for the office of Mayor of the Town of Newbern and was the only candidate to file a Statement of Candidacy by the third Tuesday in July preceding the August 25, 2020, election day. Further, he presented a Resolution declaring that Patrick Braxton be elected to the office of Mayor of Newbern for the term commencing on the first Monday in November 2020. After a brief discussion, the Mayor called for a vote to approve the resolution and said resolution passed unanimously.

The next Order of business the Mayor brought before the Council was that the town had inadvertently and mistakenly failed to satisfy the requirements for a municipal election. He advised that he had consulted with the Town's attorney William A. Holmes regarding the issue and asked Attorney Holmes who was present at the meeting to address the Council regarding the issue. Attorney Holmes stated he had consulted with the Alabama League of Municipalities regarding the requirements to satisfy the mistake and address the problem. Attorney Holmes stated the Town can fix a new election date and toll all of the election calendar dates to meet the requirements for a general municipal election pursuant to the *Code of Alabama*. Attorney Holmes advised that October 6, 2020, was the earliest date an election could be held and meet the requirements of set forth by the *Code of Alabama*. He presented the town with an Ordinance Concerning the 2020

Exhibit 1 Page 009

# NEWBERN 2020 Municipal Election Calendar

**AUGUST 18, 2020:**
- Mayor gives notice of the election. §11-46-22(a).
- Candidates may begin qualifying at city hall once notice is published. Candidates must file a Statement of Economic Interests form with the ALABAMA ETHICS COMMISSION in order to appear on the ballot.
§36-25-15(a).

> For questions regarding the Statement of Economic Interests, please call the Alabama Ethics Commission at 334-242-2997.

**SEPTEMBER 1, 2020:**
- Last day, by 5:00 p.m., to qualify to run for municipal office. §11-46-25(g).
- Mayor must file a list of qualified voters with the clerk. §11-46-36. If the mayor is a candidate in the election, the council must appoint a qualified person to perform this duty. §11-46-37.

**SEPTEMBER 6, 2020:**
- Last day to establish residency to vote in the municipal general election. §11-46-38(b).
- Last day to display sample ballot. §11-46-31.

**SEPTEMBER 7, 2020:**
- Last day for candidates who qualified on September 1, to file an Appointment of Principal Campaign Committee form with the PROBATE JUDGE. §17-5-4.
- Last day for clerk who received qualification papers from candidates on September 1, to notify the Alabama Ethics Commission the name of the candidate and the date on which the person became a candidate. §36-25-15(b).

**SEPTEMBER 8, 2020:** Mayor must deliver absentee election supplies to the municipal clerk. §17-11-12.

**SEPTEMBER 21, 2020:**
- Last day for the council to appoint election officials. §11-46-27.
- Last day to register to vote for the municipal general election. §§17-3-50, 11-46-38.

Exhibit 1 Page 016

**SEPTEMBER 22, 2020:** First day to publicly test electronic vote counters. The test must be conducted as close as practicable to the date of the election and be open to the public. Rule 307-X-1-.04, Alabama Administrative Code. The League recommends forty-eight (48) hours public notice of the test.

**SEPTEMBER 25, 2020:** Last day to publish lists of the election officers and the voting places to which they are assigned. Section §11-46-27.

**SEPTEMBER 28, 2020:** Beginning on this day, any absentee applicant who has not included a copy of acceptable ID but who is otherwise qualified to vote shall be issued a provisional absentee ballot. ACT 2019-509.

**OCTOBER 1, 2020:**
- Last day for a voter to apply for a regular absentee ballot. §17-11-3(a).
- Last day to publish the list of qualified voters. §11-46-36.
- Last day to conduct a training school for officials who will conduct an election using electronic voting machines, not less than five (5) days before an election. §17-8-9.

**OCTOBER 5, 2020:**
- Last day, up to the close of business, for a voter to apply for and submit an emergency absentee ballot if he or she:
(1) is required by employer to be unavailable to vote at the polls;
(2) is a caregiver of a person who requires emergency treatment within five days of an election; or
(3) has a family member to the 2nd degree of kinship who dies within 5 days of the election. §17-11-3(d) as amended by ACT 2019-509.
- Last day, up to the close of business, for a voter to hand-deliver absentee ballot. §§17-11-3(c), 17-11-18.
- If an absentee ballot is returned by mail, it must be postmarked by August 24 **and** received by noon the day of the election. §§17-11-3(c), 17-11-18.

