IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PATRICK BRAXTON,** *et al.*, | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 2:23-00127-KD-N |
| **HAYWOOD STOKES, III,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the parties' proposed Memorandum of Understanding and Release and Stipulation and Proposed Order of Dismissal. This matter is set for a telephonic hearing on **June 18, 2024**, at **1 p.m.** The clerk will send call-in information via separate email.

**DONE** and **ORDERED** this **11th** day of **June 2024**.

                         **s / Kristi K. DuBose**
                         **KRISTI K. DuBOSE**
                         **UNITED STATES DISTRICT JUDGE**