UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

Patrick Braxton, *et al*.,

    *Plaintiffs*,

vs.

Town of Newbern,

    *Defendant*.

Case No. 2:23-CV-00127-KD-N

## JOINT STATUS REPORT ON DISCOVERY

Pursuant to this Court's Order (ECF No. 103), the Parties file their joint status report on discovery as follows:

1. On July 24, 2024, Plaintiff Patrick Braxton ("Mayor Braxton") submitted a list of names to Governor Ivey to fill the vacant Newbern town council positions. Mayor Braxton received confirmation that Governor Ivey received this request and is reviewing his submissions.

2. While the Parties endeavored to hold a first town hall meeting by August 30, this looks unlikely to be accomplished because as of the date of this status report, there is no town council in Newbern as we await Governor Ivey's response to Mayor Braxton's submissions. Per Alabama Code § 11-44B-6, Mayor Braxton cannot call a public town council meeting without a town council.

3. As such, the Parties have now agreed to hold this meeting 30 days after the Governor's appointment or special election, whichever is sooner. The Parties are prepared to amend the Court's executed order (ECF No. 103) or file a separate notice on the docket reflecting the change in date for when a public town hall meeting shall be held. The Parties

respectfully defer to the Court on the best action to take on this provision of the memorandum of understanding at this time.

4. The parties agreed to a firm that will conduct an independent audit of the town. That firm is reviewing the town's financial documents.

5. The parties and outgoing municipal government have worked diligently and collaboratively to facilitate a smooth transition of power. Mayor Braxton has received access to town hall, town mail, town property and official documents and accounts.

Dated: August 22, 2024

Respectfully submitted,

*/s/ Morenike Fajana*
Morenike Fajana*
Leah Wong*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
P: (212) 217-1690
mfajana@naacpldf.org
lzwong@naacpldf.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

*/s/ Rick Howard*
Rick Howard
Morgan Booker Beckman
HOLTSFORD GILLILAND
HITSON
HOWARD STEVENS
TULEY & SAVARESE, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
P: (334) 215-8585

*Counsel for Defendant*