UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Patrick Braxton, *et al.*,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>Town of Newbern,<br><br>    *Defendant*. | Case No. 2:23-CV-00127-KD-N |

**JOINT STATUS REPORT**

Pursuant to this Court's Order (ECF No. 103), the Parties file their Joint Status Report on the actions taken to implement the MOU as follows:

1. On or around October 10, 2024, Mayor Patrick Braxton requested for the State do an audit of Newbern's financial statements and history.

2. On October 18, 2024, Governor Ivey appointed Mayor Braxton's town council nominees, effective immediately.

3. On October 27, 2024, Mr. James Robertson, Ms. Janice Quarles, Ms. Barbara Patrick, Ms. Anne Bailey, and Ms. Marla Cole were sworn in as the town council by Judge Wiggins at the Newbern town hall. They will serve in these positions until municipal elections take place in 2025.

4. On November 22, 2024, Mayor Patrick Braxton and the town council received all access to the town bank accounts.

5. On December 2, 2024, the town council will hold a meeting where they intend to vote on a new city attorney and city clerk.

6. Until the new city attorney is hired, Mr. Richard Rouco will provide legal advice on an as-needed basis on all matters, beyond this litigation.

7. Mayor Patrick Braxton and the town council will work with the confirmed city attorney to ensure all outstanding attorneys' fees as agreed upon are paid.

8. The current city attorney, Mr. Rick Howard, will close his file as the insurance retained attorney representing the town in the above-styled litigation.

Dated: November 26, 2024

Respectfully submitted,

*/s/ Morenike Fajana*
Morenike Fajana*
Leah Wong*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
P: (212) 217-1690
mfajana@naacpldf.org
lzwong@naacpldf.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

*/s/ Rick Howard*
Rick Howard
Morgan Booker Beckman
HOLTSFORD GILLILAND HITSON
HOWARD STEVENS
TULEY & SAVARESE, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
P: (334) 215-8585

*Counsel for Defendant*