IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK BRAXTON, JAMES BALLARD, BARBARA PATRICK, JANICE QUARLES, WANDA SCOTT, and DOROTHY HOLLEY, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | 2:23-cv-00127-KD-N |
| HAYWOOD STOKES III, GARY BROUSSARD, JESSE DONALD LEVERETT, VONCILLE BROWN THOMAS, WILLIE RICHARD TUCKER, and the TOWN OF NEWBERN, | * * * * * * | |
| Defendants. | * | |

## MOTION TO WITHDRAW

COME NOW the undersigned counsel, Rick A. Howard, Morgan B. Beckman, and Ashley T. Britton, and move the Court to allow them to withdraw from this case. In support of the motion to withdraw, the undersigned state as follows:

1.    Litigation in this case has come to a conclusion.

2.    The Town of Newbern has retained an attorney working as the City attorney.

3.    There is no objection from Plaintiff's counsel or the Town of Newbern to the motion to withdraw.

4.     The undersigned respectfully request the Court to allow them to withdraw from this case and close their file and conclude their representation of the Town of Newbern, Alabama.

/s/Rick A. Howard
Rick A. Howard (ASB-9513-W79R)
M. Ashley Tidwell (ASB-3974-O48M)
Morgan B. Beckman (ASB-3529-T81J)
Attorneys for Haywood Stokes III,
Gary Broussard, Jesse Donald Leverett,
Voncille Brown Thomas, and Willie
Richard Tucker

OF COUNSEL:

Holtsford Gilliland Hitson Howard
       Stevens Tuley & Savarese, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Richard P. Rouco
George N. Davies
Quinn, Connor, Weaver, Davies & Rouco, LLP
2 North 20th Street, Suite 930
Birmingham, AL 35203

Morenike Fajana
Leah Wong
40 Rector Street, 5th Floor
New York, NY 10006

2

by placing same in the United States Mail, postage prepaid, or through the court's electronic filing service, on this the _____ 6th _____ day of February, 2025.

/s/Rick A. Howard
OF COUNSEL