UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| Patrick Braxton, *et al.*, | |
| *Plaintiffs*, | Case No. 2:23-CV-00127-KD-N |
| vs. | |
| Town of Newbern, | |
| *Defendant*. | |

## JOINT STATUS REPORT

Pursuant to this Court's Order (ECF No. 103), the Parties file their Joint Status Report on actions taken to implement the MOU as follows:

1.  Mayor Patrick Braxton is waiting to hear back from the State government regarding the next steps of the financial audit.

2.  The town council has paid all outstanding attorneys' fees related to this litigation.

3.  The town council approved a new sewage system for the town of Newbern and is working with Auburn University on implementation.

4.  In January 2025, Marla Cole stepped down as town councilmember. The town council is interviewing for her replacement.

5.  The town council is interviewing city clerk candidates and intends to appoint a new clerk in the coming weeks.

6.  The town council is interviewing companies to perform a town survey.

7.  The town council is interviewing candidates for a new city attorney.

8.  The town council has held multiple community functions and meetings that have been well attended by Newbern residents.

Dated: February 26, 2025

Respectfully submitted,

*/s/ Morenike Fajana*
Morenike Fajana*
Leah Wong*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
P: (212) 217-1690
mfajana@naacpldf.org
lzwong@naacpldf.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*


*/s/ Rick Howard*
Rick Howard
Morgan Booker Beckman
HOLTSFORD GILLILAND
HITSON
HOWARD STEVENS
TULEY & SAVARESE, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
P: (334) 215-8585

*Counsel for Defendant*

2