UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

Patrick Braxton, *et al*.,

    *Plaintiffs*,

vs.

Town of Newbern,

    *Defendant*.

Case No. 2:23-CV-00127-KD-N

## JOINT STATUS REPORT

Pursuant to this Court's Order (ECF No. 103), the Parties file their Joint Status Report on the actions taken to implement the MOU as follows:

1. In March 2025, the town council appointed Lynn Blake as town councilmember to fill the previously vacant position.
2. The town council has retained a new city attorney.
3. Mayor Patrick Braxton is working with the State of Alabama to complete a financial audit of the Town of Newbern.
4. The State of Alabama is working to build a new sewage system in Newbern.
5. The town council is interviewing city clerk candidates.

Dated: May 23, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Morenike Fajana* | */s/ Richard P. Rouco* |
| Morenike Fajana* | Richard P. Rouco |
| Leah Wong* | George N. Davies |
| NAACP LEGAL DEFENSE AND | QUINN, CONNOR, WEAVER, |
| EDUCATIONAL FUND, INC. | DAVIES & ROUCO, LLP |
| 40 Rector Street, 5th Floor | 2 – 20th Street North |
| New York, NY 10006 | Suite 930 |
| P: (212) 217-1690 | Birmingham, AL 35203 |
| mfajana@naacpldf.org | P: (205) 870-9989 |
| lzwong@naacpldf.org | rrouco@qcwdr.com |
| | gdavies@qcwdr.com |

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

*/s/ Rick Howard*
Rick Howard
Morgan Booker Beckman
HOLTSFORD GILLILAND HITSON
HOWARD STEVENS
TULEY & SAVARESE, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
P: (334) 215-8585

*Counsel for Defendant*