UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

Patrick Braxton, *et al.*,

    *Plaintiffs*,

vs.

Town of Newbern,

    *Defendant*.

Case No. 2:23-CV-00127-KD-N

## **JOINT STATUS REPORT**

Pursuant to this Court's Order (ECF No. 103), the Parties file their Joint Status Report on the actions taken to implement the MOU as follows:

1. The town council is preparing to administer municipal elections on August 26, 2025.

2. The town council continues to work with the State of Alabama to complete a financial audit of the Town of Newbern.

3. Although the town council has retained an attorney, the firm is primarily handling municipal matters for the town and will not be submitting a notice of appearance in this proceeding. The town is otherwise unable to secure an alternative attorney to serve as counsel of record.

Dated: August 21, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Morenike Fajana* | */s/ Richard P. Rouco* |
| Morenike Fajana* | Richard P. Rouco |
| Leah Wong* | George N. Davies |
| NAACP LEGAL DEFENSE AND | QUINN, CONNOR, WEAVER, |
| EDUCATIONAL FUND, INC. | DAVIES & ROUCO, LLP |
| 40 Rector Street, 5th Floor | 2 – 20th Street North |
| New York, NY 10006 | Suite 930 |
| P: (212) 217-1690 | Birmingham, AL 35203 |
| mfajana@naacpldf.org | P: (205) 870-9989 |
| lzwong@naacpldf.org | rrouco@qcwdr.com |
| | gdavies@qcwdr.com |

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

*/s/ Rick Howard*
Rick Howard
Morgan Booker Beckman
HOLTSFORD GILLILAND HITSON
HOWARD STEVENS
TULEY & SAVARESE, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
P: (334) 215-8585

*Counsel for Defendant*