**OCTOBER 6, 2020:**
- **ELECTION DAY.** §11-46-21.
- **NOTE:** Polls must be open from 7:00 a.m. to 7:00 p.m. A municipality may set those times under Eastern Standard Time (EST) if the municipality operates on EST. §11-46-28.
- Election officials must meet at their respective polling places at least 30 minutes before polls open. §11-46-28.
- **NOTE:** Candidates may appoint a poll watcher to observe voting procedures in the polling place. The appointment must be made in writing, signed by the candidate, and filed with the election officials at the polling place.
- Poll watchers should be sworn in at the same time as the election officials. §11-46-35.
- The clerk must ensure that all ballots, boxes and supplies are provided at each polling place. §11-46-33.
- Precinct counters must be tested according to the manufacturer's instructions to ensure that they are set at zero and prepared for voting. Rules 307-X-1-.11, Alabama Administrative Code.
- Deadline for returning absentee ballots by mail or an emergency absentee ballot for a registered voter who requires emergency treatment by a licensed physician within 5 days of the election is 12:00 noon. §7-11-18.
- Beginning at 12:00 noon, the clerk shall deliver the sealed affidavit envelopes containing absentee ballots to the absentee election officials. §17-11-10.

**Exhibit 1 Page 017**

**OCTOBER 7, 2020:**
- Deadline for the absentee election manager to notify voters whose absentee ballots have become provisional due to the inspector's personal knowledge that voter was not eligible to vote by mailing a copy of the challenge statement of the inspector by the day after the election. §17-10-2(c)(3)(b).
- Deadline, no later than noon, for municipal clerk to deliver written affirmations of provisional voters, inspector challenge statements, and all voter re-identification forms to the board of registrars. §17-10-2(d).

**OCTOBER 9, 2020:** Last day, no later than 5:00 p.m., for an absentee voter who was required to provide identification but failed to provide it before the election to submit identification to the board of registrars. §17-10-2(c)(1)(b)(2).

**OCTOBER 13, 2020:**
- **CANVASSING OF ELECTION RESULTS.**
- Commencing at noon, the council must canvass the election results. If a candidate receives a majority of the votes cast for the office, the council issues a certificate of election. If no candidate receives a majority, the council shall order a run-off election to be held. §§11-46-55, 11-46-46.

**OCTOBER 15, 2020:** Deadline for anyone with standing to contest the election to request a recount (must be within 48 hours of the official canvass on September 1). §11-46-55.1.

**OCTOBE 19, 2020:** Last day a candidate may contest the results of the general election. §11-46-69.

# MUNICIPAL POST ELECTION CALENDAR

**NOVEMBER 2, 2020:**
- Newly elected municipal officials take office. §11-46-21(c).
- Council meets for its organizational session. §11-43-44.

**APRIL 8, 2021:**
- The clerk shall destroy the contents of the ballot boxes for the municipal general election unless there is notification that the election has been contested, six (6) months after the election. §11-46-46.
- The clerk no longer must preserve written notices for withdrawal of candidates in municipal general election, six (6) months after the election. §11-46-25.

**MAY 15, 2021:**
- The clerk shall destroy the contents of the ballot boxes for the municipal run-off election unless there is notification that the election has been contested, six (6) months after the election. §11-46-46.
- The clerk no longer must preserve written notices for withdrawal of candidates in municipal run-off election, six (6) months after the election. §11-46-25.

Exhibit 1 Page 018

TOWN OF NEWBERN, HALE COUNTY, ALABAMA
NOTICE OF ELECTION OF MUNICIPAL OFFICERS

Notice is hereby given that on Tuesday, October 6, 2020, an election for the purpose of electing a town council as pursuant to duly enacted law or ordinance, or any or all of the officers, are to be elected at the election for the Town of Newbern, Hale County, Alabama, will be held, and that all registered and qualified electors of the state, who reside within the corporate limits of Newbern, Alabama, and have resided therein for 30 days or more immediately preceding the date of the election, and who are qualified to vote in the county precinct which embraces and covers that part of the corporate limits of the Town of Newbern in which the elector resides, will be authorized to participate in the election.

The polls will be opened at Newbern Town Hall. If necessary, a run-off election will be held on Tuesday, November 17, 2020.

Any qualified elector who will have resided within the municipality, or if the municipality is districted, within the district from which he or she seeks election, for a period of at least 90 days on election day may qualify to run for office by filing the appropriate forms and paying any appropriate fees, as otherwise provided by law.

Haywood F. Stokes, III, Mayor

Exhibit 1 Page 019

## OATH OF OFFICE

STATE OF ALABAMA

HALE COUNTY

TOWN OF NEWBERN

I, Gary Broussard, solemnly swear [or affirm, as the case may be] that I will support the Constitution of the United States and the Constitution of the State of Alabama, so long as I continue a citizen thereof; and that I will faithfully and honestly discharge the duties of the office upon which I am about to enter, to the best of my ability, so help me God.

Signed

_____
Gary Broussard

Sworn to and subscribed before me this 12 day of November, 2020.

(Signed) _____
Notary Public

Exhibit 1 Page 062

## OATH OF OFFICE

STATE OF ALABAMA

HALE COUNTY

TOWN OF NEWBERN

I, Jesse Donald Leverett, Jr., solemnly swear [or affirm, as the case may be] that I will support the Constitution of the United States and the Constitution of the State of Alabama, so long as I continue a citizen thereof; and that I will faithfully and honestly discharge the duties of the office upon which I am about to enter, to the best of my ability, so help me God.

Signed

*[signature]*
Jesse Donald Leverett, Jr.

Sworn to and subscribed before me this 12 day of November, 2020.

(Signed) *[signature]* Kimberly N Davis
Notary Public

Exhibit 1 Page 063

# OATH OF OFFICE

Page 1 of 1
InstrumentID: 238143
BOND Book: 2020 Page: 78 SubPage:
11/13/2020 3:38:36 PM
Hale County, AL
Arthur Crawford
Judge of Probate
Recording Fee: $5.00
Taxes: $.00
Total: $5.00

STATE OF ALABAMA

HALE COUNTY

TOWN OF NEWBERN

I, Willie R. Tucker, solemnly swear [or affirm, as the case may be] that I will support the Constitution of the United States and the Constitution of the State of Alabama, so long as I continue a citizen thereof; and that I will faithfully and honestly discharge the duties of the office upon which I am about to enter, to the best of my ability, so help me God.

Signed

*Willie R. Tucker* (signature)
Willie R. Tucker

Sworn to and subscribed before me this 12 day of November, 2020.

(Signed) *Kimbruly N Davis* (signature)
Notary Public

Exhibit 1 Page 064

## OATH OF OFFICE

STATE OF ALABAMA

HALE COUNTY

TOWN OF NEWBERN

I, Haywood F. Stokes, Jr., solemnly swear [or affirm, as the case may be] that I will support the Constitution of the United States and the Constitution of the State of Alabama, so long as I continue a citizen thereof; and that I will faithfully and honestly discharge the duties of the office upon which I am about to enter, to the best of my ability, so help me God.

Signed

*[signature]*
Haywood F. Stokes, Jr.

Sworn to and subscribed before me this 12 day of November, 2020.

(Signed) *[signature]*
Notary Public

Exhibit 1 Page 065

## OATH OF OFFICE

STATE OF ALABAMA

HALE COUNTY

TOWN OF NEWBERN

I, Voncille B. Thomas, solemnly swear [or affirm, as the case may be] that I will support the Constitution of the United States and the Constitution of the State of Alabama, so long as I continue a citizen thereof; and that I will faithfully and honestly discharge the duties of the office upon which I am about to enter, to the best of my ability, so help me God.

Signed

*Voncille B. Thomas*
Voncille B. Thomas

Sworn to and subscribed before me this 12th day of November, 2020.

(Signed) *Kimberly U. Davis*
Notary Public

Exhibit 1 Page 066